# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. _____ 25 -**CIV** 21891-KMM

JOSÉ YEYILLE,

    Plaintiff,

v.

**GREENBERG TRAURIG, P.A.,**
in its *individual capacity,* and in its
*official capacity, jointly and severally
liable*;
**JOHN LONDOT, ESQ.,** in his
*individual capacity* and in his
*official capacity, jointly and severally
liable*

    **Defendants**
_____/

## COMPLAINT FOR DAMAGES AND JURY TRIAL DEMAND

1.   Plaintiff José Yeyille ("I") sues **Defendants** **Greenberg Traurig, P.A.** in its individual capacity and its official capacity, and **John Londot, Esq.** in his individual capacity and in his official capacity both **Defendants** *severally and jointly liable* for $100,000,000,000 (one hundred billion dollars) compensatory damages, and punitive damages, and alleges as follows:

2.   When **Greenberg Traurig, P.A.** tells you that the **Florida supreme**

**court's agent, The Florida Bar**, is their long-time client, that they have chosen five of the seven current sitting Justices of the Florida supreme court, and that they are a proud Zionazi law firm devoted to the genocidal terrorist Zionazi Israeli régime without any ambivalence or ambiguity—*believe them*.

## JURISDICTION AND VENUE

3.   Jurisdiction is invoked pursuant to 28 U.S.C. §§1331, 1343(a)(3), and 1343(a)(4); 42 U.S.C. §1983; *Bivens action*, and *Citizen José* action.

4.   Venue is proper in this court pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred, or a substantial part of property that is the subject of the action is situated within this judicial district.

## PLAINTIFF

5.   Plaintiff José Yeyille (hereinafter "I") is a resident of 5505 SW 135th Court, Miami, FL 33175. Miami-Dade. At all relevant times, he was an attorney licensed to practice law in the state of Florida since 1991.

## DEFENDANTS

6.   **Defendant Greenberg Traurig, P.A.** is a Zionazi law firm, agent of the Zionazi Israeli régime, and the proud owner of the judges of the third district court of appeal, the justices of the Florida supreme court, judges Barbara Lagoa

and Robert Joshua Luck of the U.S. Eleventh Circuit Court of Appeals, and Neil

Gorsuch, justice of the Supreme Court of the United States.

7.     The Florida Bar, the Florida supreme court's agency[1], twice hired and

paid **<u>Defendant Greenberg Traurig, P.A.</u>** to represent it in two lawsuits brought

by Plaintiff in his capacity as an attorney against The Florida Bar.[2] **<u>Defendant</u>**

**<u>Greenberg Traurig, P.A.</u>**'s principal address is 333 SE 2nd Avenue, 44th Floor,

Miami, FL 33131.  **<u>Defendant Grenberg Traurig, P.A.</u>** is sued in its **<u>individual</u>**

**<u>capacity</u>** and its **<u>official capacity</u>**, **<u>jointly and severally liable</u>**.

8.     **<u>Defendant John Klaus Londot</u>** is an attorney and shareholder of

**<u>Defendant Greenberg Traurig, P.A.</u>**  The Florida Bar, the Florida supreme

court's agency, twice hired and paid **<u>Defendant Greenberg Traurig, P.A.</u>** and

**<u>John Londot</u>** to represent it in two lawsuits brought by Plaintiff in his capacity

as an attorney against The Florida Bar and two of its officials.  **<u>Defendant John</u>**

---

[1] "As a creation of this Court, The Florida Bar is under our supervision and subject to our regulation." *The Florida Bar re Schwarz*, 552 So.2d 1094 (Fla. 1989). "As an <u>official agency</u> of the Supreme Court, The Florida Bar…" The Florida Bar's Regulation of Lawyer Conduct website. (<u>Emphasis</u>)."The Supreme Court of Florida by these rules establishes the authority and responsibilities of The Florida Bar, an official arm of the court." *Rules Regulating The Florida Bar*. Chapter 1 General Introduction."). *Liberty Counsel v. Florida Bar Board of Governors*, 12 So. 3d 183, 191-192, 195-197 (Fla. 2009).

[2] *José Yeyille v. William W. Chung, Elena Otero, The Florida Bar*, 2023-25430-CA01. *José Yeyille v. Attorney General of the State of Florida; The Florida Bar; William W. Chung; Patricia A. Toro Savitz; Florida Supreme Court*, 2024-2924-CA01.

**Londot**'s principal address is Greenberg Traurig, P.A., 101 E. College Avenue, Post Office Drawer 1838, Tallahassee, Florida 32301. **Defendant Londot** is sued in its **individual capacity** and its **official capacity**, **jointly and severally liable**.

## FACTS

9.     The genesis of this case is the case *José Yeyille v. Justin Cole Speigel, M.D., in his individual capacity*, 2021-24767-CA01. On November 9, 2021, I submitted a Complaint in my **individual capacity** for compensatory and punitive damages against Justin Cole Speigel, a low-life, scumbag, psychopathic doctor who works in Baptist Hospitals located at 8900 N. Kendall Drive, Miami, Florida 33176, and 9555 SW 162 Avenue, Miami, Florida 33196, **in his individual capacity**.

10.     Justin Cole Speigel **ordered** Arturo Pena, a low-life, scumbag, psychopathic nurse who still works in Baptist Hospitals located at 8900 N. Kendall Drive, Miami, Florida 33176, and 9555 SW 162 Avenue, Miami, Florida 33196, whom Speigel <u>knew</u> to be a low-life, scumbag, psychopathic nurse, whom he knew had, <u>in Speigel's presence</u>, and mine, previously mocked my dying and dead mother and me while other nurses were applying CPR to her, to perform CPR in a deliberately inhumane mocking manner to my dead mother mockingly

mishandling her dead body while fixedly staring at me, smirking in a contempt-uous manner. **COUNT I**: **Intentional Infliction of Emotional Distress**. **COUNT II**: Failure to supervise Arturo Pena; and **COUNT III**: Negligent Inflic-tion of Emotional Distress. **Counts II** and **III** are for **ordinary negligence**, not medical malpractice. **Intentional infliction of emotional distress** is an **intentional tort**. Intentional torts are **not** and have never been negligent torts, or medical malpractice..

11.    A proud former nurse ("Judge Manno-Schurr brings nursing back-ground to courtroom". *Law.com. DBR Daily Business Review*, June 19, 2015), judge Valerie Manno-Schurr dismissed my case **without opinion** on March 23, 2022 and my motion for rehearing **without opinion** on April 8, 2022; and my motions to disqualify Valerie Manno-Schurr **all without opinions** on February 22, 2022, April 11, 2022, and June 1, 2022. The Third District Court of Appeal twice dismissed my appeals also **without opinions** referred in the legal jargon in Florida as **"PCAs"**. *José Yeyille v. Justin Cole Speigel, M.D., in his individual capacity.* 2021-24767-CA01; Consolidated Cases 3D22-624 and 3D22-625; and Case 3D22-1125. And the Florida Supreme Court refused to accept discretionary jurisdiction in all my appeals and writs (All Writs and Writs of MANDAMVS) of those cases also **without opinions**: SC2023-0975, SC2023-1116, SC23-1113,

SC2023-1143, and SC2023-1018,

**12.** Since 1980, the district courts of appeals in Florida, and now the trial courts, too, award these PCAs exclusively to indigents, and indigent PRO•SE Black and Hispanic parties. At every step in the litigation from the trial court to the Florida Supreme Court, <u>prominently in my individual capacity as an indigent PRO•SE Plaintiff of Hispanic descent, neither in my capacity as an attorney nor as a PRO•SE attorney</u>, I prominently raised my constitutional challenges against PCAs and the judiciary of the state of Florida for deprivation of our First and Fourteenth Amendments protected by the Constitution of the United States. Predictably, this upset these judges. Raging racists and elitists, the former and current justices of the Florida Supreme Court love this STATVS·QVO because it has allowed them deliberately and intentionally to discriminate against us since 1980 and favor the law firms who choose and buy them like Defendant Greenberg Traurig, P.A. *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).

**13.** On appeal to the third district court of appeal, in addition to my legal arguments, I question the integrity, constitutionality, and legitimacy of the judiciary of the State of Florida whose judges and justices are chosen and owned by law firms like **Greenberg Traurig, P.A.** which regularly present their cases before these judges and justices and which **never receive orders without**

**opinions**; in particular, its pernicious habit of issuing orders without opinions **only** to indigent, and indigent PRO·SE Black and Hispanic parties.

14. On February 22, 2023, the third district court of appeal issued its PER·CVRIAM affirmance **without opinion** of the **trial court's orders without opinions**. A separate panel of the Third District Court of Appeal later dismissed my other appeal also **without an opinion** of my appeal seeking the disqualification of judge Valerie Manno-Schurr in Case 3D22-1125.

15. On March 7, 2023, I submitted to the third district court of appeal a Motion for Written Opinion, and a Motion for Rehearing challenging the constitutionality of the trial court's and the third district court of appeal's orders without opinions pursuant *Brinkerhoff-Faris Co. v. Hill*, **281 U.S. 673 (1930)**.

16. On March 15, 2023, Appellee Justin Cole Speigel's attorney Dinah Stein[3] filed his response and added a motion for sanctions accusing me of impugning the qualifications and integrity of the judiciary of the state of Florida and committing fraud against the courts by claiming indigency to avoid paying for my cases.

_____

[3] At the time, Dinah Stein was the President of the so-called Third District Court of Appeal Historical Society spending at least one hour "per week devoted to her position." *IRS Form 990EZ Return of Organization Exempt from Income Tax of 2017.* ProPublica. In that capacity, she had personal access to the judges and presided over the Society's biennial parties.

**17.** When the panel of judges composed of judges Ivan Fernandez, Monica Gordo, and Eric Hendon obeyed Stein and demanded that I show cause why they should not impose sanctions, I submitted my Response challenging it on constitutional grounds (First and Fourteenth Amendments to the Constitution of the United States) buttressing my legal arguments wielding official public documents and facts, accessible to any common United States citizen.

**18.** On June 14, 2023, the panel issued a written order[4] referring me to disciplinary proceedings by The Florida Bar on account that I had impugned the qualifications or integrity of the judiciary of the state of Florida, **because I accuse Greenberg Traurig P.A. of owning the judges of the Third District Court of Appeal and the justices of the Florida supreme court,** *Jose Yeyille v. Justin Cole Speigel,* **373 So. 3d 1238, 1240 (Fla. 3d DCA 2023):**

> 1. "[A]ppellate judges in the state of Florida cannot complain about their vaunted integrity because, thanks to the political

---

[4] This is the only written order issued to me by the third district court appeal in eight years and twenty-five appeals related to different cases. Since at least 1983, its ten-judge court issued more than half its orders **without opinions (PCAs)**. "The PCA is the most common decision in the District Court of Appeal of Florida." Craig E. Leen. *Without Explanation: Judicial Restraint, Per Curiam Affirmances, and the Written Opinion Rule.* FIU Law Review, Vol.12. Number 2 (2017), page 311. "About two-thirds of all appellate decisions at the district court level include no opinion at all." The Conflict PCA: When an Affirmance without opinion conflicts with a written opinion." The Florida Bar Journal, Vol. 85, No. 4. April 2011, Pg 46. Ezequiel Lugo. In one year, the United States Eleventh Circuit Court of Appeals in Atlanta composed of twelve judges decided **4,482 cases—none of them were PCAs**. Federal Judicial Caseload Statistics 2023.

process which <u>allows large law firms to choose, buy, and own them</u>, they do not have any." (<u>Emphasis</u>).

2. "Significantly, those law firms **Greenberg Traurig, P.A.** and Akerman LLP own the judges of the Third District Court of Appeal." (**Emphasis**).

3. Hitherto I have most proficiently provided evidence and proven, that the judges of the judiciary of the state of Florida, from the district courts of appeals, especially the Third District Court of Appeal, to the justices of the Florida Supreme Court, are racists and elitists who deliberately issue PER CURIAM affirmances, in the vast majority of cases that they decide, to indigents, and indigent PRO SE Black and Hispanic parties which, in turn, preclude appeals and petitions for writs to the Florida Supreme Court."[5]

4. "For now, and regarding this case only, I am confident to allege, based on public information, that the Third District Court of Appeal, is a criminal enterprise. **Its judges are owned by Greenberg Traurig, P.A.**, and associate law firms including Akerman LLP, the Florida State Attorney's Office, and the local and state's governments." (**Emphasis**).

19. Two days later an important national and international publication

published a distinguished Ethics professor's statement regarding my case:

**"Third DCA Sanctions Miami Lawyer But Avoids Underpinning Issues." Michael A. Mora. June 16, 2023 at 01:34 PM. ALM/Law.com.**

"""All of these issues are central to the bar and bench in Florida, all are surfaced in Yeyille v. Speigel, and all

---

[5] They included, in addition, the same claims I raised before the Supreme Court of the United States in *Yeyille v. Acosta-Leon*, 142 S. Ct. 439 (2021), *Yeyille v. Acosta-Leon*, 142 S. Ct. 440 (2021), and *Yeyille v. Acosta-Leon*, 142 S. Ct. 441 (2021)(Cert. denied).

remain unresolved to the detriment of the rule of law'''', said Anthony V. Alfieri of the University of Miami School of Law, who is not involved in the litigation."

""'[The Third DCA per curiam opinion issued on June 14, 2023] was noteworthy for its avoidance on vital issues underpinning them,'''' said Anthony V. Alfieri of Miami School of Law. Alfieri, the founding director of the Center for Ethics and Public Service and a professor at Miami Law, who is not involved in the matter, said in an email that three issues stood out that ""'remain unresolved to the detriment of the rule of law.''"

""'First, the increasing court use of per curiam affirmances on appeal. In fact, from 1983 to 1998, the number of PCAs increased by 92.7% in Florida District Courts of Appeal,'''' Alfieri said. ""'Second, the growing impact of law firm financing of increasingly costly judicial election campaigns. And third, the rising state-wide controversy over the role of race in litigation and adjudication.''"

I.   **GREENBERG TRAURIG, P.A. IS A STATE ACTOR. GREENBERG TRAURIG, P.A.'S U.S.A. OPERATION: Greenberg Traurig, P.A. Owns the Justices of the Florida Supreme Court; the Judges of the Third District Court of Appeal; Judges Barbara Lagoa and Robert Joshua Luck of the United States Eleventh Circuit Court of Appeal; and Justice Neil Gorsuch of the United States Supreme Court.**

20.    In the previous century, raging racist and reactionary legislators known as the Pork Chop Gang bought and chose raging racist and reactionary justices of the Florida supreme court. Confronted with a changing demography in the state consisting of increasing numbers of Blacks, Hispanics, and the Indigent, they answered by barring their access to the Florida supreme court with *Jenkins v.*

*State*, 385 So. 2d 1356 (Fla. 1980). *Jenkins* not only closed the doors of the Florida supreme court, but also those of the appellate courts and, recently, trial courts because it encouraged the latter two to issue orders without opinions **only** against indigents, and indigent PRO·SE Black and Hispanic parties, not parties represented by influential law firms which choose and buy judges and justices.

21.    In this century, the successor to the Pork Chop Gang is a raging Zionazi (*See* INFRA.), racist and reactionary law firm, **Greenberg Traurig, P.A.**, the Kosher Gang, which chooses and buys the justices of the Florida supreme court, and appellate judges.

### A.  Judicial Nominating Commissions ("JNC").

22.    In Florida law firms start auctioning, choosing, and buying the judges and future justices at the circuit and county levels.  Candidate judges are allowed to "know the names or persons who contributed to the candidate's campaign", "know the names or persons who contributed to the candidate's campaign", and thank the contributors personally." **An Aid to Understanding Canon 7**. *Guidelines to Assist Judicial Candidates in Campaign and Political Activities* (Updated October 2021), but may only be auctioned, chosen, and bought by so-called "**committees of responsible persons**".  And no "**responsible person**" is more successful at auctioning, choosing, and buying judges and justices than

**Greenberg Traurig, P.A.**.

**23.**    Judicial Nominating Commissions are composed of nine members. Invariably, **Greenberg Traurig, P.A.'s attorneys**, **former Greenberg Traurig, P.A.'s attorneys, and relatives of former Greenberg Traurig, P.A.'s attorneys**[6] sit on those Commissions because they are **always** directly appointed by the Zionazi puppet governor in turn, Republican or Democrat. The Chair of the JNC which chooses the justices for the Florida supreme court is **Fred Karlinsky**, attorney and Shareholder of **Greenberg Traurig, P.A.**.

**24.**    **Fred Karlinsky** is an attorney and shareholder of **Greenberg Traurig, P.A.** Fred is not bashful.  Fred crows about his power to select and buy justices of the Florida supreme court: "**Since 2014 Fred has served on and currently chairs the Florida Supreme Court Judicial Nominating Commission (JNC), where five of the seven current sitting Justices of the Florida Supreme Court have been appointed during Fred's tenure on the JNC**." Greenberg

---

[6] **Paul Huck**, an attorney whose wife and current judge of the U.S. Eleventh Circuit, **Barbara Lagoa**, used to be an assistant U.S. attorney and worked for **Greenberg Traurig, P.A.**, and whose father, **Paul C. Huck**, a senior federal judge in this district who warns lawyers that "Judges do not like surprises!" and to "Learn about your judges, including her background..." (Senior Judge Paul C. Huck, U.S. District Court for the Southern District of Florida website), attended a "small luncheon" for twenty Federal Bar members at **Greenberg Traurig, PA**, 1221 Brickell Avenue, at $50 per person on October 1st, 2009 (sdfla.blogspot.com, Wednesday, September 23, 2009). Third District Court of Appeal Nominating Commission, Updated February 28, 2023.

Traurig, P.A. Website. Fred's address is Greenberg Traurig, PA, 401 E. Las Olas
Blvd. Suite 2000, Fort Lauderdale, FL 33301.

25.     During the 2019 term the Florida supreme court became a subsidiary of
**Greenberg Traurig, P.A.** when three justices, including two former U.S.
attorneys who worked for **Greenberg Traurig, P.A.**, **Barbara Lagoa** and
**Robert Joshua Luck**, (*Law360* Ex-Greenberg Traurig Attys Get 11th Circ. Nods.
11th Cir. Flips as Senate Confirms Traurig Alums.) sojourned there for a few days
before Zionazi puppet president Donald Trump appointed them for the U.S.
Eleventh Circuit Court of Appeal.

26.     The Campaign to re-elect circuit judge **Alexander Spicola Bokor** took
place on July 25, 2019, at **Greenberg Traurig, P.A.**'s law office at 333 SE 2nd
Avenue, 44th floor, Miami, Florida 33131, and cohosted by one of its lawyers,
**Barry Rothberg**, who happened to be a member of the Judicial Nominating
Committee directly appointed by Zionazi puppet governor DeSantis to nominate
third district court of appeal's judges.  In that capacity, **Rothberg** chose **Bokor**
for his job as judge for the third district court of appeal.  A member of "the
Jewish National Fund, the American Jewish Committee, and the **Friends of the
Israel Defense Forces**" (Source: Trellis.com), **Alexander Spicola Bokor** is a
rabid Zionist and DE·FACTO employee of **Greenberg Traurig, P.A. Bokor**'s

record of voting in favor of **Greenberg Traurig P.A.** shows that he is their personal secretary and stenographer. There is no indigent, or indigent Black and Hispanic party that **Bokor** does not ignore through a PCA. **Bokor** is unqualified and disqualified to be a judge in any sovereign civilized nation.

27.   During to the Chinese virus panic, fundraisers went virtual.  During the Campaign to Re-Elect judge Thomas Rebull, 7/23/2020, **Greenberg Traurig, P.A.** was not only a fundraiser but also one of the host.

**B.   The Entertainment Division of Greenberg Traurig, P.A. and Associate Law Firms, Tallahassee Branch, also known as "Florida Supreme Court Historical Society"**

28.   Ostensibly "a 501(c)(3) non-profit organization...committed to making sure people understand the importance of a strong, independent judiciary" (*About the FSCHS* website), the "Florida Supreme Court Historical Society" is in fact a an outfit run and led by **Greenberg Traurig, P.A.**.  It serves three goals: prestige, extortion, and protection. First, ostentatiously to exhibit the justices of the Florida supreme they chose and own in their true capacities:  **Greenberg Traurig, P.A.**'s personal secretaries.  Second, to remind and warn current and future trial judges, appellate judges, and justices that their current and future careers depend on their willingness to serve and obey **Greenberg Traurig, P.A.**, and that their inclination to issue orders without opinions to the indigent and minorities (unless they are in

Page 14 of 169

Greenberg Traurig, P.A's favor) would have deleterious consequences to their careers. Third, that in exchange for the justices' and appellate judges' and trial judges' subservience, **Greenberg Traurig, P.A.** will protect them, in exchange for getting hired and paid at the expense of the judiciary, against criticism from attorneys and laypersons. (*See* **The Florida Bar: Greenberg Traurig, P.A.'s Long Time Client, INFRA.**).

29.    **Greenberg Traurig, P.A.**'s attorney and Shareholder, Fred Karlinsky, is the president of the so-called "Florida Supreme Court Historical Society"[7]— The Entertainment Division of Greenberg Traurig, P.A. and Associate Law Firms, Tallahassee Branch. **Greenberg Traurig P.A.** is a **Diamond Sponsor of the "Historical Society"—its top financial contributor.**

30.    Fred generously supports the Historical Society's events where Fred exhibits the justices of the Florida supreme court, and the justices of the Florida supreme court fawn over Fred. It is a dog show, except dogs have integrity— justices of the Florida supreme court have none. In Fred's defense, Fred has to keep an eye out for **Greenberg Traurig, P.A**,'s investment, you see.

---

[7] Elected President of the "historical society" in June 20, 2024, Fred had been its First Vice President since 2023, and "has served on the Historical Society's board since 2021." Fred Karlinsky Elected President of The Florida Supreme Court Historical Society, *The Florida Bar*, July 03, 2024.

31.    **Greenberg Traurig, P.A.**'s CEO **Brian Duffy** is hardly less discreet.
When United States Supreme Court justice Neil Gorsuch could not sell his
Colorado property in a seller's market, Duffy bought Gorsuch's "40-acre
property in Colorado" for "$1.830,000" and then justice Neil Gorsuch ruled in
**Greenberg Traurig, P.A.**'s favor "in eight out of 12 cases" (*"Gorsuch Report-*
*edly Sold Property to Law Firm Executive After Joining Supreme Court"* by
Katherine Hamilton. *Forbes* (April 25, 2023); (*"Law Firm Head bought*
*Gorsuch-owned property: The Supreme Court justice did not report the identity*
*of the purchaser, whose firm has had numerous cases before the court"* by Heidi
Przybyla. Politico (April 25, 2023).

### C.    The Entertainment Division of Greenberg Traurig, P.A. and Associate Law Firms, Miami Branch, also known as "Third District Court of Appeal Historical Society"

32.    Formerly Treasurer, Attorney Jay Yagoda of **Greenberg Traurig, P.A.**
is the current President of the "Third District Court of Appeal Historical Society".
Yagoda was elected to the Board of Directors of the "Historical Society" in 2016.
(Greenberg Traurig, P.A. Website. June 17, 2016). Like Lagoa and Luck before,
he is also an Assistant U.S. Attorney for the Southern District of Florida.

33.    **Greenberg Traurig, P.A.** is a **Supreme Sponsor** of the "Historical
Society"—**its top financial contributor**. As in the Florida supreme court's

"Historical Society", **Greenberg Traurig, P.A.** exhibit themselves and the

judges whom they have chosen and bought and to whom they present their

lawsuits.

34.   **Greenberg Traurig P.A.**'s Miami branch "hosts its biennial luncheon

for its members and the judiciary. Often held at prestigious location, the luncheon

is a ***wonderful opportunity to mingle with other members of the Historical***

***Society and with the Court***". (**Emphasis**).  ("Historical Society" Website).

"Mingle" is a euphemism for **own**. "Court" is a euphemism for **judges**.

35.   The Tallahassee branch is more discreet in that **Greenberg Traurig,**

**P.A.** owns the justices without any embarrassing references to "mingling."  Still,

at these events, judges and justices give head time to their owners, **Greenberg**

**Traurig, P.A.**

36.   United Supreme Court justices receive bribes through their "Historical

Society", too.  At their events they give head time to their donors, and their

bribers, through book deals, trips, and networking. "[T]he historical society's most

significant source of identifiable funds—more than 34 percent—is the lawyers and

law firms that practice before the Supreme Court."  Jo Becker & Julie Tate,

***A Charity Tied to the Supreme Court Offers Donors Access to the Justices***,

N.Y. TIMES (December 30, 2022).

37.   Check out a **Greenberg Traurig, P.A.**'s advertisement for one of their

auctions in its Miami branch in **Greenberg Traurig, P.A.**'s website:

> "Greenberg Traurig is a sponsor of the Third District Court
> of Appeal Historical Society 2022 Biennial Luncheon with
> the judges on September 15, 2022 at 12:00PM.  The
> luncheon will feature Chief Judge Ivan Fernandez as the
> keynote speaker and present an opportunity to meet the
> Third District Court of Appeal members."

### D.   The Florida Bar (i.e. the Florida Supreme Court) is Greenberg Traurig, P.A.'s "LONGTIME CLIENT"

38.   The Florida supreme court and its "creation" The Florida Bar, *Florida*

*Bar re Schwarz*, 552 So. 2d 1094 (Fla. 1989) are **Greenberg Traurig, P.A.**'s

"Longtime Client".  **"Greenberg Traurig P.A.'s Barry Richard Obtains**

**Supreme Court Decision in Favor of Longtime Client The Florida Bar**."

May 1, 2015. (Greenberg Traurig P.A.'s website).[8, 9]  This arrogant, but accurate,

declaration arose from that Zionazi law firm's successful defense in the United

States Supreme Court of their personal secretaries and property—the Florida

---

[8] Barry Richard "The Greenberg Traurig shareholder has argued 250 times in the Florida Supreme Court, won all four of his U.S. Supreme Court cases and represented future President George W. Bush in 47 cases in the 2000 election." *Lifetime Achievement: Barry Richard, Exemplar for the Legal Profession*. ALM/Law.com. (September 28, 2020) by Mayanne Downs.

[9] "Greenberg has gotten so large, there was an increasing number of conflicts," said Richard, who's launching his own firm.  "It's been happening for a while, but it got more acute recently." *Greenberg Traurig Veteran Barry Richard, Who Aided G.W. Bush Recount, Exits Over Conflicts*.  ALM/Law.com. (May 2, 2023) by Alexander Lugo.

supreme court's justices—and their public reprimand and extortion against a Black woman attorney because she had personally solicited monetary contributions for her campaign for County Court Judge instead of selling herself to law firms like **Greenberg Traurig, P.A.** *Williams-Yulee v. Florida Bar*, 135 S. Ct. 1656, 1680 (2015). Justice Antonin Scalia assured us that the "the [United States Supreme] Court does not even have a consistent theory about what it means by "judicial integrity." *Williams-Yulee v. Florida Bar*, 135 S. Ct. 1656, 1680 (2015) [emphasis]. That is because, like the justices of the U.S. Supreme Court, the justices of the Florida supreme court and the judges of the third district court of appeal do not have any integrity either.

39. The Florida supreme court and the courts of appeal have destroyed records of hundreds of cases where The Florida Bar (i.e. the Florida supreme court) has hired their owner **Greenberg Traurig, P.A.**. These are only a sample of cases where The Florida Bar (i.e. the Florida supreme court) hired their owner **Greenberg Traurig, P.A.** to attack attorneys for exercising their First Amendment rights, or defending themselves against such disciplinary prosecutions:

*The Florida Bar v. Pape*, 918 So. 2d 240 (Fla. 2005).[10]

*Spano v. Hoffman*, 968 So. 2d 674 (Fla. 4ᵗʰ DCA 2007).

*Henry v. City of Mount Dora*, No. 5D21-1387 (Fla. 5th Dec. 22, 2022).

*Kee v. Bailey*, 634 So. 2d 654 (Fla. 3d DCA 1994).

*Liberty Counsel v. Florida Bar Board of Governors*,
12 So. 3d 183 (2009).

*Cole v. Owens*, 766 So. 2d 287 (Fla. 4th DCA 2000).

*Rubenstein v. Fla. Bar*, 69 F. Supp. 3d 1331 (S.D. Fla. 2014).

*Robert Rubenstein & Rubenstein Law, P.A. v. Fla. Bar &
Arlene K. Sankel*, 72 F. Supp. 3d 1298 (S.D. Fla. 2014).

*Petersen v. Fla. Bar*, 720 F. Supp. 2d 1351 (M.D. Fla. 2010).

*Lawson v. Ivashuk*, 974 So. 2d 522 (Fla. 4th DCA 2008).

*Thompson v. Fla. Bar*, 526 F. Supp. 2d 1264  (S. D. Fla. 2007).

*Christian Searcy v. The Florida Bar*, 140 F. Supp. 3d 1290 (N.D. Fla. 2015).

*The Florida Bar v. James*, 329 So. 3d 108 (Fla. 2021).

*Harrell v. The Florida Bar*, 603 F.3d 1241 (11th Cir. 2010).

*Searcy v. The Florida Bar*, 140 F. Supp. 3d 1290 (N.D. Fla. 2015).

*The Florida Bar v. Mark Stephen Gold*, 937 So. 2d 652 (Fla. 2006).

---

[10] Conforming a dynamic duo for about twenty years with Barry S. Richard of Greenberg Traurig, P.A., M. Hope Keating has the distinction of persuading **Greenberg Traurig, P.A.**-owned justices of the Florida supreme court to discard the report of a referee for the first time in history and to declare a logo with the image of a dog "a mockery of our dedication to promoting public trust and confidence in our system of justice." (ID. at 246).  Their most famous collaboration with The Florida Bar is ***Williams-Yulee v. Florida Bar*, 135 S. Ct. 1656 (2015)**.

*Steinger v. The Florida Bar*, Case No. 6:14-cv-348-Orl. (M.D. Fla. 2014).

*Gainsburg v. The Florida Bar*, 23-cv-61877 (S.D. Fla. Jun 13, 2024).

*Williams-Yulee v. Florida Bar*, 135 S. Ct. 1656 (2015)

*José Yeyille v. William W. Chung, et al.*, 2023-25430-CA01.

*José Yeyille v. Attorney General of the State of Florida; et al.*, 2024-2924-CA01. (Voluntary Dismissal by Plaintiff, December 1, 2024)).

## II. <u>GREENBERG TRAURIG, P.A. IS A FOREIGN STATE ACTOR AT THE SERVICE OF THE ZIONAZI ISRAELI RÉGIME: UNITED STATES AND STATE OF FLORIDA OPERATIONS</u>.

*[T]he general causes of antisemitism have always resided in Israel itself, and not in those who have fought against Israel."*

Bernard Lazare, *Antisemitism, its History and Causes*, Chapter I, p. 8.

*They have not the slightest intention of building up a Jewish state in Palestine so as to live in it. What they are really aiming at is to establish a central organization for their international swindler and cheating. As a sovereign state this cannot be controlled by any of the other states. Therefore, it can serve as a refuge for swindlers who have been found out, and at the same time, a high school for the training of other swindlers.*

Adolf Hitler, *My Struggle*.

### A. <u>HOSTIS·HUMANI·GENERIS</u>.

**40.**   A primitive Asiatic barbaric tribe, Jews and converts to their superstition have defaced our Greco-Roman civilization, desecrated our Pantheon with the worship of a fictional magical Jew, and defiled our noble race for the last twenty

centuries.[11]  Then, as today in the United States, they achieved that sinister goal

thanks to traitors and morons amongst our ancestors.  Instead of implementing a

permanent solution to end this alien plague, they merely tossed that garbage to

their neighbors[12] when they realized the poison that they had unwisely tolerated in

their midst.[13]

---

[11] "We have pulled down your idols, cast aside your racial inheritance, and substituted for them our God and our traditions.  No conquest in history can even remotely compare with this clean sweep of our conquest over you."  Marcus Eli Ravage, *A Real Case Against the Jews* (1928).  "We are conscious of the injury we did you when we imposed upon you our alien faith and traditions…The Goi, we see with relief, will never know the real blackness of our crimes… [T]he upheaval which brough Christianity into Europe was…planned and executed by Jews as an act of revenge against a great Gentile state."  Marus Eli Ravage, ***Commissar to the Gentiles: The First to See the Possibilities of War by Propaganda***. (January 1928).
  "We Jews, we, the destroyers, will remain the destroyers forever.  *Nothing* that you will do will meet our needs and demands.  We will forever destroy because we need a world of our own, a God-world, which it is not in your nature to build…I have no doubt that when Germany and England and America will long have lost their present identity or name or purpose, we shall still be strong in ours."  Maurice Samuel, ***You Gentiles***.
  "The Jew is not satisfied with de-Christianizing, he Judaizes, he destroys the Catholic-Protestant faith, he provokes indifference but he imposes his idea of the word of morals and of life upon those whose faith he ruins.  He works at his age old task, the annihilation of the religion of Christ."  Bernard Lazare, ***Antisemitism, its History and Causes***.

[12] "We don't feel safe today.  We are a people that have been kicked out of every place we've ever lived for 2000 years.  Every single place."  Randy Fine, Florida Senator.

[13] **Talmud**: ***Abodah Sarah 36b***: Goy girls are in a state of filth from birth. ***Aboda Sarah 37a***: A Goy girl who is three years old can be violated. ***Baba Kama 113a***: Jews may use lies to deceive the Goyim. ***Bava Metzia 114b***: Goyim are not humans, but beasts. ***Bammidber raba 21c***: Every Jew who spills the Goyim's blood is doing the same as making a sacrifice to god. ***Dibre David 37***: If Goyim knew that the Talmud teach Jews to destroy them they will kill us openly. Never communicate the Talmud to the Goyim. ***Gad Shas: 2:2***: A jew may violate but not marry a Goy girl. ***Gittin, 56b, 57a***. Jesus is boiling in excrement. ***Eben Haezar 6.9***. All Goyim are prostitutes. ***Hilkkoth Akum X1***: Show no mercy to the Goyim. Goyim in danger of death must not be saved. ***Nidrash Talpioth 225L***: God created Goyim in human form so that

**41.**   When they were allowed to succeed, Jews murdered, ethnic-cleansed, and enslaved millions,[14] and destroyed Christian churches while sparing the synagogues.[15]   When accurately identified as the alien race contaminating our people

---

the Jew would not have to be served by beasts. The Goyim are animals in human form and condemned to serve the Jew day and night. ***Sanhedrin 19***: Every place the Jew goes they must become the commanders of the Goyim. ***Sanhedrin 54b***: A Jew may have sex with a child as long as the child is less than nine years old. ***Sanhedrin 57a***: When a Jew murders a Goy there will be no death penalty. ***Sanhedrin 58b***: If a Goy hits a Jew he must be killed. ***Sanhedrin 59a***: Goyim who study Torah are stealing from Jews and must be killed. ***Schulchan Aruch, Choszen Hamiszpat 348***: Jews can steal from Goyim. ***Simeon Haddarsen 56D***: When the Messiah comes every Jew will have 2800 slaves. ***Soferim 15***: Even the best of Goyim should be killed. ***Tosefta Aboda Zara B5***: Goyim cannot kill Jews, but Jews can kill Goyim. ***Tospoth Jebamoth 84b***: If you eat with a Goy is the same as eating with an animal. ***Yebamoth 98a***: All Goyim children are animals. ***Deuteronomy 14:2 NKJ Bible***. "For you are a holy people to the lord your god, and the lord has chosen you to be a people for Himself, a special treasure above all the peoples who are on the face of the earth."

[14] Carefully omitting the fact that they were crimes against humanity and genocide carried on by orders and under the supervision of Genrikh Yagoda and Lazar Kaganovich, *The Black Book of Communism*.  Harvard University Press (1999), pgs.206-7 gives this statistic: "6 million dead as the result of the famine of 1932-1933…720,000 executions…300,000 known deaths in the [concentration] camps…600,000 registered deaths among the…deportees…and 'specially displaced'..2,200,000..especially displaced people'..7,000,000…[in concentration camps] and Gulag [slave labor camps]."  The 6 million figure was the result of the Holodomor in Ukraine alone. Jews killed millions more throughout Russia.  When the Ukrainian Security Service and World Congress of Ukrainians prepared a criminal case against the Jews who had perpetrated the Ukrainian genocide, "Ukrainian lawmaker Aleksandr Feldman, leader of the Ukrainian Jewish Committee…said…that it was 'a farce' to press the case" because ""All organizers of the Great Famine are dead""…that the 'Holodomor Affair' materials are being used for political purposes."  Vladimir Matveyev, ***Jewish group objects to 'Great Famine' case***. June 15, 2009. Jewish Telegraphic Agency. "The Jewish nation dares to display an irreconcilable hatred toward all nations, and revolts against all masters, always superstitious, always greedy for the well-being enjoyed by others, always barbarous-cringing in misfortune, and insolent in prosperity." Voltaire, *Essai sur le moeurs et l'Esprit de Nations*. (1756).

[15] "[N]ot one synagogue has been torn down." Quoting from American Hebrew. Edwin Schoonmaker, *The Passing of Russia: From Democracy to World Dominion*.

and Western Greco-Roman values[16], and confronted, Jews added another tall tale to those of Moses and Noah and glorified goatherders and desert-dwelling chieftains: "The Holocaust."[17, 18]

42. With the complicity of traitors and morons, Zionazis wield "The Holocaust" as a business, Shoah business[19], and as an offensive weapon of extortion

---

[16] The Nuremberg Laws (1935).

[17] Zionazis display "The Nazi holocaust" fable in the foundational rag of the Israeli régime in Declaration of the Establishment of the State of Israel (1948), Sean Warsch, *A "holocaust" becomes "the Holocaust."* Jewish Magazine (October 2006) at the same time that Zionazis began to commit a real Holocaust against the Palestinians. They propagated "The Holocaust", Hebrew *Shoah* (catastrophe) fraud in their academia and their Zionazi owned-media in the 1960's. When "Holocaust" Became "The Holocaust". The New Republic (May 17, 2015). After the 1978 American movie "Holocaust"(IBID), Zionazis converted it into Shoah business, a profession of faith amendment updating to their superstition, pseudo-science, and industry of extortion and libel against our people thanks to traitors and morons in our countries especially in occupied Germany and the United States. "[T]he Holocaust is a massive fraud on the rest of us, with their lavish, self-financed Holocaust museums all over America and the world." Jeff Dunetz, *'Never forget' is being forgotten*. The Jewish Star (Feb. 1, 2019), quoting former UN Special Rapporteur, Richard Falk—a Jew.

[18] "Nazi hunter" Simon Wiesenthal angered fellow Jew fraudsters when he included 5 million non-Jews in the "Holocaust" for a total of 11 million. Israeli "Holocaust scholar", Yehuda Bauer, scolded him: "Simon, you are telling a lie." Whereupon Simon replied: "Sometimes you need to do that to get the results for things you think are essential." Ron Kampeas, *'Remember the 11 million'? Why an inflated victims tally irks Holocaust historians*. Jewish Telegraphic Agency. (January 31, 2017).

[19] "We are being blackmailed by the Holocaust…Israel is a terrorist state." Grzegorz Braun, Polish Member of the European Parliament. "Germany has paid compensation and restitution for decades…The Claims Conference has been pursuing reparations from the German government since 1951, when it was founded by a coalition of Jewish organizations, and has secured more than $90 billion in payments." Bill Chappell. *Germany will pay more than $1.4 billion next year to survivors of Nazi atrocities*. NPR (June 15, 2023). Jews also extort France and the United States. *Holocaust survivors, family to get money from $60M fund. New York Post*

Page 24 of 169

and calumny against our people and other countries[20, 21].  Previously jailed for

several years by the puppets of Zionist-occupied Germany for denying "the

Holocaust", brave 96-year-old German lady Ursula Haverbeck died in a prison

hospital where she was being forced to serve her last sentence.  My working

definition of antisemitism (anti-Judaism), and antisemite—anti-Jew—is any

person of sound mind and dignity who is not a Jew, or a traitor, and who does

not care about Jews or what Jews have to say about anything.

### B. <u>The Terrorist Apartheid and Genocidal Zionazi Israeli Régime in Occupied Palestine</u>.

> *"There is no such thing as a Palestinian person."*
> *"We have the most incredible narrative: we have the Zionist narrative."*

Brooke Goldstein, Zionazi director of The Lawfare Project.

---

(Dec. 5, 2014). Obama administration earmarks $12m for Holocaust survivors.  The Times of Israel.  JTA (Oct. 2, 2015).

[20]    "[Anti-semitism] it's a trick we always use it when from Europe somebody is criticizing Israel then we bring up the Holocaust.  When in this country [the United States] somebody is criticizing Israel, then they are antisemitic, and the organization is strong and has a lot of money and the ties between Israel and the American Jewish establishment are very strong and they are strong in this country…it's very easy to blame people who criticize certain acts of the Israeli government as antisemitic and to bring up the Holocaust, the suffering of the Jewish people, and that justifies everything we do to the Palestinians."  **Shulamit Aloni, former Israeli Minister of Education.**  Democracy now.

[21] "We are being blackmailed by the Holocaust…Israel is a terrorist state." Grzegorz Braun, Polish Member of the European Parliament."

New York City, 2 June 2016, **Greenberg Traurig, P.A.**'s partner
in extortion.

*Now go, attack the Amalekites and totally destroy everything that*
*belongs to them. Do not spare them; put to death men and women,*
*children and infants, cattle and sheep, camels and donkeys.*

Torah. 1 Samuel 15:3 (NIV)

*"Annihilate, smash, eradicate, erase, crush, shatter, burn,*
*be cruel, punish, ruin, crush. Annihilate!"*

Itamar Ben Gvir, Zionazi National Security Adviser

**43.**   "Nazi" was a derogatory term created by the English-speaking allies

against their German enemies of the Third Reich. Today that term applies equally

to Zionists.  There is nothing Zionists relish more than emulate, and act, and be



like "Nazis", especially repeating their vaunted "genocide" against them, but now against the Palestinians.

44.   Created by the grace of the British government in 1948, later armed and financed by traitors and Zionazi puppets in the government of the United States, and supported by traitorous Protestant Christers and their dim-witted Zionazi-sucking followers, the Zionazi Israeli régime composed and led by invading converts born mostly in Europe and the Americas, has subjected the native Semitic race in Palestine to systematic ethnic-cleansing, terrorism, theft, apartheid, and genocide from the Nabka (Catastrophe) 1948-1949[22] to Gaza Nabka[23] (2023 ongoing) in violation of numerous United Nations Security Council Resolutions[24];

---

[22] 30 massacres committed, 13,000 killed.  530 villages destroyed.750,000 forcibly displaced. Israel stole 78% of historic Palestine. *Nabka: The Palestinian catastrophe explained*.  Middle East Eye. May 13, 2024.

[23] "We are now rolling out the Gaza Nabka…Gaza Nabka 2023.  That's how It will end." Avi Dichter, Israeli security member and Agriculture Minister. Michael House Tov, *'We are Rolling Out Nabka 2023' Israeli Minister Says on Northern Gaza Strip Evacuation*. Haaretz. Israeli News. November 12, 2023.

[24] Zionazis have violated all **United Nations Security Council Resolutions** condemning and calling upon them to stop their genocide of Palestinians and flagrant violations international law: **Res. 57** (Sep. 18, 1948). **Res. 89** (Nov. 17, 1950). **Res. 228** (Nov. 25, 1966). **Res. 237** (Jun. 14, 1967). **Res. 242** (Nov. 22, 1967). **Res. 250** (Apr. 27, 1968). **Res. 251** (May 2, 1968). **Res. 252** (May 21, 1968). **Res. 259** (Sep. 27, 1968). **Res. 267** (Jul. 3, 1969). **Res. 271** (Sep. 15, 1969). **Res. 298** (Sep. 25, 1971).  **Res. 446** (Mar. 22, 1979).  **Res. 452** (Jul. 20, 1979). **Res. 465** (Mar. 1, 1980). **Res. 468** (May 8, 1980). **Res. 469** (May 20, 1980). **Res. 471** (Jun. 5, 1980). **Res. 476** (Jun. 30, 1980).  **Res. 478** (Aug. 20, 1980).  **Res. 484** (Dec. 19, 1980).  **Res. 521** (Sep. 19, 1982). **Res. 592** (Dec. 8, 1986). **Res. 605** (Dec. 22, 1987). **Res. 607** (Jan. 5, 1988). **Res.**

United Nations General Assembly Resolutions[25]; Fourth Geneva Convention,

---

**608** (Jan. 14, 1988). **Res. 636** (Jul. 6, 1989). **Res. 641** (Aug. 30, 1989). **Res. 672** (Oct. 12, 1990). **Res. 673** (Oct. 24, 1990). **Res. 681** (Dec. 20, 1990). **Res. 694** (May 24, 1991). **Res. 726** (Jan. 6, 1992). **Res. 799** (Dec. 18, 1992). **Res. 904** (Mar. 18, 1994). **Res. 1073** (Sep. 28, 1996). **Res. 1322** (Oct. 7, 2000). **Res. 1402** (Mar. 30, 2002). **Res. 1403** (Apr. 4, 2002). **Res. 1405** (Apr. 19, 2002). **Res. 1435** (Sep. 24, 2002). **Res. 1544** (May 19, 2004). **Res. 1860** (Jan. 8, 2009). Jeremy R. Hammond. *Rogue State: Israeli Violations of U.N. Security Council Resolutions*. (Jan. 27, 2010). Foreign Policy Journal. (Jan. 27, 2010).

Since 2009: **U.N. Security Council Resolution 2334 (Dec. 23, 2016)**. Israel's establishment of settlements in Palestinian territory occupied since 1967, including East Jerusalem must be dismantled; violation of the UN Charter reaffirming the inadmissibility of the acquisition of territory by force and the Fourth Geneva Convention and constitute major obstacle to the achievement of a two state solution. **U.N. Security Council Resolution 2735 (June 10, 2024)**. "*Rejects* any attempt at demographic or territorial change in the Gaza strip, including any actions that reduce the territory of Gaza." *See Advisory Opinion on Legal Consequences arising from the Policies and Practices of Israel in the Occupied Palestinian Territory, Including East Jerusalem*. International Court of Justice (19 July 2024). In 2018 the United States vetoed United Nations Security Council Resolution 516 deploring the Zionazi practice of murdering civilian protesters, including children, as well as medical personnel and journalists in Gaza.

---

[25] **UNGA Resolution 194 (Dec. 11, 1948)**. Resolving that Palestinian refugees should be permitted to return and paid compensation by the Zionazis from loss or damage to their property. On September 17, 1948, Zionazis killed Swedish Count Folke Bernadotte who had made that proposal. UN conditioned the Zionazi régime admission to the UN upon its promise to adhere and respect the UN Charter. These are grounds to expel Israel, carry on humanitarian intervention to dezionazify Israel and prosecute and execute its leaders, and place Palestine under the UN protection. Zionazis have meticulously violated all U.N. General Assembly's Resolutions condemning their flagrant genocide of Palestinians and violations of international law: **Res. 181** (Nov. 29, 1948). **Res. 1018** (Feb. 28, 1957). **Res.** (Feb. 27, 1957). **Res. 1091** (Dec. 12, 1957). **Res. 1315 (Dec. 12, 1958)**. **Res. 1604** (April 21, 1961). **Res. 1725** (Dec. 20, 1961). **Res. 1856** (Dec. 20, 1962). **Res. 1912** (Dec. 3, 1963). **Res. 2002** (Feb. 10, 1965). **Res. 2154** (Nov. 17, 1966). **Res. 2341** (Dec. 19, 1967). **Res. 2443** (Dec. 19, 1968). **Res. relative to the Protection of Civilian Persons in Time of War (1949); Protocols 2535** (Dec. 10, 1969). **Res. 2546** (Dec. 11, 1969). **Res. 2628** (Nov. 4, 1970). **Res. 2727** (Dec. 5, 1970). **Res. 2792** (Dec. 6, 1971). **Res. 2851** (Dec. 20, 1971). **Res. 3005** (Dec. 15, 1972). **Res. 3092** (Dec. 7, 1973). **Res. 3175** (Dec. 17, 1973). **Res. 3236** (Nov. 22, 1974). **Res. 3240** (Nov. 29, 1974). **Res. 3246** (Nov. 29, 1974). **Res. 3336** (Dec. 17, 1974). **Res. 3414** (Dec. 5, 1975). **Res. 3525** (Dec. 15, 1975). **Res. 31/20** (Nov 24, 1976). **Res. 31/106** (Dec. 16, 1976). **Res. 32/20** (Nov. 25, 1977). **Res. 3291** (Dec. 13, 1977). **Res. 33/29** (Dec. 7, 1978). **Res. 33/112** (Dec. 18, 1978). **Res 33/113** (Dec. 18, 1978). **Res. 33/147** (Dec. 20, 1978). **Res. 34/29** (Nov. 16, 1979). **Res.**

Additional Protocols to the Geneva Conventions of 12 August 1949 (1977);

Hague Convention (IV) respecting the Laws and Customs of War (1907);

Convention on the Rights of the Child. (1989); and the Convention on the

Additional Protocols to the Geneva Conventions of 12 August 1949 (1977);

---

**34/52** (Nov.16, 1979.**Res. 34/65** (Nov. 29-Dec. 12, 1979). **Res 34/70** (Dec. 6, 1979). **Res. 34/90** (Dec. 12, 1979). **Res. 34/113** (Dec. 14, 1979). **Res. 34/133** (Dec. 14, 1979).  **Res. 34/136** (Dec. 14, 1979). **Res. 35/13** (Nov. 3, 1980). **Res. 35/75** (Dec. 5, 1980). **Res. 35/110** (Dec. 3, 1980). **Res. 35/111** (Dec. 3, 1980). **Res. 35/111** (Dec. 5, 1980). **Res. 35/122** (Dec. 11, 1980).  **Res. 35/169** (Dec. 15, 1980). **Res. 35/207** (Dec. 16, 1980). **Res. 36/15** (Oct. 28, 1981). **Res. 36/70** (Dec. 4, 1981). **Res. 36/73** (Dec. 4, 1981). **Res. 36/ 120** (Dec. 10, 1981. **Res. 36/146** (Dec. 16, 1981). **Res. 36/147** (Dec. 16, 1981).  **Res. 36/150** (Dec. 16, 1981). **Res. 36/173** (Dec. 17, 1981). **Res. 36/226** (Dec. 17, 1981).  **Res. 37/86** (Dec. 10, 1982). **Res. 37/88** (Dec. 10, 1982).  **Res. 37/120** (Dec. 16, 1982). **Res. 37/122** (Dec. 16, 1982). **Res. 37/123** (Dec. 16, 1982). **Res. 37/134** (Dec. 17, 1982). **Res. 37/135** (Dec. 17, 1982).  **Res. 37/222** (Dec. 20, 1982). **Res. 38/58** (Dec. 13, 1983). **Res. 38/79** (Dec. 15, 1983).  **Res. 38/83** (Dec. 15, 1983). **Res. 38/85** (Dec. 15, 1983). **Res. 38/144** (Dec. 19, 1983).  **Res. 38/145** (Dec. 19, 1983). **Res. 38/166** (Dec. 19, 1983). **Res. 38/180** (Dec. 19, 1983).  **Res. 39/49** (Dec. 11, 1984). **Res. 39/95** (Dec. 14, 1984). **Res. 39/99** (Dec. 14, 1984). **Res. 39/101** (Dec. 14, 1984). **Res. 39/169** (Dec. 17, 1984). **Res. 39/233** (Dec. 18, 1984). **Res. 39/224** (Dec. 18, 1984). **Res. 40/96** (Dec. 12, 1985). **Res. 40/161** (Dec. 16, 1985).  **Res. 40/165** (Dec. 16, 1985). **Res. 40/167** (Dec. 16, 1985). **Res. 40/169** (Dec. 17, 1985). **Res. 40/201** (Dec. 17, 1985). **Res. 41/43** (Dec. 2, 1986). **Res. 41/63** (Dec. 3, 1986). **Res. 41/69** (Dec. 3, 1986). **Res. 41/181** (Dec. 8, 1986). **Res. 42/66** (Dec. 2, 1987). **Res. 42/69** (Dec. 2, 1987). **Res. 42/160** (Dec. 8, 1987). **Res. 42/166** (Dec. 11, 1987). **Res. 42/190** (Dec. 11, 1987). **Res. 43/233** (April 20, 1988).  **Res. 43/233** (April 20, 1988).  **Res. 43/21** (Nov. 3, 1988). **Res. 43/57** (Dec. 6, 1988). **Res. 43/58** (Dec. 6, 1988). **Res. 43/175** (Dec. 15, 1988). **Res. 43/176** (Dec. 15, 1988). **Res. 43/177** (Dec. 15, 1988). **Res. 43/178** (Dec. 20, 1988).  **Res. 58/292** (May 5, 2004). **Res. 41/69** (Dec. 3, 1986). **Res. 41/181** (Dec. 8, 1986). **Res. 42/66** (Dec. 2, 1987). **Res. 42/69** (Dec. 2, 1987). **Res. 42/160** (Dec. 8, 1987). **Res. 42/166** (Dec. 11, 1987). **Res. 42/190** (Dec. 11, 1987).**Res. 43/233** (April 20, 1988).**Res. 43/233** (April 20, 1988). **Res. 43/21** (Nov. 3, 1988). **Res. 43/57** (Dec. 6, 1988).  **Res. 43/58** (Dec. 6, 1988).  **Res. 43/175** (Dec. 15, 1988). **Res. 43/176** (Dec. 15, 1988). **Res. 43/177** (Dec. 15, 1988). **Res. 43/178** (Dec. 20, 1988). **Res. 58/292** (May 5, 2004). **Res. 59/251** (Dec. 22, 2004). **Res. 66/225** (Dec. 22, 2011). **Res. 67/19** (Nov. 29, 2012). **Emergency Special Session. ES-10/19** (Dec. 21, 2017). **Emergency Special Session. ES-10/20** (Jun. 13, 2018). **Emergency Special Session. ES-10/21** (Oct. 27, 2023). **Emergency Special Session.** ES-10/22 (Dec.12, 2023). **Emergency Special Session.** ES-10/23 (May 10, 2024).

Page 29 of 169

Hague Convention (IV) respecting the Laws and Customs of War (1907);

Convention on the Rights of the Child. (1989); and the Convention on the

Prevention and Punishment of the Crime of Genocide (1948)[26, 27, 28, 29].

---

[26]     "[A]ll States are under an obligation not to recognize as legal the situation arising from the unlawful presence of Israel in the Occupied Palestinian Territory. They are also under an obligation not to render aid or assistance in maintaining the situation created by Israel's illegal presence in the Occupied Palestinian Territory.  It is for all States, while respecting the Charter of the United Nations and international law, to ensure that any impediment resulting from the illegal presence of Israel in the Occupied Palestinian Territory to the exercise of the Palestinian people of its right to self-determination is brought to an end.  In addition, all the States parties to the Fourth Geneva Convention have the obligation, while respecting the Charter to the United Nations and international law, to ensure compliance by Israel with international humanitarian law as embodied in that Convention."

    International Court of Justice, Advisory Opinion, 19 July 2024, page 76.

[27] As of 14 October 2024 the Zionazis have forcibly displaced "at least 90 per cent" of Palestinians in Gaza, murdered "nearly 42,000" and injured 96,000 Palestinians".  Zionazis have murdered "[a]t least 13,000 Palestinian children, including more than 700 babies have been killed, many shot in the head and chest; Zionazis have inflicted "life-changing injuries" to "approximately 22,500. "By May 2024, a further 10,000 Palestinians were estimated to be buried under the rubble, including more than 4,000 children, the voices of those trapped and dying are often audible."  Zionazis have forcibly disappeared an uncertain number of Palestinians. **Francesca Albanese, *Report of the Special Rapporteur on the Situation of Human Rights in the Palestinian Territories occupied since 1947. Genocide as colonial erasure*, pages 5 and 6. United Nations General Assembly (1 October 2024).  Situation of Human Rights in the Palestinian Territories occupied since 1967**.

[28] *South Africa v. Israel, Application of the Convention on the Prevention and Punishment of the Crime of Genocide in the Gaza Strip*. International Court of Justice. Order of 26 January 2024. *South Africa v. Israel, Application of the Convention on the Prevention and Punishment of the Crime of Genocide in the Gaza Strip*. International Court of Justice. Order of 28 March 2024. *South Africa v. Israel, Application of the Convention on the Prevention and Punishment of the Crime of Genocide in the Gaza Strip*. International Court of Justice. Order of 26 January 2024.

**45.** On October 28, 2023, Zionazi dictator Benjamin Netanyahu ordered his Zionazi army to exterminate the Palestinians: "They [Israel Defense Force] are committed to completely eliminating this evil [Palestinians] from the world. You must remember what Amalek has done to you, says our Holy Bible. And we do remember." Noah Lanard. *The Dangerous History Behind Netanyahu's Amalek*



---

[29] <u>United Nations. Report of the Human Rights Council. Human Rights Council Resolutions</u>: General Assembly. Database of "Database of all business enterprises involved in in the activities…through the Occupied Palestinian Territory including East Jerusalem." **A/HRC/57/21** (August 2, 2024). **Res. 55/28** (April 5, 2024). **Res. 53/25** (July 19, 2023). **General Assembly. Implementation of Human Rights Council Resolution 31/36. A/HRC/RES 53/25** (July 14, 2023). **Res. 52/3** (April 3, 2023). **Res. 52/34** (April 4, 2023). **Res. 52/35** (April 4, 2023). **Res. 49/28** (April 1, 2022). **Res. 49/29** (April 1, 2022). **Res. 46/3** (March 23, 2021). **Res. 43/3** (June 19, 2020). **Res. 43/3** (June 19, 2020). **Res. 43/31** (June 22, 2020). **Res. 43/32** (June 22, 2020). **Res. 43/33** (June 22, 2020). General Assembly. "Database of all business enterprises involved in the activities…through the Occupied Palestinian Territory including

*Rhetoric. His recent biblical reference has long been used by the Israeli far right to justify killing Palestinians.* Noah Lanard. *Mother Jones* (November 3, 2023).

**46.** On November 21, 2024, the International Criminal Court issued warrants of arrest for Zionazi dictator Benjamin Netanyahu and Zionazi Minister of Defence Yoav Gallant on charges of "war crimes of starvation as a method of warfare and intentionally directing an attack against the civilian population; and the crimes against humanity of murder, persecution, and other inhumane acts from at least 8 October 2023 until at least 20 May 2024." ICC Website.

---

East Jerusalem." ***Report of the United Nations High Commissioner for Human Rights***. A/HRC 43/71 (Feb. 28, 2020). **Res. 40/13** (March 22, 2019).  **Res. 40/22** (March 19, 2019). **Res. 40/23** (March 19, 2019). **Res. 40/24** (March 19, 2019). **Res. 37/34** (March 23, 2018). **Res. 37/35** (March 23, 2018). **Res. 37/36** (March 23, 2018). **General Assembly. "Database of all business enterprises involved in the activities…through the Occupied Palestinian Territory including East Jerusalem." A/HRC/37/39** (Feb 1, 2018. **Res. 34/28** (March 24, 2017). **Res. 34/29** (March 24, 2017). **Res. 34/30** (March 24, 2017). **Res. 34/30** (March 24, 2017). **Res. 34/30** (March 24, 2017). **Res. 31/33** (March 24, 2016). **Res. 31/34** (March 24, 2016). **Res. 31/35** (March 24, 2016). **Res. 31/36** (March 24, 2016). **Res. 28/25** (March 27, 2015). **Res. 28/26** (March 27, 2015). **Res. 28/27** (March 27, 2015). **Res. 25/27** (March 28, 2014). **Res. 25/28** (March 28, 2014). **Res. 25/29** (March 28, 2014). **Res. 25/30** (March 28, 2014). **Res. 22/25** (March 22, 2013). **Res. 22/26** (March 22, 2013). **Res. 22/27** (March 22, 2013). **Res. 22/28** (March 22, 2013). **Res. 22/29** (March 22, 2013). **General Assembly. Report of the independent international factfinding mission to investigate the implication of the Israeli settlements on the civil, political, economic and social and cultural rights of the Palestinian people throughout the Occupied Palestinian Territory, including East Jerusalem. A/HRC 22/63** (Feb. 7, 2013). **Res. 19/15** (March 22, 2012). **Res. 19/16** (March 22, 2012). **Res. 19/17** (March 22, 2012). **Res. 19/18** (March 22, 2012). **Res. 16/29** (March 25, 2011). **Res. 16/30** (March 25, 2011). **Res. 16/31** (March 25, 2011). **Res. 16/32** (March 25, 2011).**Res. 13/6** (March 24, 2010). **Res. 13/7** (March 24, 2010). **Res. 13/8** (March 24, 2010). **Res. 13/9** (March 25, 2010).**Res. 10/18** (March 26, 2009). **Res. 10/19** (March 26, 2009). **Res. 10/20** (March 26, 2009). **Res. 10/21** (March 26, 2009). **Res. 7/1** (March 6, 2008). **Res. 7/17** (March 27, 2008).  **Res. 7/18** (March 27, 2008). **Res. 4/2** (March 27, 2007). **OM/1/2** (June 20, 2007). **S-3/1** (Nov. 16, 2006).  **Res. S/1-1** (July 6, 2006).

**47.**   Hamas, and every Palestinian fighting for their liberation from the outlaw

Israeli Zionazi régime, are freedom fighters pursuant and protected by

international conventions, treaties, and customary international law.

C. **Israeli Régime's Puppet: United States Government. Puppet Trump
   Appoints Greenberg Traurig, P.A's Judges to U.S. Court of Appeals**.

> *Foreigners will rebuild your walls, and their kings will serve you.
> ...Your walls will always stand open, they will never be shut, day or
> night, so that people may bring you the wealth of the nations—their
> kings led in triumphal procession.  For the nation or kingdom that
> will not serve you will perish; it will be utterly ruined.*

> Torah. Isaiah 60:10-12 (NIV)

> *Thou shalt also suck the milk of Gentiles.*

> Torah.  Isaiah 60:16 (KJB)

**48.**   When Zionazi dictator Benjamin Mileikowsky, alias Netanyahu, boasted

in the 1980s: "We have the Senate, the Congress and a strong Jewish lobby on

our side. We have a strong influence over the general support in America.

America won't force us into anything", he was just making a statement of fact.

**49.**   When Zionazi president Donald Trump pretended to lament that, on ac-

count of two ineffective clownish demagogic politicians, ***"Israel literally owned***

***Congress...Israel had such power—and rightfully—over Congress***, and now it

doesn't"[30], the United States Congress not only had been slavishly sending to

Israel $310 billion in monetary and military aid since 1946 (*U.S. Aid to Israel in*

*Four Charts.* Council on Foreign Relations), Congress had been brazenly receiving public direct orders from the Zionazi dictator since at least 2015.

**50.** Traitors and openly racists Senate Majority Leader Mitch McConnell and House Speaker John Boehner conspired with the Israeli régime's Zionazi pro-consul in the U.S. of Palestine, Ronald Dermer, intentionally to humiliate our country and President Barack Obama by sending an invitation to Zionazi dictator Netanyahu to attack Obama's foreign policy towards Iran in Congress in open contempt for his exclusive prerogative in foreign affairs.[31, 32] Traitors and Zionazi-suckers slavishly interrupted "39 times" including "23 standing ovations…10:55 of the 40:30" minutes of that repulsive scumbag's orders to them, and his vitriolic attacks against Obama[33, 34].

---

[30] Jacob Magid, *Trump: Israel 'literally owned Congress a decade ago, today it's the opposite.* The Times of Israel (Nov. 1, 2021).

[31] Justin Sink, Scott Wong. "Certainly, traditionally, we would learn about the plans of a [foreign] leader to come to the United States, separately from learning about it from the Speaker of the House, which is how we learned of Prime Minister Netanyahu's plans to come and speak to a joint session," State Department spokeswoman Jen Psaki said." Justin Sink, Scott Wong, *Boehner, Netanyahu blindside Obama with speech to Congress*, The Hill (Jan. 21, 2015)[emphasis].

[32] Zach Beauchamp. The Netanyahu speech controversy, explained. Vox (March 3, 2015).

[33] Ben Norton, *Over one quarter of Netanyahu's speech to Congress consisted of applause and standing ovations.* Mondoweiss (March 4, 2015).

**51.** On July 24, 2024, the Zionazi dictator for the fourth time thanked them for assisting him to bomb, murder, and displace the Palestinians, attacked university students' antisemitism and "the people who run those campuses"[35], and lectured and issued his orders to Congress reminding them they were Israel's partner in genocide, and reminding them that he was protecting the U.S. against the Palestinians and mean Iran[36]. These traitors gave him "fifty-eight standing ovations, lasting about half of the speech' duration"[37], and behaved in such vile and abject manner that this foreigner repeatedly had to order them to shut up; and he was constantly afraid that they were going to rip off his pants' fly and fellate him in a frenzy. Ted Cruz, Marco Rubio, a.k.a. Little Marco, Big Zionazisucker, Mike Johnson, Tom Cotton, Lindsey Graham, Brian "Skippy" Mast, and John Kennedy were sad that they were not allowed to perform that task during his speech.

**52.** Within days of assuming his first presidency, Trump nominated Neil

---

[34] This broke the record when Congress gave Netanyahu 29 standing ovations when he delivered his orders to Congress during his 40 minutes speech in 2011. Jonathan Allen. Netanyahu vows Congress. Politico. (May 24, 2011).

[35] Full Text: Netanyahu's 2024 Address to Congress. Haaretz (July 25, 2024).

[36] IBID.

[37] Seraj Assi, *Netanyahu's Speech Is a Gift to Future Genocide Historians*. Jacobin (July 25, 2024).

Gorsuch for the U.S. Supreme Court.  Nine days after his confirmation, **Greenberg Traurig, P.A.**'s CEO Brian Duffy bought Gorsuch's property[38] in Colorado —and Gorsuch himself[39].



U.S. Supreme Court justice Neil Gorsuch
owned by **Greenberg Traurig, P.A.**

---

[38] Debra Cassens Weiss, *BigLaw CEO bought property partly owned by Gorsuch, who didn't disclose buyer.* ABA Journal (April 25, 2023).

[39] "Gorsuch did not disclose the identity of the purchaser. That box was left blank. Since then, Greenberg Traurig has been involved in at least 22 cases before or presented to the court, according to a POLITICO review of the court's docket. They include cases in which Greenberg either filed amicus briefs or represented parties. In the 12 cases where Gorsuch's opinion is recorded, he sided with Greenberg Traurig clients eight times and against them four times." Heidi Przybyla, *Law firm bought Gorsuch-owned property*. Politico (April 25, 2023).

53.   Ostensibly a private actor like **Greenberg Traurig, P.A.** and The

Lawfare Project (*See* INFRA.), the American Israel Public Affairs Committee

(AIPAC) is a government actor at the service of the Zionazi Israeli régime.

(AIPAC website: **"A National Movement of Pro-Israel Americans"**) funded by

rabid Zionazi donors led by Jan Koum and Miriam Adelson with more than $75

million. Ivan Kesic, *Bankrolling genocide: The biggest donors to AIPAC,*

*America's leading Zionist lobby group.* PressTV (March 18, 2025).

54.   Unlike **Greenberg Traurig. P.A.** which concentrates on buying and

choosing state and federal judges—and a U.S. Supreme Court justice—, and

representing and defending the judiciary in disciplinary proceedings against

lawyers and laypersons who dare to exercise their rights protected by the First

Amendment, IPAC's task is to buy U.S. government officials, and presidents of

the United States to "[K]eep[ ] Israel safe and America strong". (AIPAC website).

*See* Tracaipac.com for a list of traitors.

55.   After they buy them, they see to it that they do not get confused and stray

from their rôles as traitors against the United States.  According to U.S. Kentucky

Representative Thomas Massie: "Everybody but me has an AIPAC person—like

your AIPAC babysitter, who is always talking to you for AIPAC." The Washing-

ton Standard, June 13, 2024[40]. AIPAC finances the election and reelection

campaigns and primaries against politicians who criticize the Zionazi genocide of Palestine, or who do not genuflect enough to the Zionazi Israeli régime. Molly Redden, *Progressive Democrats Call Out Party for Taking 'Toxic Money' from Israel Lobbying Group*. Huffpost (Jan. 26, 2024).



---

40    "It does not benefit anybody," Massie said, "why would they want to tell their constituents that they've basically got a buddy system with somebody who is representing a foreign country, it does not benefit the congressmen for people to know that so they're not going to tell you that…It is the only country that does this!"

**Rep. Thomas Massie: Every GOP Congressman Has An "AIPAC Babysitter".**

56. Zionazi puppet Donald Trump[41] was bought by repulsive Zionazi billion-aire Sheldon Adelson[42] and his wife Miriam Adelson[43], in exchange for illegally moving the U.S. embassy to Jerusalem and allowing the Zionazi Israeli régime to annex the Syrian Golan Heights during his first presidency[44]; and receiving $100 million from Miriam Adelson in exchange for allowing the Zionazi Israeli régime illegally to annex the Palestinian West Bank and Gaza.[45]

57. Zionazi and Jew-convert who, like all Zionazis, despises our armed forces, Donald Trump, conferred the Presidential Medal of Freedom to rabid

---

[41] During his presidential campaign, Donald Trump said "Sheldon Adelson is looking to give big dollars to Rubio because he feels he can mold him into his perfect puppet." Jesse Byrness, *Trump: Rubio a 'perfect little puppet'*. The Hill (Nov. 13, 2015).

   Trump accused Zionazi war criminal Joe Biden of being "a Palestinian...a very bad Palestinian." Brett Samuels, *Trump says Biden has 'become like a Palestinian' in debate over Israel*. The Hill (June 27, 2024).

[42] "The uniform that I wore in the military unfortunately, was not an Israel uniform. It was an American uniform. Although my wife was in the IDF...[one of his sons]'s hobby is shooting and he'll comeback [to Israel] and be a sniper for the for the IDF...All we care about is being good Zionists. Being good citizens of Israel...Even though I'm not Israeli-born, Israel is in my heart." Sheldon Adelson. *Israel-Firster Sheldon Adelson regrets serving in U.S. instead of Israeli military*. War in Context. Ali Abunimah, *Billionaire Gingrich backer Adelson regrets he served in US instead of Israeli Military*. The Electronic Intifada (January 27, 2012).

[43] "The Adelson Family Foundation...The primary goal of the Foundation is to strengthen the State of Israel and the Jewish people." (Adelson Family Foundation website).

[44] $20,000,000. Robert Schlesinger, *Trump giving Miriam Adelson the Medal of Freedom captures the transactional nature of his presidency*. NBC News Think. (Nov. 16, 2018).

[45] Frank Wright, *How Donald Trump was bought by the Adelsons to support their Israel First Agenda*, LifeSite (Oct. 21, 2024).

Zionazi Miriam Adelson on November 16, 2018[46, 47].

**58.** Traitors in the U.S. government range from buffoons prancing about clad in a Zionazi uniform—Brian Mast—, to a Neanderthal wearing a suit only when he meets Netanyahu—John Fetterman—, to Shabbos hag Nancy "If this Capitol crumbles to the ground the one thing that will remain our commitment to our aid, I would not even call it aid, our collaboration with Israel" Pelosi. And dual citizens and militant Zionazis like Chuck "For as long as I live, for as long as I have the privilege of serving in the Senate from New York, I will unflinchingly, unstintingly, and with all my strength be Shomer Yisrael, a guardian of Israel. Ladies and Gentlemen, am Yisrael Chai.  In Israel and America, the Jewish nation lives now and forever" Schummer.

**59.** In 2019 Trump appointed two **Greenberg Traurig, P.A.**'s judges to the U.S. Eleventh Court of Appeal: Barbara Lagoa and Robert Luck (*See* SVPRA/ INFRA). The speed of their rise did not go unnoticed[48].

---

[46] Jake Taylor and Ginger Gibson, Trump says that presidential civilian award is 'better' than top military honor whose recipients are 'dead' or 'hit' by bullets. NBC News (Aug. 16, 2024).

[47] "Why should I go to that cemetery? It's filled with losers," said Donald Trump, when he refused to visit a cemetery containing the tombs of 1,800 marines who lost their lives fighting against their German brothers in World War I to allow an alien race who hate them to exploit, extort, and defile their offsprings.  According to his former chief of staff John Kelly, Trump referred to dead veterans also as "suckers".  Olafimihan Oshin, *John Kelly confirms Trump's remark about war dead*. The Hill (Nov. 2, 2023).



**Greenberg Traurig, P.A.**'s hack, personal secretary and law clerk
Eleventh U.S. Circuit Court of Appeals judge Robert Joshua Luck



**Greenberg Traurig, P.A.**'s hack, personal secretary and law clerk
Eleventh U.S. Circuit Court of Appeals judge Barbara Lagoa

Page 41 of 169

**60.**   On December 11, 2019, Trump issued Executive Order 13899-Combating

Anti-Semitism[49]. One of the first acts by Trump on his second term as president

was to sign Executive Order 14188—Additional Measures to Combat Anti-Semit-

ism[50] on January 29, 2025, to "investigate and punish anti-Jewish racism in leftist,

anti-American colleges and Universities" and deport "resident aliens" who

exercise their First Amendment right to protest Zionazi terrorism and genocide[51].

**61.**   Trump's son-in-law Jared Kushner said that the waterfront property in the

---

[48] Zach Schlein, ***The Rise of Justices Barbara Lagoa and Robert Luck.*** "President Donald
Trump's impending nomination of Justices Barbara Lagoa and Robert J. Luck to the U.S.
Court of Appeals for the Eleventh Circuit **is the latest development in a year of meteoric
rises for the South Florida judges**."ALM/ Law.com (Sept. 13, 2019). News Service of
Florida, "Just months after joining the Florida Supreme Court, Justice Barbara Lagoa and
Justice Robert Luck have been picked by President Donald Trump to serve on a federal
appeals court." Tampa Bay Times (Sept. 13, 2019).

[49] "My administration is committed to *combating the rise of Anti-Semitism and anti-Semitic
incidents in the United States and around the world*. Anti-Semitic incidents have increased
since 2013, and students, in particular, continue to face anti-Semitic harassment in schools and
on university and college grounds." (***Emphasis added***).

[50] "It shall be the policy of the United States *to combat anti-Semitism vigorously, using all
available and appropriate legal tools, to prosecute, remove, or otherwise to told to account
the perpetrators of unlawful anti-Semitic harassment and violence*." (***Emphasis added***).

My attention is drawn to EO 14188, Sec. 3(c) "The Attorney General is encouraged **to
employ appropriate civil-rights enforcement authorities, such as 18 U.S.C. §241**, to
combat Anti-Semitism." (**Emphasis added**).

[51] *Fact Sheet: President Donald J. Trump Takes Forceful and Unprecedented Steps to Combat
Anti-Semitism*, The White House (January 30, 2025). "My promise to Jewish Americans is
this: With your vote, I will be your defender, your protector, and I will be the best friend
Jewish American have ever had I the White House."

Gaza strip is "valuable…from Israel's perspective I would do my best to move the people out and then clean it up."[52] During a meeting with Zionazi dictator, Trump advocated for ethnic-cleansing, crimes against humanity, and genocide [53]. "In the meantime, I would own this—think of it as a real estate development for the future. It would be a beautiful piece of land." Rebecca Shabad, *Trump said Palestinians wouldn't be allowed back into Gaza under his Plan*. NBC News (Feb. 10, 2025). Shortly thereafter, Zionazi Trump gave the "green light" to the Zionazis to resume the genocide of Palestinians[54].

---

[52] Eric Bazail-Heimil, Jared Kushner under fire for calling Gaza waterfront property 'valuable'. Politico (March 19, 2024).

[53]    "You look over the decades; it's all death in Gaza. This has been happening for years. It's all death. They [Palestinians] live in Gaza right now. And I think we need another location. I think it should be another location that is going to make people happy…If we can get a beautiful area to resettle people in nice homes and where they can be happy and not being shot not be killed not be knifed to death like what is happening in Gaza. I don't think people [Palestinians] should be going back to Gaza…It would be my hope that we could do something really nice, really good that they would not want to return…all of them."

Peter, a news reporter asked Trump: "Because it's their home sir, why would they leave? Trump replied:

"Because Gaza is a guarantee that they're going to end up dying. The same thing's going to happen again. It's happened over and over again, and it's going to happen again, as sure as you're standing there, Peter. So, I hope that we could do something where they wouldn't want to go back. Who would want to go back? They've experienced nothing but death and destruction…"

Toi Staff, *Full Text: With Netanyahu in Oval Office, Trump talks of 'permanently' resettling Gazans*. The Times of Israel (Feb. 6, 2025).

**62.**   On March 25, 2025, a Turkish student attending Tufts University was arrested due to her "support for Hamas".[55]  Betar[56] and Canary Mission[57], two Zionist organizations that dox personal information, educational credentials, and work history of those who protest their Zionazi Israeli régime's genocide of Palestine provide that data to the U.S. government. This is a government function associated only with states' governments, or countries' governments[58].

---

[54] Namita Singh, Rhian Lubin, *Trump gave 'green light' to Israel before Gaza bombing that left '400 dead,' report says.* Independent (March 18, 2025).
  *"Soon, the evacuation of the population from combat zones will resume, and what follows will be far more severe—you will pay the full price.  Return the hostages and remove Hamas—the alternative is total devastation."* Quoting Zionazi Minister of Defense David Katz. *Imram Mulla.* **David Lammy condemns Israeli minister's threat to bring 'total devastation' to Palestinians.** Middle East Eye (March 20, 2025).

[55] Clint McColgan, *Tufts University graduate student arrested by ICE has case moved to Vermont.* (Boston Herald, April 4, 2025).
  "Ozturk was one of four students last March who wrote an op-ed in The Tufts Daily criticizing the university's response to its community union Senate passing resolutions that demanded Tufts "acknowledge the Palestinian genocide,"" disclose its investments and divest from companies with direct or indirect ties to Israel." Turkish student at Tufts University detained, video shows masked people handcuffing her. Jake Offenhartz, Kathy McCormack and Michael Casey. AP (March 26, 2025).

[56] Al Jazeera Staff, *What is Betar US, the group pushing to deport pro-Palestinian students?* Al Jazeera (March 25, 2025).

[57] Gloria Pazmino and Sabrina Souza, *A pro-Israel group says it gave US list of protesters to deport, drawing alarm from students; supporters.* CNN (April 2, 2025).

[58] "We are facing a civilizational challenge which the Jewish American community is unequipped to handle…There is a complete leadership gap in the American Jewish community of brave Jews willing to stand up in deed and in act." **Betar Website.**
  "Canary Mission documents people and groups that promote hatred of the USA, Israel, and Jews…Every individual and organization has been carefully researched and sourced." **Canary Mission Website.**

**63.** Zionazisucker yahoo Jill Cassidy very humbly introduced Rabbi Levi Shemtov of the fanatical Jewish sect Chabad-Lubavitch to issue his marching orders to the Israeli régime's puppet U.S. Senate:

> "It is not enough for individuals or institutions to merely claim that they are not antisemitic…It is not enough for people, especially public figures, to be neutral or not be antisemitic, one must be anti antisemitic. We must demand the same of our universities and **government institutions**…**The best antidote to antisemitism is perhaps robust semitism**." (Emphasis). *Lawmakers examine Antisemitism & Free Speech on College Campuses.* C-SPAN (March 27, 2025).

**64.** Zionazi Asiatic dictator Netanyahu summoned European racists, fascists, traitors, and morons[59] to the International Conference on Combating Antisemitism to exhort them to worship the Zionazi Israeli régime and to pressure their governments to harass and prosecute anyone who dare to criticize it: "**This is why we must commend president Trump's decisive action against antisemitism. And we must pressure other governments to do the same.**"[60]

   D. **Israeli Régime's Puppet: State of Florida. Puppet Desantis reappoints Fred Karlinsky of Greenberg Traurig, P.A. to the Judicial Nominating Commission to choose justices for the Florida supreme court; appoints Greenberg Traurig, P.A.'s judges to the Florida supreme court and the third district court of appeal.**

---

[59] Jean Shaoul, *Netanyahu organises Israeli "antisemitism" conference featuring Europe's far-right*. WSWS.org. World Socialist Website. (March 24, 2025).

[60] *Israel's Netanyahu addresses conference on fighting antisemitism.* Reuters (March 27, 2025). YouTube. Israeli government's international conference on combating antisemitism in Jerusalem, March 24-27 (2025).

**65.** No state government in the U.S. is more slavishly servile to the Zionazi Israeli régime than Florida's government[61].  Governor Ron Desantis' abject betrayal of the United States to the Israeli régime surpasses every other Zionazi-sucker governor in the United States.

**66.** Sheldon Adelson donated $800,000 to Desantis' campaign for governor.[62] Desantis assumed office on January 8, 2019. The following day, his first act in office was to appoint **Greenberg Traurig, P.A.**'s judges, third district court of appeal Barbara Lagoa (January 9, 2019) and Robert Joshua Luck (January 14, 2019) chosen for him by Fred Karlinsky of **Greenberg Traurig, P.A**[63] to the

---

[61] Although 38 states have enacted laws against Boycott, Divestment and Sanctions, no traitors and Zionazis in another state have yet considered extending their anti-BDS statutes to include "academic institutions and non-profit organizations participating in boycotts against Israel", Michael Costeines. *Bill expanding Florida's anti-BDS law in support of Israel moves to the Senate*. The Floridian (April 4, 2025). Florida's first Anti-BDS law was signed by governor Rick Scott in 2016. "We must take a firm, resolute stand against hate, not only against those who try to harm Floridians through antisemitic economic boycotts but also in academia, where such rhetoric is beginning to take hold," quoting state representative Hillary Cassel said in a statement. David Isaac, *Florida bills seek to bolster state's anti-BDS laws*. JNS (March 14, 2025). "Florida is really the front-line state. Florida is very visible in this area of policy. Here the bar is set. We know that many other states are going to adopt what Florida is doing here as the model for a major round of updates to anti-BDS law", quoting Joseph Sabag, an attorney "who led the signing of America's first Modern anti-BDS law…in 2015)."
  The Boycott, Divestment and Sanctions is a Palestinian movement originated in 2005 against "Companies Profiting From The Genocide of The Palestinian People" (BDS Website) that takes direct inspiration from the South African antiapartheid fight and the US civil rights movement.

[62] Lorraine Woellert, *GOP megadonors accompany Desantis on Israel trip*. Politico (May 27, 2019).

Florida supreme court making sure that his proclamation appointing the latter was done with all unnecessary pomp in a Jewish kindergarten school Luck had attended.[64] Both had unusually identical careers: Lagoa and Luck previously worked at **Greenberg Traurig, P.A.**, served as **Assistant U.S. Attorneys**, and were chosen by **Greenberg Traurig, P.A** to the third district court of appeal.

67.   The other 5 justices chosen by **Greenberg Traurig, P.A.** and appointed by Desantis are current chief justice Carlos Muniz (2019), John Couriel (2020), Jamie Grosshans (2020), Renatha Francis (2022), and Meredith Sasso (2023). (*See* INFRA Fred Karlinsky interviewing his personal secretaries Couriel and Grosshans in his capacity as President of the so-called "Florida Supreme Court Historical Society": The Entertainment Division of Greenberg Traurig, P.A. and Associate Law Firms, Tallahassee Branch; and proudly showing a picture of his seven personal secretaries and clerks clad in justices' robes)(INFRA).

---

[63] "Karlinsky was first appointed to the Supreme Court JNC in 2014 by then-Gov. Rick Scott...Governor Desantis reappointed Fred Karlinsky of Greenberg Traurig P.A. "for a term ending July 1, 2026." Gray Rohrer, *Gov. Desantis makes 50 appointments to judicial nominating commissions*. Florida Politics. (July 21, 2022). Executive Office of the Governor Ron Desantis, 46[th] Governor of Florida. *Governor Desantis makes 50 Judicial Nominating Commission Appointments*. (July 20, 2022).

[64] Marcy Oster, *Jewish judge named to Florida supreme court at his day school*. Israel National News (Jan. 15, 2019).
   "We applaud Governor Desantis' choice of Judge Robert J. Luck to fill a vacancy on the Florida Supreme Court." *ZOA supports Gov. DeSantis (FL) appointing judge Robert Luck to Florida supreme court*. Zionist Organization of America (January 14, 2019).



Fred Karlinsky interviews his personal secretary and law clerk John Couriel



Fred Karlinsky interviews his personal secretary and law clerk Jamie Grosshans



**Greenberg Traurig, P.A.**'s hacks, personal secretaries and law clerks

Fred Karlinsky shows off photo of his property

**68.** On January 15, 2019 (the day after appointing Luck), Desantis proclaimed: "Florida is the most Israel-friendly state in the country and we will not stand for discrimination against the Israeli people of any kind"[65] He traveled to Jerusalem

Page 48 of 169

where he "signed a memorandum of understanding between Florida Atlantic University and Ariel University in a ceremony attended by the Adelsons." *GOP Megadonors*... Politico (May 27, 2019). IBID.  And, surrounded amongst others by Florida attorney general Ashley Moody and bill-sponsor rabid Zionazi Representative Randy Fine, on May 29, 2019, he signed the State's Antisemitism law adopting the International Holocaust Remembrance's proscriptions to harass, persecute, and jail United States citizens who dare to criticize the Zionazi Israeli régime.[66]


Governor Ron Desantis bending over and twerking for Sheldon Adelson in Israel

---

[65] Desantis promised to punish "companies that participate in the BDS" and announced that he will be taking his first "trade mission to Israel." *Governor Ron Desantis announces actions to affirm Florida's support for Israel*, Executive Office of the Governor, Ron Desantis.  (January 15, 2019).



Zionazi puppet traitor Governor Desantis declares war against U.S. citizens in Israel

**69.** On May 28, 2023, Desantis returned to Jerusalem again ostentatiously to

sign House Bill 269 sponsored by Randy Fine[67] "to provide law enforcement

agencies with new enforcement mechanisms to punish perpetrators of antisemitic

incidents and those who target religious communities. By signing HB 269, <u>Gov-</u>

---

[66] "An institution that adopts any anti-Semitic policies or guidance, that is going to be **verboten**,"
(emphasis). DeSantis said at a press briefing immediately after signing the bill." Jeffrey
Schweers. *Desantis says anti-Semitism in Florida schools 'verboten' after bill signing in Israel.*
Tallahassee Democrat (May 29, 2019). *Governor Desantis signs anti-Semitism protections Bill
CS/CS/HB 741.* Executive Office of the Governor Ron Desantis (May 31, 2019).

[67] Desantis later referred to Randy Fine as someone "who repels people." Julia Manchester,
*Desantis slams GOP winner in Florida special election: "He's a squish'.* The Hill (April 2,
2025). "Repellent" and "Repulsive" is how our Western Greco-Roman civilization ancestors
have always described Jews. Thus, the Governor violated his own Antisemitism laws.

<u>ernor DeSantis has once again made Florida a leader on protecting religious</u>

<u>liberty and the State of Israel both in the United States and around the world.</u>"

***Governor Desantis signs legislation in Israel further combating antisemitism***.

Executive Office of the Governor Ron Desantis (May 28, 2023) (<u>Emphasis</u>).



Governor Desantis and Zionazi Randy Fine again betraying U.S. citizens in Israel



Florida House of Representative, now U.S. House of Representative Zionazi Randy Fine.

**70.**   On November 9, 2023, Desantis condemned **<u>Students for Justice in</u>**

**<u>Palestine</u>** for "openly admitting to finding common cause with Hamas" in a

Presidential debate. "I would be telling Bibi, 'finish the job'…We will stand

with Israel in word and deed, in public and in private." Sam Halpern, *Florida*

*Governor DeSantis voices support for Israel, 'leads' against antisemitism*. The

Jerusalem Post (Nov. 9, 2023)**(<u>Emphasis</u>)**.

Page 51 of 169

**71.**   To the Israeli American Council summit in Washington, he denounced a two-state solution as a "a canard". "They are seeking that as a stepping stone to the destruction of the Jewish state", and cried: "There has never been a Palestinian Arab state!" JNS Staff, *Desantis: Two-state solution 'stepping stone' to end of Israel.* JNS (Sept. 22, 2024).  Desantis puts his Zionazi jackboot where his mouth is.[68]

**72.**   Judges bought and selected to the third district court of appeal by **Greenberg Traurig, P.A.** always issue unwritten (PCA) orders against their opponents' law firms and parties, and written orders to **Greenberg Traurig, P.A.**

**73.**   And once they are bought and selected, these judges strive to keep themselves in their Zionazi owner's good graces. This means associating with Zionazi heroes and causes.  Judge Bronwyn Miller made sure that everyone knew about her association with Alan Dershowitz, a renowned human trafficker and child-molester[69], and rabid Zionist racist and apologist[70] by proudly publishing her

---

[68] "Desantis thanked [Florida] state universities and law enforcement agencies for their responses last week, and held them in contrast to 'elite colleges and universities that have allowed themselves with encampments, graffiti as well as a lot of really nasty antisemitism'". Divya Kumar, *Florida Troopers were sent to quell pro-Palestinian protests at Desantis' behest.* Tampa Bay times (May 8, 2024).

[69] Kate Briquelet   *Alan Dershowitz was Obsessed with men 'Wrongfully Accused' Of Rape*" ""He had convoluted ways of thinking about how men could misinterpret lack of consent,"" a former student told the New Yorker." The Daily Beast June 29, 2019. Anna North, *Alan*

photograph with him.  The occasion: "moderate[ ] a discussion focused on Israel.

The event was a collaboration between the Jewish Comparative Law Society and

Students Supporting Israel." (Third DCA Website).





Third District Court of Appeal judge Bronwyn
Miller with her hero Alan Dershowitz

Jeffrey Epstein with client/attorney
Alan Dershowitz

---

*Dershowitz helped sex offender Jeffrey Epstein get a plea deal. Now he's tweeting about age of consent laws.* "I'm going to continue to speak out until the day I die," the Harvard Law professor told Vox." *Vox.* July 31, 2019.

"Mr. Dershowitz forced a minor girl, named in court as Jane Doe 3, to have sex with him on several occasions.  The filings by attorneys for Jane Doe 1 and Jane Doe 2, in which Mr. Dershowitz is named a total of 137 times, also allege that he witnessed other girls being abused." Andrea Blanco.  Rachel Sharp. *Alan Dershowitz posts 31-minute defence video after Epstein documents unsealed.* Independent. (Jan. 6, 2024.

*Alan Dershowitz joins Harvey Weinstein defense team.* The Hill (May 13, 2018).

[70] *'Rule of law disgraced by ICC': Alan Dershowitz to assemble team to defend Israel in the Hague.* The Jerusalem Post.  (Nov. 25, 2024: "I am assembling a team of world-class lawyers

**74.** Any other judge caught scolding and ordering a state attorney how to handle a death penalty case, to fire her assistants, and insulting and impugning the qualifications of trial judges would have been summarily sanctioned and disbarred, not Zionazi Bronwyn Miller.[71]  Zionazi judges are not only not punished for these criminal associations and actions, these are assets and qualifications and much-sought credentials favored for further promotion by **Greenberg Traurig, P.A.** and the Zionazi-puppet government of the state of Florida.

**75.** Judge Alexander Spicola Bokor is an employee of **Greenberg Traurig, P.A.** Bokor is not so much a judge as **Greenberg Traurig, P.A**'s hack and personal secretary.  He never rules against **Greenberg Traurig, P.A.**  And he is not only a Jew—he is a militant Zionazi Jew.[72] (*See* SVPRA).

**76.** And so that **Greenberg Traurig, P.A.**'s judges do not get confused about

---

from around the globe to help defend Israeli leaders against the false charges,'"" Dershowitz said.  Dershowitz noted that the case would be tried in the court of public opinion as well as The Hague."

[71] Emma Richter, *Miami gang leader's death penalty case collapses as judge is exposed for sending vicious text messages berating DA's office.* DailyMail (Nov. 11, 2024).
   *Melissa Quintanilla v. The State of Florida*, 3D2022-2003 (Motion to Disqualify judge Bronwyn Miller) Dec. 20, 2024.

[72] Judge Alexander Spicola Bokor is a member of "the Jewish National Fund, the American Jewish Committee, and the **Friends of the Israel Defense Forces**" *Judge Alexander S. Bokor: Professional Background and Legal Expertise.* Appointed by Gov. Ronald D. Desantis. Trellis.com



**Greenberg Traurig, P.A.**'s hack Third Court of Appeal judge Alexander Spicola Bokor

who their boss is, and to avoid being out of sight, out of mind, Jay A.Yagoda,

(former **Greenberg Traurig, PA.**'s employee and current Assistant U.S. attorney)

president, and **Greenberg Traurig, P.A.**'s attorney, Brigid Cech Samole, vice-

president of their historical society (Entertainment Division of **Greenberg**



President and Vice President of the Entertainment Division of **Greenberg Traurig, P.A.**
former Greenberg Traurig, P.A. attorney Jay Yagoda, and Brigid Cech Samole of
Greenberg Traurig, P.A.

**Traurig, P.A.** and Associate Law Firms, Miami Branch) are keeping an eye on them.



**Greenberg Traurig, P.A.**'s hacks, personal secretaries and law clerks
Florida third district court of appeal judges

## III. GREENBERG TRAURIG, P.A. IS A FOREIGN STATE ACTOR. AT THE SERVICE OF THE ZIONAZI ISRAELI RÉGIME: ZIONAZI ISREALI RÉGIME OPERATION.

*We remain 1,000% committed to our Israeli presence...in the current conflict, from the first days of the conflict, we made it clear that we are standing with Israel without any ambivalence or ambiguity.*

Richard A. Rosenbaum,
Executive Chairman of Greenberg Traurig, P.A.

### A. Greenberg Traurig, P.A.'s Support for Israel.

77.   "**When Epstein came to Israel, it was as a "gesture of support for Israel, not as a business-centered initiative**,"" said Alan Rosenbaum, Executive Chairman of **Greenberg Traurig, P.A.** of the attorney who opened that law firm's office in the Zionazi régime of Israel in 2002.[73]

78.   "We are not embarrassed about who we are," said Rosenbaum. Ido Baum,



Zionazi Israeli agent Alan Rosenbaum, Executive Chairman of **Greenberg Traurig, P.A.**

---

[73] Yonah Jeremy Bob, *'We've made a commitment here,' says CEO of one of the world's largest law firms*. The Jesusalem Post (May 30, 2014). "He did interject afterward that "there might be some people who might consider it a problem, but we've made a commitment here," making it clear that the firm would not compromise on its Israel office gain business elsewhere." (IBID).

***"Most Firms would not want to put their names on an office in Israel-we are not embarrassed."*** The Marker (June 15, 2014).[74] "We are not embarrassed about who we are. We are proud to be the first law firm that opened an office here."[75] (IBID).

79.   **<u>The firm was  set up out of Zionism together with proven economic viability</u>**, said "Greenberg Traurig Israel's managing partner Joey Shabot... "summing up GT starting out in Israel."  Nitsan Shafir, *GT—What is a US law firm doing in Tel Aviv.* GLOBES (Dec. 7, 2022).

80.   **<u>Greenberg Traurig entered the Israeli market 20 years ago as a natural extension of its business, political, and charitable interests, support-ing Israeli clients during a difficult time</u>**".  Greenberg Traurig Adds Premier Israeli Corporate Team in New York and Tel Aviv.  Greenberg Traurig, P.A.'s website Nov. 1, 2022.

81.   Aware that right after two airplanes collided on two buildings in New

---

[74, 75] Ido Baum, ***"Most Firms would not want to put their names on an office in Israel-we are not embarrassed."*** TheMarker (June 15, 2014):

> [W]e started when Israel was in distress.  It was a difficult time: the Second Intifada.  We decided to spin a web of business networking here, to connect people who have money with Israeli business…Most of it comes from Israeli companies seeking to raise capital in the United States…the sale and acquisition of businesses in the U.S. and London, and the acquisition of real estate in the U.S…we offer penetration to all the markets of the U.S.

York, bought seven weeks before and insured, by the Jew Larry Silverstein, who

happened not to be inside them the day of the "Islamic terrorists" "attacks",[76]

Zionazis noticed that the populace in the United States, spurred by the Zionazi-

owned media[77], exhibited a frantic Pavlovian response[78] against the Muslim

world, they decided to create the "October 7" tale[79] to attempt to achieve the

same effect to justify accelerating their ongoing genocide of the Palestinians and

steal what is left of their homeland for daring to resist Zionazi oppression.  It

fooled nobody, especially the youth who could see Zionazis' crimes against

---

[76] Michael Bachner, *Larry Silverstein: I decided to rebuild World Trade Center just 2 days post-9/11*. The Times of Israel, September 1, 2021).

[77] "**At the State Department, we use the full range of media outlets at our disposal to get our message out; we use our webpage, State.gov; our embassy webpages; our blog, DipNote; Twitter; Facebook; webchats; traveling speakers; You Tube; Flickr; and daily news briefings.**" Hannah Rosenthal, Special Envoy to Monitor and Combat Anti-Semitism. Opening Remarks to the Second Annual European Jewish Press Conference. Brussels, Belgium (June 20, 2011). *What Role for the Jewish Media in a World of Growing Anti-Semitism?* U.S. Department of State.

[78] Edward L. Bernays, *Propaganda* (1928): "The conscious and intelligent manipulation of the organized habits and opinions of the masses is an important element in democratic society. Those who manipulate this unseen mechanism of society constitute an invisible government which is the true ruling power of our country." P.9

[79] The strategy consisted of bruiting about and repeating the tall tale that the Zionazi Israeli régime was the innocent victim of an unjustified attack by Hamas' "terrorists". Kat Tenbarge and Melissa Chan, *Unverified reports of '40 babies beheaded' in Israel-Hamas war inflame social media*. NBC News (Oct. 12, 2023). Sara Swann, *Israel-Hamas war: What we know about 'beheaded babies'*. Politifact (Nov. 21, 2023). Richard Sanders and Al Jazeera Investigative Unit, *October 7: Forensic analysis shows Hamas abuses, many false Israeli claims*. Al Jazeera (March 21 2024).

humanity perpetrated against that unfortunate, but heroic people, in real time

through alternative media which are not owned by Zionazis and traitors[80, 81, 82].

---

[80] David Ingram and Kate Tenbarge, *Critics renew calls for a TikTok ban, claiming platform has an anti-Israel bias.* NBC News (Nov. 1, 2023):

> "Members of Congress, conservative activists and wealthy tech investors are renewing calls to ban TikTok in the U.S., arguing that the most popular content related to the Israel-Hamas war on the app has a pro-Palestinian slant that is **undercutting support for Israel among young Americans**." (**Emphasis**). The "Tiktok generation" views Hamas' attack as justified, says billionaire hedge fund manager and militant Zionazi persecutor of college students and faculty, Bill Ackman.

Jordan Pearson, *Anti-China TikTok panic derailed the Senate's Big Ted Child Safety Hearing.* Vice (Jan. 31, 2024): Ted Cruz accuses TikTok CEO Shou Zi Chew of promoting "anti-Israel propaganda."

Asaf Elia-Shalev, *Major US Jewish group backs bipartisan bill that could see TikTok banned.* The Times of Israel (March 13, 2024).

Matthew Impelli, *Congress Accused of Using TikTok Ban to Silence Israel Criticism.* Newsweek. (April 24, 2024).

Erin Alberty, *Sen. Romney links TikTok ban to pro-Palestinian content*, Axios (May 6, 2024):

> "[In the] McCain Institute in Sedona, Arizona "Romney asked Secretary of State Anthony Blinken why Israel and the U.S. have 'been so ineffective at communicating' justifications for the war in Gaza, adding 'Typically the Israelis are good at PR'" "Some wonder why there was such overwhelming support for us to shut down potentially TikTok or other entities of that nature. If you look at the postings on TikTok and the number of mentions of Palestinians relative to other social media sites—it's overwhelmingly so among TikTok broadcasts."

Mira Fox, *Is the TikTok ban about China—or is it really about Gaza?* Forward (Jan. 15, 2025): Little Marco Rubio accuses China of using TikTok "to downplay Hamas terrorism."

[81] The "Protecting Americans from Foreign Adversary Controlled Applications Act" became effective on January 19, 2025. The justices of the U.S. Supreme Court decided that preventing the American youth from discovering the criminal nature of Zionazism does not violate the First Amendment, ***TikTok v. Garland***, 604 __ **(2025)**.

**82.** On October 12, 2023, **Greenberg Traurig, P.A.** joined hundreds of Jewish attorneys and Jewish law firms in a declaration calling for a united front against "terrorism against Israel and Jews throughout the world." "**Leading Lawyers From Around the World Publish Statement Condemning Terrorism in Israel.**" Signed by Joey Shabot of **Greenberg Traurig, LLP**, they proclaimed: "We are profoundly disturbed by the litany of free people throughout the world who are indifferent, or even hostile, when confronted with Jewish suffering….We therefore affirm that **Israel has the undeniable right and obligation to pursue justice against those who harm it** and murder its citizens, and to defend against aggression." **(Emphasis)**. Businesswire (New York, Oct. 12, 2023).

**83.** "Greenberg Traurig", Rosenbaum noted, "maintains the largest presence of a U.S. or global law firm in Israel." And the firm's attorneys

> "While they are all accounted for and working for clients, **they are also engaged with the war efforts**, including **fundraising, assisting international donors, and providing pro bono assistance on various war-relief related matters**. **Many spouses, partners, children and relatives of our lawyers and staff have been called to serve in the**

---

[82] A new generation are reviewing and revising our ancestors' accusations against the Jews, in particular the malicious propaganda undertaken by the Jews and bought traitors and coerced citizens in our countries against our ancestors and Adolf Hitler, and they are determining that his claims against the Jews are meritorious; that Jews and Judaism are incompatible with our Western Greco-Roman civilization, and consider that his policy against the Jews was justified, and it is now necessary to evict and to extirpate them, permanently from our Western Greco-Roman world. Mira Fox, Hitler is trending on TikTok again—and they're trying to make him seem like a nice guy. Forward (September 19, 2024).

**Israeli army,"** Rosenbaum said in a statement on Thursday…
**[Greenberg Traurig, P.A.** has made a] **"significant" monetary
contribution and it is matching individual contributions of
lawyers and staff to various groups."** **(Emphasis)**. Patrick Smith,
*'This Is Deeply Personal': S&C's Shenker, Forced Into a Bomb
Shelter, Speaks on Connections to Israel, the Way Forward*. The
American Lawyer (October 19, 2023).

84.   Sophie Shulman, ***"Lawyering up: Leading US attorney makes case for
Israel."*** CTech, by Calcalist (Nov. 23, 2023):

> **[Greenberg Traurig, P.A.]** was among the law firms that initiated
> and signed a letter sent at the beginning of November to the deans
> of more than 100 law schools in the United States, demanding that
> the rampant anti-Semitism on the campuses of the most prestigious
> universities, from Harvard to Cornell, be dealt with urgently and
> with a heavy hand…**Jews suddenly feel much more of their
> Jewish identity. Their connection to Israel and the recognition
> of the importance of the country's existence are growing…This
> will make everyone more connected to the fact that they are
> Jews, and moreover, as the sense of danger in the United States
> increases, the purpose of Israel's existence becomes clear and
> real**. **(Emphasis)**.

85.   In an interview with The Jerusalem Post, Rosenbaum proudly declared

that **Greenberg Traurig, P.A. "remain[s] 1,000% committed to our Israeli

presence…in the current conflict, from the first days of the conflict, we

made it clear that we are standing with Israel without any ambivalence or

ambiguity."** Alan Rosenbaum, *'We are a firm that does things other firms

don't do.'* The Jerusalem Post (Nov. 30, 2023)(Updated Dec. 2, 2023)[83].  In the

course of the one-day visit, Rosenbaum…**met soldiers at an IDF base, and**

**participated in an emotional ceremony held at the Greenberg Traurig office**, marking 30 days since the Hamas attacks." (IBID).

86.  Rosenbaum announced that Greenberg Traurig, P.A. **"is serving as a pro bono legal resource to the Lawfare Project, a global network of legal professionals who defend the civil and human rights of the Jewish people**."[84]



GREENBERG TRAURIG FIRM SERVES AS A PRO BONO LEGAL RESOURCE TO **THE LAWFARE PROJECT**, WORKING TOGETHER TO DEFEND THE CIVIL AND HUMAN RIGHTS OF THE JEWISH PEOPLE

"We remain 1,000% committed to our Israeli presence...in the current conflict, from the first days of the conflict, we made it clear that we were standing with Israel without any ambivalence or ambiguity."

RICHARD A. ROSENBAUM
Executive Chairman of Greenberg Traurig
one of the world's largest law firms

---

[83] (IBID). "Recalling their initial efforts in Israel, Rosenbaum says, **"It was something of a humanitarian effort to help Israeli companies access money and strategic partners at a time when that wasn't so easy because of wars and other things going on then**."

**B.** **Greenberg Traurig, P.A. and The Lawfare Project**:
**Zionazi Agents Extorting and Swindling for the Zionazi**
**Israeli régime**.

**87.** "Lawfare is the strategy of using—or misusing—law as a substitute for traditional military means to achieve an operational objective." Major General Charles Dunlap, Jr. USAF, *Lawfare Today: A perspective*." 3 YALE J. INT'L AFF. 146, 146 (2008). **"The use of law as a method of war. A method of warfare where law is used as a means of realizing a military objective**." Charles Dunlap, Jr., *Lawfare: A Decisive Element of 21st-Century Conflicts?*, 54 JOINT FORCES Q. 34, 35 (2009). Only nations engage in warfare. Therefore, since only nations can engage in lawfare to achieve military objectives, only state actors participate in it.

**88.** It is "more concerned with inflicting damage on an opponent than prevailing with a particular legal argument or providing facts based on evidence." Kay Guinane, *The Alarming Rise of Lawfare to Suppress Civil Society: The Case of Palestine and Israel*. Charity Security Network (Sept. 28, 2021), page 7. "Their tactics focus on attempting to associate their targets with terrorism,

---

[84] (IBID). "Greenberg Traurig was one of the prominent law firms that signed a letter addressed to the deans of top-ranked American law schools expressing their concern about the increase in antisemitism and harassment of Jewish students on university campuses since Hamas's October 7 attack and the Israeli military response."

deprive them of platforms to be heard and cut off their fundings." (ID. p. 12).

89. **Greenberg Traurig, P.A.** and The Lawfare Project are proud partners in lawfare on behalf of the Zionazi Israeli régime.



90. Founded in 2010 by vociferous rabid Zionazi Jewess, Brooke *"There is no*

*such thing as a Palestinian person*" Goldstein, and registered as a "non-profit 501

(c)(3)" organization under the category: "International Foreign Affairs and National Security/International Human Rights"[85, 86] The Lawfare Project "provides pro

bono legal services to protect the civil and rights of the Jewish people worldwide."

The Lawfare Project website.   Goldstein's goal is to "End Jew Hatred", which she

might as well call "Mission Impossible".  Instructions on how to achieve the goal

of "end[ing] the world's oldest hatred against the world's most persecuted community" can be found, for a few shekels, in her call to arms "End Jew Hatred: A

Manual for Mobilization" (IBID). She has "the most incredible narrative", you see,

she has "the Zionist narrative."[87]

---

[85] ProPublica (March 27, 2025).  In 2023 The Lawfare Project had Net Assets $4,815,838.
Expenses $3,441,405.  Net Income $233,165. ProPublica.

[86] In **2016**, The Lawfare Project received $100,000 from the Maccabee Task Force Foundation.
Influence Watch (Sept. 26, 2024). **Established in 2016** and owned and funded by rabid Zionazi
Israeli agent, Miriam Adelson, the **Maccabee Task Force Foundation**'s purported goal "is to
educate the public in an effort to counter the movement to boycott, divest, and sanction the state
of Israel ("BDS"). Source: **Return of Private Foundation Form 990F Year 2022**. ProPublica.

[87] **Speech by Brooke Goldstein, director of The Lawfare Project**. **New York City, 2 June
2016**: "There is no such thing as a Palestinian person…We have the most incredible narrative,
we have the Zionist narrative…We do ourselves no favors by downplaying the antisemitism…
[The Lawfare Project is] the first ever pro-Israel civil rights litigation fund for the Jewish
community which I direct now, and our goal is not to be on the defensive but to engage on the
offensive.  The goal is to make the enemy pay, to hold them accountable and to send a message,
a deterrent message, that similar actions such as those they engage in, will result in massive
punishments." Ali Abunimah, *Israel lawfare group plans "massive punishments for activists.*
The Electronic Intifada (June 25, 2016)

**91.** **Greenberg Traurig, P.A.** and The Lawfare Project received their marching orders from the Israeli Ministry of Strategic Affairs and Public Diplomacy[88] whose mission is "to guide, coordinate, and integrate the activities of all ministers and the government and of **civil entities in Israel and abroad** on the subject of the struggle against attempts to delegitimize Israel and the boycott movement." Uri Blau, *Inside the Clandestine World of Israel's 'BDS-bustin' Ministry.* Haaretz (March 26, 2017)**(Emphasis)**.

**92.** And the Zionazi Israeli régime was not discrete about it. Itamar Eichner, *UN Envoy Danon lauds anti-BDS successes. Israel's ambassador leads a UN Conference entitled 'Lawyers Against BDS.' Tells Ynet Israel becoming the 'prosecutors instead of the defendants. It's too early to say we have won but there is a real change'.* Ynet (Nov. 17, 2016).

**93.** And the Zionazi Israeli régime was not discrete about it. Itamar Eichner,

---

[88] In 2015, the Israeli Ministry of Strategic Affairs and Public Diplomacy "was specifically assigned by Prime Minister... Netanyahu to 'act against the delegitimization and boycott campaigns against the state of Israel'. Its main responsibility is to 'lead the campaign against the actions of anti-Israel delegitimization and boycott campaigns.'" *Target Locked: The Unrelenting Israeli Campaigns to Discredit Human Rights Groups in Israel, Palestine, and the Syrian Golan.* The Observatory for the Protection of Human Rights Defenders. (April 2021). "Its responsibilities include "Representing the government's position with regard to the campaign vis-à-vis non-governmental organizations in Israel and around the world, and working with them to advance the objectives of the campaign."" Kay Guinane, *The Alarming Rise of Lawfare*, page 18.

*UN Envoy Danon lauds anti-BDS successes. Israel's ambassador leads a UN Conference entitled 'Lawyers Against BDS.' Tells Ynet Israel becoming the 'prosecutors instead of the defendants. It's too early to say we have won but there is a real change'.* Ynet (Nov. 17, 2016).

**94.** In July 13, **2016**, executive director of the Zionist Advocacy Center, Zionazi shyster and registered agent for the International Legal Forum, an Israeli régime proxy and cut-out that receives funding from the Zionazi Israeli régime[89], David Abrams, sued the National Lawyers Guild on behalf of an Israeli régime's organization named Bibliotechnical Atheneum for refusing to publish "an add from an organization located in an illegal Israeli settlement." *NLG Ends Frivolous Lawsuit Attacking its Commitment to BDS Movement.* National Lawyers Guild (Press Release May 19, 2020). The Lawfare Project joined David Abrams, "Bibliotechnical Atheneum's principal officer", and represented him and plaintiff, PRO·BONO[90].

---

[89] Ron Kampeas, *Activist targets New Israel Fund for 'electioneering' via anti-racism groups*. The Times of Israel (Aug. 5, 2020). Kay Guinane, *The Alarming Rise of Lawfare,* page 19. In **2015**, David Abrams sued the Carter Center for providing "'fruit cookies, bottled water' at a conflict resolution workshop that included representatives of Hamas and the Popular Front for the Liberation of Palestine." (IBID).

[90] *Lawfare Project Achieves Victory Against National Lawyers Guild, in Case Alleging Commercial Discrimination Against Israelis.* The Lawfare Project website (March 8, 2018).

**95.**   In its website, The Lawfare Project provides a list of their victims of harassment and extortion not only in the U.S. but foreign countries, too[91].

**96.**   On November 6, 2023, The Lawfare Project solemnly announced "the formation of a **Legal War Room**." The Lawfare Project website.  On the very top of the list of "**Law firms that The Lawfare Project has worked with and/ or that are in its legal network**" is **Greenberg Traurig, LLP**."

**97.**   In January 2024, **Greenberg Traurig, P.A.** and other "leading legal professionals" including **"prospective judges"** participated in the **"Lawyers' Solidarity Mission to Israel"** summoned by the World Jewish Congress, a Zionazi Israeli régime's government proxy.  *World Jewish Congress kicks off International Lawyers' Solidarity Mission to Israel.* The Jerusalem Post (Jan. 16, 2024).  They met "with **former Minister of Justice Ayelet Shaked, Former Head of the International Law Branch of the IDF Legal Division…and a**

---

[91] These are a few: "Lawfare Project warns SBA Administrator of negative impact on Jewish businesses of having a deadline on the Sabbath, leading to change in deadline." "Lawfare Project sues on behalf of the Barcelona Institute for Dialogue for Israel, a local charity, and secures legal win after Mayor of Barcelona restores relations with Israel." "Lawfare Project and Professor Eugene Kontorovich—with the assistance of Toronto-based law firm with RE-LAW LLP—file a formal complaint with the Canadian Food Inspection Agency (CFIA) to challenge the "Made in Palestine" labels on olive oils sold through Canada." "Lawfare Project together with RE-LAW LLP, file a complaint raising significant concerns with the Canadian Broad-casting Corporation's (CBC) coverage of the death of Al Jazeera reporter Shireen Abu Akleh." "Lawfare Project, in collaboration with the Coordinating Committee of Jewish Organizations in Belgium (CCOJB), sue to prevent Belgium from outlawing Kosher slaughter. And "Lawfare Project and Dentons sue Publisher of Nazi material in Poland"←(the irony :)

**range of other experiences**." **(Emphasis)**. (IBID.)(INFRA).



98.   "[F]acilitated by the World Jewish Congress", "a delegation of 14 US

federal judges" led by rabid Zionazi judge Roy K. Atman[92] of the U.S. District

---

[92] You can watch this Zionazi wanker's perorations in You Tube: *Judge Roy Altman on Zionism: An Indigenous People's Fight for its Ancient Homeland.* Temple Judea. *Ep.17. Judge Roy Altman: Judge Confronts a Rot in America. Gabe Groisman. Yom Kippur Study with Judge Roy Altman.* Temple Judea.

Court for the Southern District of Florida (this court) visited the Zionazi Israeli

régime to participate in a government-sponsored tour, which did not include the

bombed and destroyed ethnic-cleansed Palestinian Gaza territory, and to receive

orders from **"Foreign Ministry legal adviser Tal Becker"** and "Israeli Defense



THE JERUSALEM POST    JP NEWSLETTER   ISRAEL NEWS   HEALTH & WELLNESS   WORLD NEWS   MIDDLE EAST   BUSINESS &

## US federal judge delegation explores Oct 7 challenge to Israeli legal system

The judges' trip included an exploration of International Humanitarian Law and the laws of war from the Israeli perspective.

By MICHAEL STARR
MARCH 13, 2024 23:39   **Updated:** MARCH 14, 2024 18:16

Florida Judge Roy Altman and his delegation of 14 US federal judges in front of Israel's Knesset.
(photo credit: SHAHAR AZRAN)

Forces representatives." Michael Starr, *US federal judge delegation explores Oct 7*

*challenge to Israeli legal system.* The Jerusalem Post (March 13, 2024). Zionazi puppet and Zionazi judge Rober Scola, also of the U.S. District Court for the Southern District of Florida (this court), promised "to identify and root out antisemitism." (IBID).[93]



Israeli agents Zionazi judges Altman and Scola. Photo: Ayelet Raymond of Algemeiner.

**99.** On March 2025, judge Altman returned with another "delegation of U.S. federal judges for an intensive five-day program" to receive orders from the government of the Zionazi Israeli régime and "meeting with key Israeli officials" like "President Isaac Herzog" and **"other closed-meetings with IDF officials, legal experts, and diplomats."** *WJC Hosts U.S. federal judges for Judicial Education Mission to Israel.* World Jewish Congress (March 7, 2025):

---

[93] Judges Altman and Scola are "proud to stand with the Israeli people." Ayelet Raymond, *Two American Judges Witnessed the Devastation of October 7 Firsthand in Israel.* Algemeiner (Aug. 14, 2024).

"This initiative builds on WJC's ongoing efforts to provide judicial leaders with first hand exposure to the complexities of Israel's legal and security challenges.  By fostering informed dialogue and legal exchange, WJC continues to strengthen international understanding and support for Israel."



U.S. Federal judges and Zionazi judge Roy Altman with Zionazi President Isaac Herzog



U.S. Federal judges receive orders from their Zionazi owners

Page 73 of 169

**100.**   On April 24, 2024, Zionazi dictator Netanyahu rolled out a video where

he went full-Kike furiously, and indignantly, and angrily, and furiously giving his

marching orders to his agents in the United States:

> "[A]ntisemitic mobs have taken over leading universities…They
> call for the annihilation of Israel, they attack Jewish students, they
> attack Jewish faculty. This is reminiscent of what happened in
> German universities in the 1930s. It's unconscionable. It has to be
> stopped. It has to be condemned unequivocally. But that's not what
> happened."[94]

**101.**   So, seven days later, **Greenberg Traurig, P.A.** filed a 49-page lawsuit

(later amended to 79-pages plus 38 pages of Exhibits) against three American

Muslim organizations and three of their officials on behalf of **nine Israeli**

**Defense Forces conscripts** alleging violation of the Anti-Terrorism Act and Alien

Tort Statute on the bogus theory that college students' protests calling for an end

to the Zionazi Israeli régime's ongoing 75-year-old genocide against Palestinians

at the campus of the University of Columbia campus, and other universities', had

hurt their Zionazi feelings. ***Maya Parizer, et al. v. AJP Educational Foundation,***

***Inc., et al.,* Case 1:24-cv-00-724-RDA-IDD, U.S. Dist. Ct. Eastern Dist. Of**

**Virginia, Alexandia Div. (May 1, 2024).**

---

[94] Lauren Markoe, *Netanyahu decries 'antisemitic mobs' at Columbia as university negotiates with student protesters,* Forward (April 24, 2024).
   ***"It has to be stopped:" Netanyahu condemns U.S. College protests***.  From Jerusalem "Netanyahu calls for stronger action on U.S. college protests." NBC News (April 24, 2024).

**102.** Because **Greenberg and Traurig, P.A.** immediately responded and complied with the Zionazi dictator's orders to harass and extort college students' organizations who exercise their rights protected by the First Amendment to the U.S. Constitution to expose the Zionazi régime's genocide of Palestinians, **Greenberg Traurig, P.A.** is a foreign actor under the Foreign Agents Registration Act (FARA) 22 U.S.C. §611(c) which has refused to register as a foreign agent for the Zionazi Israeli régime in violation of 22 U.S.C. §618[95]. *Attorney General of the U.S.A. v. Irish Northern Aid Committee***, 668 F.2d 159, 161-162 (2d Cir. 1982)[96].**

---

[95] As of February 27, 2025, **none** of **Greenberg Traurig, P.A.**'s registrations include one declaring it an agent of the Zionazi Israeli régime. U.S. Department of Justice. FARA Section. Registration Number 5712 (October 3, 2005).

[96]    "[T]he agency relationship sufficient to require registration need not...meet the standard of the Restatement (Second) of Agency with its focus on "control" of the agent by the principal. Control is an appropriate criterion for a determination of common law agency because the agent contemplated by the Restatement has the power to bind his principal. In determining agency for purposes of the Foreign Agents Registration Act, however, our concern is not whether the agent can impose liability upon his principal but whether the relationship warrants registration by the agent to carry out the informative purposes of the Act...*[W]hen a...sufficiently limited group of identifiable individuals, is asked to act, the surrounding circumstances may show that those "requested" are in some way authorized to act for or to represent the foreign principal. Also relevant is the specificity of the action requested. A general plea for political or financial support is less likely to constitute a "request" under the Act than is a more specific instruction. Once a foreign principal establishes a particular course of conduct to be followed, those who respond to its "request" for complying action may properly be found to be agents under the Act.*" **(Emphasis added)**.

## THE GRAND INQUISITION AGAINST CITIZEN JOSÉ BEGINS

**103.** On September 29, 2023, I received a Notice of Grievance Committee Review signed by William W. Chung, Bar Counsel of the Florida Bar, ("Chung") threatening to have the Eleventh Judicial Circuit Grievance Committee vote "as to whether probable cause is present" to prosecute me **in my capacity as an attorney** pursuant to the panel of judges of the third district court of appeal's complaint. (*See* SVPRA *Jose Yeyille v. Justin Cole Speigel*, **373 So. 3d 1238, 1240 (Fla. 3d DCA 2023)**.  On October 13, 2023, I sent a letter to Chung and the Grievance Committee informing them that **The Florida Bar and its grievance committee does not have jurisdiction against citizens and nonlawyers, or any person representing himself in his individual capacity,** and that **at all relevant times, in my capacity as common U.S. Citizen, I was exercising my rights to Free Speech (Public Issues), Free Association (not to be forced to associate with an organization that harasses attorneys and common citizens for exercising our First Amendment rights), and to Petition the Government (Judiciary) for a redress of grievances) protected by the First Amendment to the U.S. Constitution**.

**104.** On October 23, 2023, Chung sent the "Notice of Finding Probable Cause for Further Disciplinary Proceedings" informing me that they had found probable

cause to prepare a formal complaint accusing me of violating Rules Regulating the Florida Bar ("RRTFB") which are undistinguishable from criminal libel statutes.[97]

**105.**   Three days later I submitted, **in my capacity as attorney**, a Complaint for Declaratory Judgments, later amended, against Chung, the Chair of the Grievance Committee member, and The Florida Bar for injunctive relief and monetary damages, and Florida Anti-SLAPP Statute §768.295 for violation of my rights to Free Speech (Public Issues), Free Association (not to be forced to associate with an organization that harasses attorneys and common citizens for exercising our First Amendment rights), and to Petition the Government (Judiciary) for a redress of grievances) protected by the First Amendment to the U.S. Constitution, and my Due Process and Equal Protection of the Laws rights protected by the Fourteenth Amendment to the U.S. Constitution—**in my capacity as common citizen**. *José Yeyille v. William W. Chung, in his individual and official capacity; et al.*, 2023-25430-CA01.

**106.**   The Florida Bar Defendants hired and paid their "long-time client"

---

[97] RRTFB 3-4.3.  Misconduct and Minor Misconduct. RRTFB 4-3.1.  Meritorious Claims and Contentions.  RRTFB 4-8.2.(a) Impugning Qualifications and Integrity of Judges or Other Officers.  RRTFB 4-8.4(d) engage in conduct in connection with the practice of law that is prejudicial to the administration of justice.

**Greenberg Traurig, P.A.**, and **Greenberg Traurig, P.A.**'s attorney **John Londot**, to represent them in that lawsuit.

107.   While that case was pending, The Florida Bar Defendants wiped their noses with that trial court, and Chung and Bar Staff Counsel Patricia Ann Toro Savitz ("Toro") filed a complaint against me in *their* Florida supreme court on February 15, 2024. *The Florida Bar v. José L. Yeyille*, SC2024-235.

108.   Whereupon, on February 20, 2024, **in my capacity as attorney**, I filed a Complaint for Declaratory Judgment for Constitutional Challenges to Rules Regulating The Florida Bar on First and Fourteenth Amendment Grounds; Anti-SLAPP; Permanent Injunctive Relief and Compensatory Damages; and Compensatory and Permanent Injunctive Relief for Violation of Civil Rights against the Florida State Attorney, the Florida supreme court, The Florida Bar, Chung, and Toro. *José Yeyille v. Attorney General of the State of Florida; et al.*, 2024-2924-CA01.

109.   And it came to pass that The Florida Bar (Florida supreme court) **again** hired and paid their "long-time client" **Greenberg Traurig, P.A.**, and **Greenberg Traurig, P.A.**'s attorney **John Londot**, to represent them in this lawsuit, too.

110.   On numerous occasions, and repeatedly, Chung, The Florida Bar, the "Referee", and the Florida supreme court denied me, an indigent party, the **right**

**to counsel** and refused to comply with their duty to hire an attorney for me to represent me at the disciplinary proceedings.[98] My **right** to be represented by **counsel** paid by The Florida Bar and the Florida supreme court is protected by **RRTFB 3-7(h) and RRTFB 10.7.2(b); Rule 34 Model Rules for Lawyer Disciplinary Enforcement. American Bar Association;Article 27 Disciplinary Proceedings. *Basic Principles on the Role of Lawyers, Havana, Cuba* (1990)** (U.S. is a signatory to this treaty); **U.S. Constitution, Sixth Amendment**; and **U.S. Constitution, XIV Amendment Right to a Fair Trial and Equal Protection of the Laws**: The Florida Bar (the Florida supreme court) hires and pays **Greenberg Traurig, P.A.** to represent them in lawsuits brought by attorneys

---

[98] *The Florida Bar v. José L. Yeyille*, SC2024-235: Motion for Clarification Regarding Referee (Feb. 16, 2024). Motion to Dismiss The Florida Bar's Complaint with Prejudice. (March 21, 2024). Emergency Petition for Writ of Prohibition, and/or in the Alternative, Petition for All Writs (April 13, 2024). Citizen José's Answer to The Florida Bar's Complaint (April 30, 2024). Citizen José's Response to the Florida Supreme Court's Motion for Partial Summary Judgment (May 26, 2024).Emergency Petition(s) for Writ of MANDAMVS, and/or Prohibition, and/or, In the Alternative, Petition for All Writs to Command the Referee and The Florida Bar to Hire and Appoint Attorney(s) to Represent Indigent Respondent for His Inquisition for Libel Against the Government—the Judiciary of the State of Florida (June 17, 2024). Motion to Dismiss the Report of "Referee" with Prejudice for: Lack of Jurisdiction. VLTRA·VIRES. Dianne Hensley —Loper Bright Enterprises Revolution. Violations of Citizen José's Rights to Free Speech, Free Association, To Petition the Government for a Redress of Grievances (Amendment I, U.S. Const.). Violations of Right to Property and Liberty, a Fair Trial, Due Process, Equal Protection of the Laws (Amendment XIV, U.S. Const.) Right to Counsel and Jury Trial (Amendment VI, U.S. Const.). Absolute Litigation Privilege. Motion to Dismiss and Actual Compensatory Damages Pursuant to Florida Statute §768.295(4) (Oct. 8, 2024). Motion for Rehearing (Dec. 2, 2024).

against them for The Florida Bar (the Florida supreme court)'s violations of their First and Fourteenth Amendment rights.

**111.** On August 13, 2024, the Florida supreme court's "Referee" copied and pasted and plagiarized Bar Counsels Chung's and Toro's proposed Report of Referee and submitted it as his own Report of Referee recommending that **attorney José Yeyille** "be disciplined by Ninety-One Day Suspension" and extorting him of "$2,286.52" as punishment for my statements in my capacity as common U.S. citizen in my **motions for a Written Opinion and Rehearing** against **Greenberg Traurig, P.A**. and the judiciary of the state of Florida (*See* SVPRA *Jose Yeyille v. Justin Cole Speigel*, 373 So. 3d 1238, 1240 (Fla. 3d DCA 2023).

**112.** Three days later, on August 16, 2024, I amended *José Yeyille v. Attorney General of the State of Florida; et al.*, 2024-2924-CA01 to include compensatory damages against The Florida Bar and Bar counsels Chung and Toro for violating my right to counsel protected by Article I, §22 of the Constitution of the state of Florida; ABA Rule 34; Article 27 Disciplinary Proceedings. *Basic Principles on the Role of Lawyers, Havana, Cuba* (1990); and the Sixth and Fourteenth Amendments to the U.S. Constitution (*See* SVPRA).

**113.** On October 8, 2024, I timely submitted to the Florida supreme court my

Motion to Dismiss the Report of "Referee" with Prejudice for: Lack of Jurisdic-
tion. VLTRA·VIRES. Dianne Hensley—Loper Bright Enterprises Revolution.
Violations of Citizen José's Rights to Free Speech, Free Association, To Petition
the Government for a Redress of Grievances (Amendment I, U.S. Const.). Viola-
tions of Right to Property and Liberty, a Fair Trial, Due Process, Equal Protection
of the Laws (Amendment XIV, U.S. Const.) Right to Counsel and Jury Trial
(Amendment VI, U.S. Const.). Absolute Litigation Privilege.  Motion to Dismiss
and Actual Compensatory Damages Pursuant to Florida Statute §768.295(4) (Oct.
8, 2024).

114.  On November 27, 2024, the justices of the Florida supreme court made
history.  **For the first time in the history of Bar disciplinary proceedings, the
justices of the Florida supreme court deliberately and with criminal intent,
*en mase* and unanimously, voted to deny to a United States citizen, Citizen
José (whom The Florida Bar and the Florida supreme Court referred to, and
harassed and prosecuted as, an "attorney") his right to contest a Report of a
Referee.  Not even attorneys convicted of felonies and crimes have ever been
refused the right to contest a Report of Referee in the Florida supreme court
in the history of this state**: The court order suspending attorney José Yeyille for
91 days deliberately **forged and omitted** my demand for a "Right to Counsel and

Jury Trial (Amendment VI, U.S. Const.) from my Motion to Dismiss the Report

of "Referee" with Prejudice, and **struck** both my Motions to Dismiss the Report

of "Referee" with Prejudice and Motion to Dismiss and Actual Compensatory

Damages Pursuant to Florida Statute §768.295(4) on the impossible excuse and

flagrant chicanery that they did not contest ("uncontested report of the referee")

the Report of "Referee". It denied as "moot" my Emergency Petition(s) for Writ

of MANDAMVS, and/or Prohibition, and/or, In the Alternative, Petition for All

Writs to Command the Referee and The Florida Bar to Hire and Appoint

Attorney(s) to Represent Indigent Respondent for His Inquisition for Libel

Against the Government—the Judiciary of the State of Florida submitted to the

Florida supreme court on June 17, 2024. *The Florida Bar v. José L. Yeyille*,

**SC2024-235 (November 27, 2024)**.

**115.** On December 1, 2024, I voluntarily dismissed *José Yeyille v. Attorney*

*General of the State of Florida; et al.*, **2024-2924-CA01** *in part* because the

Florida supreme court's November 27, 2024, order in *The Florida Bar v. José*

*L. Yeyille*, **SC2024-235 (November 27, 2024)** rendered it moot on account that

it accomplished its violations of my constitutional rights, *Uzuegbunam v.*

*Preczewski*, **592 U.S. ___ (2021)**(page 10 "a plaintiff must maintain a personal

interest in the dispute at every stage of litigation, including when judgment is

entered…and must do so 'separately for each form of relief sought'" quoting

from *Friends of the Earth, Inc. v. Laidlaw Environmental Services (TOC),*

*Inc.*, **528 U.S. 167, 185 (2000))** **postdating** the filing of my Complaint in that

case. *Whole Woman's Health v. Hellerstedt*, **136 S. Ct. 2292, 2305 (2016)**.

<u>**FIRST CLAIM FOR RELIEF**</u>
<u>**VIOLATION OF THE CIVIL RIGHTS ACT 42 U.S.C § 1983**</u>
<u>**(Defendants Greenberg Traurig, P.A. and John Londot as State Actors for**</u>
<u>**the Government of the State of Florida)**</u>.

116.   <u>**42 U.S.C. Section 1983 states in pertinent part**</u>:

> Every person who, under color of any statute, ordinance,
> regulation, custom, or usage, of any State or territory or the
> District of Columbia, subjects, or causes to be subjected, any
> citizen of the United States or other person within the jurisdiction
> thereof to the deprivation of any rights, privileges, or immunities
> secured by the Constitution and laws, shall be liable to the party
> injured in an action at law, suit in equity or other proper
> proceeding for redress…

117.   <u>**First Amendment to the Constitution of the United States**</u>, in relevant

part, commands:

> "Congress shall make no law…abridging the <u>**freedom of speech**</u>…
> or  the right of the people <u>**peaceably to assemble**</u>, and to <u>**petition**</u>
> <u>**the Government for a redress of grievances**</u>." **(Emphasis)**.

118.   <u>**Section 1 of the Fourteenth Amendment of the United States**</u>

<u>**Constitution**</u> states in pertinent part:

> "No state shall make or enforce any law which shall abridge the
> privileges or immunities of citizens of the United States; nor

shall any State deprive any person of…**liberty**, or **property**, without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**." (**Emphasis**).

119. **LIBERTY**: "The attorney…being by the solemn judicial act of the court clothed with his office, does not hold it as a matter of grace and favor. The right which it confers upon him to appear to suitors and to argue cases is something more than a mere indulgence, revocable at the pleasure of the court." *Ex Parte Garland*, 71 U.S. 333, 279 (1867). An attorney has the liberty right to engage in his occupation free of arbitrary interference from the government (judiciary). *Meyer v. Nebraska*, 262 U.S. 390, 399-400 (1923):

> While this Court has not attempted to define with exactness the liberty thus guaranteed, the term has received much consideration and some of the included things have been definitely stated. Without doubt, it denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life…. The established doctrine is that this liberty may not be interfered with, under the guise of protecting the public interest, by legislative action which is arbitrary or without reasonable relation to some purpose within the competency of the State to effect. Determination by the legislature of what constitutes proper exercise of police power is not final or conclusive but is subject to supervision by the courts.

120. **PROPERTY**: A license to practice law is property because "it may [be] terminated…only ""for cause,"" respondents assert a ""legitimate claim of entitlement"" within the protection of the Due Process Clause." *Memphis Light, Gas Water Div. v. Craft*, 436 U.S. 1, 11-12 (1978). *See* also *Ex Parte Garland*

Page 84 of 169

**(1867)**. SVPRA.

121.   "[A] cause of action is a species of property protected by the Fourteenth

Amendment's Due Process Clause." *Logan v. Zimmerman Brush Co.,* 455 U.S.

422, 428 (1982). "[A] tort or a discrimination action" is "a property interest".

*Logan*, n.5.  A right of action to recover damages for an injury is property."

*Angle v. Chicago, St. Paul, Minneapolis and Omaha Railway Co.* 151 U.S. 1,

19 (1894). *City of Monterey v. Del Monte Dunes at Monterey, Ltd.,* 526 U.S.

687, 709 (1999):

> [T]here can be no doubt that claims brought pursuant to §1983
> sound in tort. Just as common-law tort actions provide redress for
> interference with protected personal or property interests, §1983
> provides relief for invasions of rights protected under federal law.

122.   <u>Sixth Amendment to the U.S. Constitution</u> states In pertinent part:

"In all criminal prosecutions, the accused shall…have the Assistance of Counsel

for his defence."

### <u>COUNT I</u>
### <u>VIOLATION OF THE CIVIL RIGHTS ACT 42 U.S.C SECTION 1983:</u>
### <u>FIRST AMENDMENT TO THE U.S. CONSTITUTION</u>

(José Yeyille v. <u>**Greenberg Traurig, P.A.**</u> in its individual and official capacity)

123.   Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

124.   Defendant <u>**Greenberg Traurig, P.A.,**</u> is a "person" within the meaning

Page 85 of 169

of Section 1983 in that at all times material hereto it was acting under color of

state law as a representative of The Florida Bar and the Florida supreme court.

125. Defendant **Greenberg Traurig, P.A**. is a state actor. **Private attorneys**

**have been found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500**

**U.S. 614 (1991)**.

126. **Greenberg Traurig, P.A**. chooses and owns the appellate judges,

including, and especially, the justices of the <u>Florida supreme court</u>.

> """[W]hen a state structures its electoral apparatus in a form which
> devolves upon a political organization the uncontested choice of
> public officials, that organization itself, in whatever disguise, takes
> on those attributes of government which draw the Constitution's
> safeguards into play."" *Edmonson v. Leesville Concrete Co.*, **500**
> **U.S. 614, 626 (1991)(quoting** *Terry v. Adams*, **345 U.S. 461, 484**
> **(1953)**.

127. The Florida supreme court is undistinguishable from the law firm of

**Greenberg Traurig, P.A**. **Greenberg Traurig, P.A**. is the ALTER•EGO of

the Florida Supreme Court. **Greenberg Traurig, P.A**. *is* the Florida supreme

court. The Florida supreme court *is* **Greenberg Traurig, P.A.**

128. Because **Greenberg Traurig, P.A**. chooses and owns the appellate

judges, including the justices of the **Florida Supreme Court, Greenberg**

**Traurig, P.A**. has a vested interest in punishing citizens and attorneys who

criticize **Greenberg Traurig, P.A.** and the judiciary (the Government). The

judiciary, especially the justices of the **Florida Supreme Court**, have a vested interest in muzzling and punishing citizens and attorneys who expose their owners: **Greenberg Traurig, P.A**. For that purpose, the Florida supreme court through its agency, The Florida Bar (**Greenberg Traurig, P.A.**'s "Long-time clients"), **hires and pays Greenberg Traurig, P.A.** to perform a **public function** to defend them against lawsuits brought by attorneys, and now a common citizen, for their violations of their rights protected by the First and Fourteenth Amendments to the U.S. Constitution. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626 (1991)**. *Evans v. Newton*, **382 U.S. 296, 299, 301 (1966)**.

129.   The relationship and interests of **Greenberg Traurig, P.A**. and the **Florida Supreme Court** are pervasively intertwined, entangled, and symbiotic. *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, **531 U.S. 288, 296 (2001)**.  Hence, they are **joint participants** in depriving me of my right to **Free Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary) for a redress of grievances** protected by the **First Amendment to the Constitution of the United States**. *Lugar v. Edmonson Oil Co.*, **457 U.S. 922 (1982)**. *Brentwood Acad.* **(2001)**. IBID.

130.   At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.  I proceeded, prominently identified myself, and

exercised my constitutional rights in my **individual capacity** as a common **citizen of the United States**, not in my capacity as an attorney, **when I petitioned the Florida judiciary for a redress of grievances**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

131.   I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).  That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by Defendant **Greenberg Traurig, P.A**.

132.   As the result of Defendant **Greenberg Traurig, P.A**.'s deliberate and intentional violation of my right to **Free Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary)** for a redress of grievances protected by the **First Amendment to the Constitution of the United States** I

have suffered, and continue to suffer reputational damages, humiliation, and

mental anguish.

**COUNT II**
**VIOLATION OF THE CIVIL RIGHTS ACT 42 U.S.C § 1983:**
**FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION**

(José Yeyille v. **Greenberg Traurig, P.A.** in its individual and official capacity)

**133.** Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

**134.** Defendant **Greenberg Traurig, P.A.,** is a "person" within the meaning

of Section 1983 in that at all times material hereto it was acting under color of

state law as a representative of The Florida Bar and the Florida supreme court.

**135.** Defendant **Greenberg Traurig, P.A.** is a state actor. **Private attorneys**

**have been found to be state actors**. *Edmonson v. Leesville Concrete Co.,* **500**

**U.S. 614 (1991)**.

**136. Greenberg Traurig, P.A.** chooses and owns the appellate judges,

including, and especially, the justices of the Florida supreme court.

> ""[W]hen a state structures its electoral apparatus in a form which
> devolves upon a political organization the uncontested choice of
> public officials, that organization itself, in whatever disguise, takes
> on those attributes of government which draw the Constitution's
> safeguards into play."" *Edmonson v. Leesville Concrete Co.,* **500**
> **U.S. 614, 626 (1991)(quoting** *Terry v. Adams,* **345 U.S. 461, 484**
> **(1953)**.

**137.** The Florida supreme court is undistinguishable from the law firm of

Page 89 of 169

**Greenberg Traurig, P.A**.  **Greenberg Traurig, P.A**. is the ALTER•EGO of the Florida Supreme Court.  **Greenberg Traurig, P.A**. *is* the Florida supreme court.  The Florida supreme court *is* **Greenberg Traurig, P.A**.

138.    Because **Greenberg Traurig, P.A**. chooses and owns the appellate judges, including the justices of the **Florida Supreme Court**, **Greenberg Traurig, P.A**. has a vested interest in punishing citizens and attorneys who criticize **Greenberg Traurig, P.A.** and the judiciary (the Government).  The judiciary, especially the justices of the **Florida Supreme Court**, have a vested interest in muzzling and punishing citizens and attorneys who expose their owners: **Greenberg Traurig, P.A.**  For that purpose, the Florida supreme court through its agency, The Florida Bar (**Greenberg Traurig, P.A.**'s "Long-time clients"), **hires and pays Greenberg Traurig, P.A.** to perform a **public function** to defend them against lawsuits brought by attorneys, and now a common citizen, for their violations of their rights protected by the First and Fourteenth Amend-ments to the U.S. Constitution. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626 (1991)**. *Evans v. Newton*, **382 U.S. 296, 299, 301 (1966)**.

139.   The relationship and interests of **Greenberg Traurig, P.A**. and the **Florida Supreme Court** are pervasively intertwined, entangled, and symbiotic. *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, **531 U.S. 288, 296**

**(2001)**. Hence, they are **joint participants** in depriving me of my right to a **Fair Trial**, **Due Process**, and **Equal Protection of the Laws** protected by the Fourteenth to the Constitution of the United States. ***Lugar v. Edmonson Oil Co.***, **457 U.S. 922 (1982)**. ***Brentwood Acad.* (2001)**. IBID.

**140.** At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues. I proceeded, prominently identified myself, and exercised my constitutional rights in my **individual capacity** as a common **citizen of the United States**, not in my capacity as an attorney, **when I petitioned the Florida judiciary for a redress of grievances**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

**141.** I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties. That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980). That the judges, appellate judges, and justices of the Florida supreme

court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by Defendant **Greenberg Traurig, P.A**.

142. As the result of Defendant **Greenberg Traurig, P.A**.'s deliberate and intentional violation of my right to a **Fair Trial**, **Due Process**, and **Equal Protection of the Laws** protected by the **Fourteenth to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

**COUNT III**
**VIOLATION OF THE CIVIL RIGHTS ACT 42 U.S.C § 1983:**
**RIGHT TO COUNSEL PROTECTED BY THE SIXTH AND**
**FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION**

(José Yeyille v. **Greenberg Traurig, P.A.** in its individual and official capacity)

143. Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

144. Defendant **Greenberg Traurig, P.A.**, is a "person" within the meaning of Section 1983 in that at all times material hereto it was acting under color of state law as a representative of The Florida Bar and the Florida supreme court.

145. Defendant **Greenberg Traurig, P.A.** is a state actor. **Private attorneys have been found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614 (1991)**.

146. **Greenberg Traurig, P.A.** chooses and owns the appellate judges,

including, and especially, the justices of the <u>Florida supreme court</u>.

> """[W]hen a state structures its electoral apparatus in a form which devolves upon a political organization the uncontested choice of public officials, that organization itself, in whatever disguise, takes on those attributes of government which draw the Constitution's safeguards into play."" ***Edmonson v. Leesville Concrete Co.*, 500 U.S. 614, 626 (1991)(quoting *Terry v. Adams*, 345 U.S. 461, 484 (1953).**

147.   The Florida supreme court is undistinguishable from the law firm of **<u>Greenberg Traurig, P.A</u>**.  **<u>Greenberg Traurig, P.A</u>**. is the ALTER•EGO of the Florida Supreme Court.  **<u>Greenberg Traurig, P.A</u>**. *is* the Florida supreme court.  The Florida supreme court *is* **<u>Greenberg Traurig, P.A</u>**.

148.   Because **<u>Greenberg Traurig, P.A</u>**. chooses and owns the appellate judges, including the justices of the **<u>Florida Supreme Court</u>**, **<u>Greenberg Traurig, P.A</u>**. has a vested interest in punishing citizens and attorneys who criticize **<u>Greenberg Traurig, P.A.</u>** and the judiciary (the Government).  The judiciary, especially the justices of the **<u>Florida Supreme Court</u>**, have a vested interest in muzzling and punishing citizens and attorneys who expose their owners: **<u>Greenberg Traurig, P.A</u>**.  For that purpose, the <u>Florida supreme court</u> through its agency, The Florida Bar (**<u>Greenberg Traurig, P.A.</u>**'s "Long-time clients"), **<u>hires and pays Greenberg Traurig, P.A.</u>** to perform a **public function** to defend them against lawsuits brought by attorneys, and now a common citizen,

for their violations of their rights protected by the First and Fourteenth Amend-

ments to the U.S. Constitution. *Edmonson v. Leesville Concrete Co.*, **500 U.S.**

**614, 626 (1991)**. *Evans v. Newton*, **382 U.S. 296, 299, 301 (1966)**.

**149.**   The relationship and interests of <u>**Greenberg Traurig, P.A**</u>. and the

<u>**Florida Supreme Court**</u> are pervasively intertwined, entangled, and symbiotic.

*Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, **531 U.S. 288, 296**

**(2001)**.  Hence, they are <u>**joint participants**</u> in depriving me of my <u>**right to be**</u>

<u>**represented by counsel**</u> protected by the <u>**Sixth and Fourteenth Amendments**</u>

<u>**to the Constitution of the United States**</u>. *Lugar v. Edmonson Oil Co.*, **457**

**U.S. 922 (1982)**. *Brentwood Acad.* **(2001)**. IBID.

**150.**   I accused, and I accuse the judiciary of the state of Florida of deliberately

and with criminal discriminatory intent issuing rulings without opinions at the

trial level, and PER•CVRIAM affirmances without opinions at the appellate level

to enable the Florida Supreme Court to evade ruling on them, only to indigent, and

indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme

against the indigent, and indigent PRO•SE Black and Hispanic parties was

designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).

That the judges, appellate judges, and justices of the Florida supreme court are

chosen and owned by a few law firms through the judicial selection process

including, and prominently, by Defendant **Greenberg Traurig, P.A**.

**151.** My right to be represented by counsel paid by The Florida Bar and the Florida supreme court is protected by **RRTFB 3-7(h) and RRTFB 10.7.2(b); Rule 34 Model Rules for Lawyer Disciplinary Enforcement. American Bar Association; Article 27 Disciplinary Proceedings. *Basic Principles on the Role of Lawyers, Havana, Cuba* (1990)** (U.S. is a signatory to this treaty); **U.S. Constitution, Sixth Amendment**; and **U.S. Constitution, Fourteenth Amendment Right to a Fair Trial, Due Process, and Equal Protection of the Laws** because The Florida Bar (the Florida supreme court) **hires and pays Greenberg Traurig, P.A.** to represent them in lawsuits brought by attorneys against The Florida Bar (the Florida supreme court)'s violations of their rights protected by the First and Fourteenth Amendments.

**152.** As the result of Defendant **Greenberg Traurig, P.A**.'s deliberate and intentional violation of **my right to be represented by counsel** protected by the **Sixth and Fourteenth Amendments to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

## COUNT IV
## VIOLATION OF THE CIVIL RIGHTS ACT 42 U.S.C SECTION 1983:
## FIRST AMENDMENT TO THE U.S. CONSTITUTION
(José Yeyille v. **John Londot** in its individual and official capacity)

**153.**   Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

**154.**   Defendant **John Londot**, is a "person" within the meaning of Section 1983 in that at all times material hereto it was acting under color of state law as a representative of The Florida Bar and the Florida supreme court.

**155.**   Defendant **John Londot**. is a state actor. **Private attorneys have been found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614 (1991)**.

**156.**   **Greenberg Traurig, P.A.**, Defendant **John Londot**'s employer, chooses and owns the appellate judges, including, and especially, the justices of the Florida supreme court.

> ""[W]hen a state structures its electoral apparatus in a form which devolves upon a political organization the uncontested choice of public officials, that organization itself, in whatever disguise, takes on those attributes of government which draw the Constitution's safeguards into play."" *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626 (1991)(quoting** *Terry v. Adams*, **345 U.S. 461, 484 (1953)**.

**157.**   The Florida supreme court is undistinguishable from the law firm of **Greenberg Traurig, P.A**. **Greenberg Traurig, P.A**. is the ALTER•EGO of

Page 96 of 169

the Florida Supreme Court.  **Greenberg Traurig, P.A.** *is* the Florida supreme

court.  The Florida supreme court *is* **Greenberg Traurig, P.A.**

**158.**  Because **Greenberg Traurig, P.A.** chooses and owns the appellate

judges, including the justices of the **Florida Supreme Court**, **Greenberg**

**Traurig, P.A.** has a vested interest in punishing citizens and attorneys who

criticize **Greenberg Traurig, P.A.** and the judiciary (the Government).  The

judiciary, especially the justices of the **Florida Supreme Court**, have a vested

interest in muzzling and punishing citizens and attorneys who expose their owners:

**Greenberg Traurig, P.A.**  For that purpose, the Florida supreme court through its

agency, The Florida Bar (**Greenberg Traurig, P.A.**'s "Long-time clients"), **hires**

**and pays Greenberg Traurig, P.A.** to perform a **public function** to defend them

against lawsuits brought by attorneys, and now a common citizen, for their

violations of their rights protected by the First and Fourteenth Amendments to the

U.S. Constitution. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626**

**(1991)**. *Evans v. Newton*, **382 U.S. 296, 299, 301 (1966)**.

**159.**  The relationship and interests of **Greenberg Traurig, P.A.** and the

**Florida Supreme Court** are pervasively intertwined, entangled, and symbiotic.

*Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, **531 U.S. 288, 296**

**(2001)**.  Hence, they are **joint participants** in depriving me of my right to **Free**

**Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary) for a redress of grievances** protected by the **First Amendment to the Constitution of the United States**. *Lugar v. Edmonson Oil Co.*, 457 U.S. 922 (1982). *Brentwood Acad.* (2001). IBID.

160.    At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.  I proceeded, prominently identified myself, and exercised my constitutional rights in my **individual capacity** as a common **citizen of the United States**, not in my capacity as an attorney, **when I petitioned the Florida judiciary for a redress of grievances**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

161.    I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).  That the judges, appellate judges, and justices of the Florida supreme

court are chosen and owned by a few law firms through the judicial selection

process including, and prominently, by **Greenberg Traurig, P.A.**

162.   As the result of Defendant **John Londot**.'s deliberate and intentional

violation of my right to **Free Speech**, right to **Free Association**, and right to

**Petition the Government (the judiciary) for a redress of grievances** protected

by the **First Amendment to the Constitution of the United States** I have

suffered, and continue to suffer reputational damages, humiliation, and mental

anguish.

### COUNT V
### VIOLATION OF THE CIVIL RIGHTS ACT 42 U.S.C § 1983:
### FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION
(José Yeyille v. **John Londot** in its individual and official capacity)

163.   Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

164.   Defendant **John Londot.**, is a "person" within the meaning of Section

1983 in that at all times material hereto it was acting under color of state law as a

representative of The Florida Bar and the Florida supreme court.

165.   Defendant **John Londot**. is a state actor. **Private attorneys have been**

**found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614**

**(1991)**.

166.   **Greenberg Traurig, P.A.**'s Defendant **John Londot**'s employer,

chooses and owns the appellate judges, including, and especially, the justices of

the <u>Florida supreme court</u>.

> ""[W]hen a state structures its electoral apparatus in a form which devolves upon a political organization the uncontested choice of public officials, that organization itself, in whatever disguise, takes on those attributes of government which draw the Constitution's safeguards into play."" ***Edmonson v. Leesville Concrete Co.*, 500 U.S. 614, 626 (1991)(quoting *Terry v. Adams*, 345 U.S. 461, 484 (1953)**.

167. The Florida supreme court is undistinguishable from the law firm of

**Greenberg Traurig, P.A**.  **Greenberg Traurig, P.A**. is the ALTER·EGO of

the Florida Supreme Court.  **Greenberg Traurig, P.A**. *is* the Florida supreme

court.  The Florida supreme court *is* **Greenberg Traurig, P.A**.

168.    Because **Greenberg Traurig, P.A**. chooses and owns the appellate

judges, including the justices of the **Florida Supreme Court**, **Greenberg**

**Traurig, P.A**. has a vested interest in punishing citizens and attorneys who

criticize **Greenberg Traurig, P.A.** and the judiciary (the Government).  The

judiciary, especially the justices of the **Florida Supreme Court**, have a vested

interest in muzzling and punishing citizens and attorneys who expose their

owners: **Greenberg Traurig, P.A**.  For that purpose, the <u>Florida supreme court</u>

through its agency, The Florida Bar (**Greenberg Traurig, P.A.**'s "Long-time

clients"), **hires and pays Greenberg Traurig, P.A.** to perform a **public function**

to defend them against lawsuits brought by attorneys, and now a common citizen, for violations of their rights protected by the First and Fourteenth Amendments to the U.S. Constitution. ***Edmonson v. Leesville Concrete Co.*, 500 U.S. 614, 626 (1991)**. ***Evans v. Newton*, 382 U.S. 296, 299, 301 (1966)**.

169.    The relationship and interests of **<u>Greenberg Traurig, P.A</u>**. and the **<u>Florida Supreme Court</u>** are pervasively intertwined, entangled, and symbiotic. ***Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 296 (2001)**. Hence, they are **<u>joint participants</u>** in depriving me of my right to a **<u>Fair Trial</u>**, **<u>Due Process</u>**, and **<u>Equal Protection of the Laws</u>** protected by the Fourteenth to the Constitution of the United States. ***Lugar v. Edmonson Oil Co.*, 457 U.S. 922 (1982)**. ***Brentwood Acad.* (2001)**. IBID.

170.    At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.  I proceeded, prominently identified myself, and exercised my constitutional rights in my **<u>individual capacity</u>** as a common **<u>citizen of the United States</u>**, not in my capacity as an attorney, **<u>when I petitioned the Florida judiciary for a redress of grievances</u>**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

171.    I accused, and I accuse the judiciary of the state of Florida of deliberately

and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).  That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by Defendant **Greenberg Traurig, P.A**.

172.    As the result of **John Londot**.'s deliberate and intentional violation of my right to a **Fair Trial**, **Due Process**, and **Equal Protection of the Laws** protected by the **Fourteenth to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

### COUNT VI
### VIOLATION OF THE CIVIL RIGHTS ACT 42 U.S.C § 1983: RIGHT TO COUNSEL PROTECTED BY THE SIXTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION
(José Yeyille v. **John Londot** in its individual and official capacity)

173. Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

Page 102 of 169

174.    Defendant **John Londot**, is a "person" within the meaning of Section

1983 in that at all times material hereto it was acting under color of state law as a

representative of The Florida Bar and the Florida supreme court.

175.    Defendant **John Londot** is a state actor. **Private attorneys have been**

**found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614**

**(1991)**.

176.    **Greenberg Traurig, P.A.** chooses and owns the appellate judges,

including, and especially, the justices of the <u>Florida supreme court</u>.

> ""[W]hen a state structures its electoral apparatus in a form which
> devolves upon a political organization the uncontested choice of
> public officials, that organization itself, in whatever disguise, takes
> on those attributes of government which draw the Constitution's
> safeguards into play."" *Edmonson v. Leesville Concrete Co.*, **500
> U.S. 614, 626 (1991)(quoting** *Terry v. Adams*, **345 U.S. 461, 484
> (1953)**.

177.    The Florida supreme court is undistinguishable from the law firm of

**Greenberg Traurig, P.A**.  **Greenberg Traurig, P.A**. is the ALTER•EGO of

the Florida Supreme Court.  **Greenberg Traurig, P.A**. *is* the Florida supreme

court.  The Florida supreme court *is* **Greenberg Traurig, P.A**.

178.    Because **Greenberg Traurig, P.A**. chooses and owns the appellate

judges, including the justices of the **Florida Supreme Court, Greenberg**

**Traurig, P.A**. has a vested interest in punishing citizens and attorneys who

criticize **Greenberg Traurig, P.A.** and the judiciary (the Government).  The

judiciary, especially the justices of the **Florida Supreme Court**, have a vested

interest in muzzling and punishing citizens and attorneys who expose their owners:

**Greenberg Traurig, P.A.**  For that purpose, the <u>Florida supreme court</u> through its

agency, The Florida Bar (**Greenberg Traurig, P.A.**'s "Long-time clients"), **hires**

**and pays Greenberg Traurig, P.A.** to perform a **public function** to defend them

against lawsuits brought by attorneys, and now a common citizen, for their

violations of their rights protected by the First and Fourteenth Amendments to the

U.S. Constitution. *Edmonson v. Leesville Concrete Co.,* **500 U.S. 614, 626**

**(1991)**. *Evans v. Newton,* **382 U.S. 296, 299, 301 (1966)**.

179.   The relationship and interests of **Greenberg Traurig, P.A**. and the

**Florida Supreme Court** are pervasively intertwined, entangled, and symbiotic.

*Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n,* **531 U.S. 288, 296**

**(2001)**.  Hence, they are **joint participants** in depriving me of my **right to be**

**represented by counsel** protected by the **Sixth and Fourteenth Amendments**

**to the Constitution of the United States**. *Lugar v. Edmonson Oil Co.,* **457 U.S.**

**922 (1982)**. *Brentwood Acad.* **(2001)**. IBID.

180.   I accused, and I accuse the judiciary of the state of Florida of deliberately

and with criminal discriminatory intent issuing rulings without opinions at the

trial level, and PER•CVRIAM affirmances without opinions at the appellate level enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties. That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980). That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by Defendant **Greenberg Traurig, P.A**.

181.   My right to be represented by counsel paid by The Florida Bar and the Florida supreme court is protected by **RRTFB 3-7(h) and RRTFB 10.7.2(b); Rule 34 Model Rules for Lawyer Disciplinary Enforcement. American Bar Association; Article 27 Disciplinary Proceedings. *Basic Principles on the Role of Lawyers, Havana, Cuba* (1990)** (U.S. is a signatory to this treaty); **U.S. Constitution, Sixth Amendment**; and **U.S. Constitution, Fourteenth Amendment, Right to a Fair Trial, Due Process, and Equal Protection of the Laws** because The Florida Bar (the Florida supreme court) **hires and pays Greenberg Traurig, P.A.** to represent them in lawsuits brought by attorneys against The Florida Bar (the Florida supreme court)'s violations of their rights protected by the First and Fourteenth Amendments.

**182.** As the result of Defendant **John Londot**'s deliberate and intentional violation of **my right to be represented by counsel** protected by the **Sixth and Fourteenth Amendments to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

**SECOND CLAIM FOR RELIEF**
**VIOLATION OF THE CIVIL RIGHTS—*BIVENS V. SIX UNKNOWN***
***NAMED AGENTS OF FEDERAL BUREAU OF NARCOTICS,***
***403 U.S. 388 (1971)* ("*BIVENS* ACTION").**
**(Defendants Greenberg Traurig, P.A. and John Londot as State Actors for the Government and the Judiciary of the United States).**

**183.** *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* **403 U.S. 388 (1971)** actions are analogous to 42 U.S.C. §actions. *Butz v. Economou,* **438 U.S. 478, 498-501 (1978)**. Hence, *Bivens* requires a plaintiff to allege that a defendant acted under color of federal law to deprive plaintiff of a constitutional right.

**184.** **First Amendment to the Constitution of the United States**, in relevant part, commands:

> "Congress shall make no law…abridging the **freedom of speech**…
> or the right of the people **peaceably to assemble**, and to **petition the Government for a redress of grievances**." **(Emphasis)**.

**185.** **Fifth Amendment to the United States Constitution** states in pertinent part: "No person shall be…deprived of life, **liberty**, or **property**, without due

Page 106 of 169

process of law." (**Emphasis added**).  **Equal Protection of the Laws** of the

Fourteenth Amendment incorporated in Fifth Amendment through Due Process

Clause of the Fourteenth Amendment. ***Bolling v. Sharpe***, 347 U.S. 497 (1954).

186.  **LIBERTY**:  "The attorney…being by the solemn judicial act of the

court clothed with his office, does not hold it as a matter of grace and favor.

The right which it confers upon him to appear to suitors and to argue cases is

something more than a mere indulgence, revocable at the pleasure of the court."

***Ex Parte Garland***, 71 U.S. 333, 279 (1867). An attorney has the liberty right to

engage in his occupation free of arbitrary interference from the government

(judiciary).  ***Meyer v. Nebraska***, 262 U.S. 390, 399-400 (1923):

> While this Court has not attempted to define with exactness the
> liberty thus guaranteed, the term has received much consideration
> and some of the included things have been definitely stated.
> Without doubt, it denotes not merely freedom from bodily restraint
> but also the right of the individual to contract, to engage in any of
> the common occupations of life…. The established doctrine is that
> this liberty may not be interfered with, under the guise of protecting
> the public interest, by legislative action which is arbitrary or without
> reasonable relation to some purpose within the competency of the
> State to effect. Determination by the legislature of what constitutes
> proper exercise of police power is not final or conclusive but is
> subject to supervision by the courts.

187.  **PROPERTY**: A license to practice law is property because "it may [be]

terminated…only ""for cause,"" respondents assert a ""legitimate claim of

entitlement"" within the protection of the Due Process Clause." ***Memphis Light,***

*Gas Water Div. v. Craft*, 436 U.S. 1, 11-12 (1978). *See also Ex Parte Garland* (1867). SVPRA.

188.  "[A] cause of action is a species of property protected by the Fourteenth Amendment's Due Process Clause." *Logan v. Zimmerman Brush Co.,* 455 U.S. 422, 428 (1982).  "[A] tort or a discrimination action" is "a property interest". *Logan*, n.5.  "A right of action to recover damages for an injury is property." *Angle v. Chicago, St. Paul, Minneapolis and Omaha Railway Co.* 151 U.S. 1, 19 (1894). *City of Monterey v. Del Monte Dunes at Monterey, Ltd.*, 526 U.S. 687, 709 (1999):

> [T]here can be no doubt that claims brought pursuant to §1983 sound in tort. Just as common-law tort actions provide redress for interference with protected personal or property interests, §1983 provides relief for invasions of rights protected under federal law.

189.  <u>Sixth Amendment to the U.S. Constitution</u> states in pertinent part: "In all criminal prosecutions, the accused shall…have the Assistance of Counsel for his defence."

**COUNT VII**
***BIVENS* ACTION VIOLATION OF CIVIL RIGHTS ACTION:
FIRST AMENDMENT TO THE U.S. CONSTITUTION**
(José Yeyille v. <u>**Greenberg Traurig, P.A.**</u> in its individual and official capacity)

190.  Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

Page 108 of 169

191. Defendant **Greenberg Traurig, P.A.**, is a "person" within the meaning of a *Bivens* action in that at all times material hereto it was acting under color of federal law as a representative of the Government of the United States including the judiciary of the United States.

192. Defendant **Greenberg Traurig, P.A**. is a state actor. **Private attorneys have been found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614 (1991)**.

193. The Government of the United States is a puppet of the Zionazi Israeli régime. It is the **policy** of the Government of the United States, supported by traitors presidents Joe Biden and Donald Trump and traitors U.S. Senators and Representatives in Congress to harass, persecute, and extort United States citizens and foreign resident aliens for criticizing the Zionazi Israeli régime and its defenders in the United States including Zionazi Israeli régime's agent: **Greenberg Traurig, P.A.   This policy is implemented and defended through the courts**.

194. Zionazi puppet President Donald Trump picked **Greenberg Traurig, P.A.-chosen** judges Barbara Lagoa and Robert Luck to the Eleventh U.S. Circuit Court of Appeals. **Greenberg Traurig, P.A.** owns U.S. Supreme Court justice Neil Gorsuch. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626 (1991)**

(quoting *Terry v. Adams*, 345 U.S. 461, 484 (1953).

195.  Zionazi judges regularly visit the Zionazi Israeli régime to receive instructions and indoctrination by government officials.

196.  Zionazi law firm **Greenberg Traurig, P.A**. has a vested interest in punishing citizens and attorneys who criticize **Greenberg Traurig, P.A.** and the Government and the Judiciary of the United States.

197.  The relationship and interests of **Greenberg Traurig, P.A**. and the Government of the United States, including its Judiciary, are pervasively inter-twined, entangled, and symbiotic. *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 296 (2001).  Hence, they are **joint participants** in depriving me of my right to **Free Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary) for a redress of grievances** protected by the **First Amendment to the Constitution of the United States**. *Lugar v. Edmonson Oil Co.*, 457 U.S. 922 (1982). *Brentwood Acad.* (2001). IBID.

198.  The Government of the United States has deliberately refused to register **Greenberg Traurig, P.A.** as a foreign agent for the Zionazi Israeli régime in violation of **18 U.S.C. §951(a)** even though it is **not** engaged in legal commercial transactions, but it and/or allied and in concert with another agent of the Zionazi Israeli régime, The Lawfare Project, to aid and abet the Zionazi Israeli régime in

harassing, prosecuting, defending from being prosecuted, and extorting and violating the civil rights of resident aliens, *Maya Parizer, et al. v. AJP Educational Foundation, Inc., et al.* Case 1:24-cv-00-724-RDA-IDD, U.S. Dist. Ct. Eastern Dist. Of Virginia, Alexandia Div. (May 1, 2024) and U.S. citizen (*José Yeyille v. William W. Chung, et al.,* 2023-25430-CA01. *The Florida Bar v. José L. Yeyille*, SC2024-235. *José Yeyille v. Attorney General of the State of Florida, et al.* 2024-2924-CA01) in violation of **18 U.S.C. §241** through **international terrorism**. Under **18 U.S.C. §2331(1)(A)** "**International terrorism**" means **activities that …would be a criminal violation if committed within the jurisdiction of the United States or of any state**" that "**(B) appear to be intended to (i) intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion**" that "**transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum**"; and **domestic terrorism** under **18 U.S.C. §2331(5)**.

199. Treason against the United States by the Government officials and Judicial officials and judges is so widespread, and systematically encouraged, that it has become a banality. **Greenberg Traurig, P.A.**'s attorneys and officers are traitors under **18 U.S.C. §2381** because while ostensibly "owing allegiance to the United

States" **are "adhering to their enemies, giving them aid and comfort within the United States or elsewhere**."

**200.**   At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.  I proceeded, prominently identified myself, and exercised my constitutional rights in my **individual capacity** as a common **citizen of the United States**, not in my capacity as an attorney, **when I petitioned the Florida judiciary for a redress of grievances**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

**201.**   I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).  That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by Defendant **Greenberg Traurig, P.A**.

**202.** As the result of Defendant **Greenberg Traurig, P.A.**'s deliberate and intentional violation of my right to **Free Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary)** for a redress of grievances protected by the **First Amendment to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

**COUNT VIII**
***BIVENS* ACTION VIOLATION OF CIVIL RIGHTS ACTION:**
**FIFTH AMENDMENT TO THE U.S. CONSTITUTION**
(José Yeyille v. **Greenberg Traurig, P.A.** in its individual and official capacity)

**203.** Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

**204.** Defendant **Greenberg Traurig, P.A.**, is a "person" within the meaning of a ***Bivens*** action in that at all times material hereto it was acting under color of federal law as a representative of the Government of the United States including the judiciary of the United States.

**205.** Defendant **Greenberg Traurig, P.A.** is a state actor. **Private attorneys have been found to be state actors**. ***Edmonson v. Leesville Concrete Co.*, 500 U.S. 614 (1991)**.

**206.** The Government of the United States is a puppet of the Zionazi Israeli régime. It is the policy of the Government of the United States, supported by

Page 113 of 169

traitors presidents Joe Biden and Donald Trump and traitors U.S. Senators and Representatives in Congress to harass, persecute, and extort United States citizens and foreign resident aliens for criticizing the Zionazi Israeli régime and its defenders in the United States including Zionazi Israeli régime agent: **Greenberg Traurig, P.A.**   **This policy is implemented and defended through the courts**.

207.   Zionazi puppet President Donald Trump picked **Greenberg Traurig, P.A.-chosen** judges Barbara Lagoa and Robert Luck to the Eleventh U.S. Circuit Court of Appeals.  **Greenberg Traurig, P.A.** owns U.S. Supreme Court justice Neil Gorsuch. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626 (1991)** (quoting *Terry v. Adams*, **345 U.S. 461, 484 (1953)**.

208.   Zionazi law firm **Greenberg Traurig, P.A**. has a vested interest in punishing citizens and attorneys who criticize **Greenberg Traurig, P.A.** and the Government and the Judiciary of the United States.

209.   The relationship and interests of **Greenberg Traurig, P.A**. and the government of the United States, including its judiciary, are pervasively inter-twined, entangled, and symbiotic. *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, **531 U.S. 288, 296 (2001)**.  Hence, they are **joint participants** in depriving me of my right to a **Fair Trial**, **Due Process**, and **Equal Protection of the Laws** protected by the Fifth Amendment to the Constitution of the United

States. *Lugar v. Edmonson Oil Co.*, 457 U.S. 922 (1982). *Brentwood Acad.*

**(2001)**. IBID.

**210.** The Government of the United States has deliberately refused to register

**Greenberg Traurig, P.A.** as a foreign agent for the Zionazi Israeli régime in

violation of **18 U.S.C. §951(a)** even though it is **not** engaged in legal commercial

transactions, but it and/or allied and in concert with another agent of the Zionazi

Israeli régime, The Lawfare Project, to aid and abet the Zionazi Israeli régime in

harassing, prosecuting, defending from being prosecuted, and extorting and viola-

ting the civil rights of resident aliens, *Maya Parizer, et al. v. AJP Educational*

*Foundation, Inc., et al.* Case 1:24-cv-00-724-RDA-IDD, U.S. Dist. Ct. Eastern

Dist. Of Virginia, Alexandia Div. (May 1, 2024) and U.S. citizen (*José Yeyille v.*

*William W. Chung, et al.,* 2023-25430-CA01. *The Florida Bar v. José L. Yeyille*,

SC2024-235. *José Yeyille v. Attorney General of the State of Florida, et al.* 2024-

2924-CA01) in violation of **18 U.S.C. §241** through  **international terrorism**.

Under **18 U.S.C. §2331(1)(A)** "**International terrorism**" means **activities that**

**…would be a criminal violation if committed within the jurisdiction of the**

**United States or of any state**" that "**(B) appear to be intended to (i) intimidate**

**or coerce a civilian population; (ii) to influence the policy of a government by**

**intimidation or coercion**" that "**transcend national boundaries in terms of the**

**means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum"**; and **domestic terrorism** under **18 U.S.C. §2331(5)**.

211.  Treason against the United States by the Government officials and Judicial officials and judges is so widespread, and systematically encouraged, that it has become a banality. **Greenberg Traurig, P.A.**'s attorneys and officers are traitors under **18 U.S.C. §2381** because while ostensibly "owing allegiance to the United States" **are "adhering to their enemies, giving them aid and comfort within the United States or elsewhere**."

212.  At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.  I proceeded, prominently identified myself, and exercised my constitutional rights in my **individual capacity** as a common **citizen of the United States**, not in my capacity as an attorney, **when I petitioned the Florida judiciary for a redress of grievances**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

213.  I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to

enable the Florida Supreme Court to evade ruling on them, only to indigent, and

indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme

against the indigent, and indigent PRO•SE Black and Hispanic parties was

designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).

That the judges, appellate judges, and justices of the Florida supreme court are

chosen and owned by a few law firms through the judicial selection process

including, and prominently, by Defendant **Greenberg Traurig, P.A.**

214.    As the result of Defendant **Greenberg Traurig, P.A.**'s deliberate and

intentional violation of my right to a **Fair Trial**, **Due Process**, and **Equal Pro-**

**tection of the Laws** protected by the **Fifth Amendment to the Constitution of**

**the United States** I have suffered, and continue to suffer reputational damages,

humiliation, and mental anguish.

**COUNT IX**
***BIVENS* ACTION VIOLATION OF CIVIL RIGHTS ACTION:**
**RIGHT TO COUNSEL PROTECTED BY THE SIXTH AND**
**FIFTH AMENDMENTS TO THE U.S. CONSTITUTION**

(José Yeyille v. **Greenberg Traurig, P.A.** in its individual and official capacity)

215.    Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

216.  Defendant **Greenberg Traurig, P.A.**, is a "person" within the meaning

of a ***Bivens*** action in that at all times material hereto it was acting under color of

federal law as a representative of the Government of the United States including the judiciary of the United States.

217. Defendant **Greenberg Traurig, P.A**. is a state actor. **Private attorneys have been found to be state actors**. *Edmonson v. Leesville Concrete Co*., **500 U.S. 614 (1991)**.

218. The Government of the United States is a puppet of the Zionazi Israeli régime. It is the policy of the Government of the United States, supported by traitors presidents Joe Biden and Donald Trump and traitors U.S. Senators and Representatives in Congress to harass, persecute, and extort United States citizens and foreign resident aliens for criticizing the Zionazi Israeli régime and its defenders in the United States including Zionazi Israeli régime agent: **Greenberg Traurig, P.A.** **This policy is implemented and defended through the courts**.

219. Zionazi puppet President Donald Trump picked **Greenberg Traurig, P.A.-chosen** judges Barbara Lagoa and Robert Luck to the Eleventh U.S. Circuit Court of Appeals. **Greenberg Traurig, P.A.** owns U.S. Supreme Court justice Neil Gorsuch. *Edmonson v. Leesville Concrete Co*., **500 U.S. 614, 626 (1991) (quoting** *Terry v. Adams*, **345 U.S. 461, 484 (1953)**.

220. Zionazi law firm **Greenberg Traurig, P.A**. has a vested interest in punishing citizens and attorneys who criticize **Greenberg Traurig, P.A.** and

the Government and the Judiciary of the United States.

**221.**   The relationship and interests of **Greenberg Traurig, P.A**. and the government of the United States, including its judiciary, are pervasively inter-twined, entangled, and symbiotic.  *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, **531 U.S. 288, 296 (2001)**.  Hence, they are **joint participants** in depriving me of my **right to be represented by counsel** protected by the **Sixth and Fifth Amendments to the Constitution of the United States**. *Lugar v. Edmonson Oil Co.*, **457 U.S. 922 (1982)**. *Brentwood Acad.* **(2001)**. IBID.

**222.**   The Government of the United States has deliberately refused to register **Greenberg Traurig, P.A.** as a foreign agent for the Zionazi Israeli régime in violation of **18 U.S.C. §951(a)** even though it is **not** engaged in legal commercial transactions, but it and/or allied and in concert with another agent of the Zionazi Israeli régime, The Lawfare Project, to aid and abet the Zionazi Israeli régime in harassing, prosecuting, defending from being prosecuted, and extorting and viola-ting the civil rights of resident aliens, *Maya Parizer, et al. v. AJP Educational Foundation, Inc., et al.* Case 1:24-cv-00-724-RDA-IDD, U.S. Dist. Ct. Eastern Dist. Of Virginia, Alexandia Div. (May 1, 2024) and U.S. citizen (*José Yeyille v. William W. Chung, et al.,* 2023-25430-CA01. *The Florida Bar v. José L. Yeyille,* SC2024-235. *José Yeyille v. Attorney General of the State of Florida, et al.* 2024-

2924-CA01) in violation of **18 U.S.C. §241** through **international terrorism under 18 U.S.C. §2331(1)(A)** "**International terrorism**" means **activities that …would be a criminal violation if committed within the jurisdiction of the United States or of any state**" that "**(B) appear to be intended to (i) intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion**" that "**transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum**"; and **domestic terrorism** under **18 U.S.C. §2331(5)**.

223. Treason against the United States by the Government officials and Judicial officials and judges is so widespread, and systematically encouraged, that it has become a banality. **Greenberg Traurig, P.A.**'s attorneys and officers are traitors under **18 U.S.C. §2381** because while ostensibly "owing allegiance to the United States" **are "adhering to their enemies, giving them aid and comfort within the United States or elsewhere**."

224. At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues. I proceeded, prominently identified myself, and exercised my constitutional rights in my **individual capacity** as a common **citizen of the United States**, not in my capacity as an attorney, **when I**

**petitioned the Florida judiciary for a redress of grievances**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

225.   I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980). That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by Defendant **Greenberg Traurig, P.A**.

226.   My right to be represented by counsel paid by The Florida Bar and the Florida supreme court is protected by **RRTFB 3-7(h) and RRTFB 10.7.2(b); Rule 34 Model Rules for Lawyer Disciplinary Enforcement. American Bar Association; Article 27 Disciplinary Proceedings. *Basic Principles on the Role of Lawyers, Havana, Cuba* (1990)** (U.S. is a signatory to this treaty); **U.S. Constitution, Sixth Amendment**; and **U.S. Constitution, Fifth Amendment,**

**Right to a Fair Trial, Due Process, and Equal Protection of the Laws** because The Florida Bar (the Florida supreme court) **hires and pays Greenberg Traurig, P.A.** to represent them in lawsuits brought by attorneys against The Florida Bar (the Florida supreme court)'s violations of their rights protected by the First and Fourteenth Amendments.

227. As the result of Defendant **Greenberg Traurig, P.A.**'s deliberate and intentional violation of **my right to be represented by counsel** protected by the **Sixth and Fifth Amendments to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

**COUNT X**
***BIVENS* ACTION VIOLATION OF CIVIL RIGHTS ACTION:
FIRST AMENDMENT TO THE U.S. CONSTITUTION**
(José Yeyille v. **John Londot** in its individual and official capacity)

228. Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

229. Defendant **John Londot**, is a "person" within the meaning of a ***Bivens*** action in that at all times material hereto it was acting under color of federal law as a representative of the Government of the United States including the judiciary of the United States.

230. Defendant **John Londot**, is a state actor. **Private attorneys have been**

Page 122 of 169

**found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614 (1991)**. **Greenberg Traurig, P.A.** is Defendant **John Londot**'s employer.

231.   The Government of the United States is a puppet of the Zionazi Israeli régime. It is the policy of the Government of the United States, supported by traitors presidents Joe Biden and Donald Trump and traitors U.S. Senators and Representatives in Congress to harass, persecute, and extort United States citizens and foreign resident aliens for criticizing the Zionazi Israeli régime and its defenders in the United States including Zionazi Israeli régime's agent: **Greenberg Traurig, P.A.   This policy is implemented and defended through the courts**.

232.   Zionazi puppet President Donald Trump picked **Greenberg Traurig, P.A.-chosen** judges Barbara Lagoa and Robert Luck to the Eleventh U.S. Circuit Court of Appeals.  **Greenberg Traurig, P.A.** owns U.S. Supreme Court justice Neil Gorsuch. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626 (1991)** (quoting *Terry v. Adams*, **345 U.S. 461, 484 (1953)**.

233.   Zionazi law firm **Greenberg Traurig, P.A**. has a vested interest in punishing citizens and attorneys who criticize **Greenberg Traurig, P.A.** and the Government and the Judiciary of the United States.

234.   The relationship and interests of **Greenberg Traurig, P.A**. and the

government of the United States, including its judiciary, are pervasively inter-twined, entangled, and symbiotic. ***Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 296 (2001)**.  Hence, they are **joint participants** in depriving me of my right to **Free Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary) for a redress of grievances** protected by the **First Amendment to the Constitution of the United States**. ***Lugar v. Edmonson Oil Co.*, 457 U.S. 922 (1982)**. ***Brentwood Acad.* (2001)**. IBID.

**235.**  The Government of the United States has deliberately refused to register **Greenberg Traurig, P.A.** as a foreign agent for the Zionazi Israeli régime in violation of **18 U.S.C. §951(a)** even though it is **not** engaged in legal commercial transactions, but it and/or allied and in concert with another agent of the Zionazi Israeli régime, The Lawfare Project, to aid and abet the Zionazi Israeli régime in harassing, prosecuting, defending from being prosecuted, and extorting and viola-ting the civil rights of resident aliens, *Maya Parizer, et al. v. AJP Educational Foundation, Inc., et al.* Case 1:24-cv-00-724-RDA-IDD, U.S. Dist. Ct. Eastern Dist. Of Virginia, Alexandia Div. (May 1, 2024) and U.S. citizen (*José Yeyille v. William W. Chung, et al.,* 2023-25430-CA01. *The Florida Bar v. José L. Yeyille*, SC2024-235. *José Yeyille v. Attorney General of the State of Florida, et al.* 2024-2924-CA01) in violation of **18 U.S.C. §241** through **international terrorism**.

Under **18 U.S.C. §2331(1)(A)** "**International terrorism**" means **activities that**

**…would be a criminal violation if committed within the jurisdiction of the**

**United States or of any state**" that "**(B) appear to be intended to (i) intimidate**

**or coerce a civilian population; (ii) to influence the policy of a government by**

**intimidation or coercion**" that "**transcend national boundaries in terms of the**

**means by which they are accomplished, the persons they appear intended to**

**intimidate or coerce, or the locale in which their perpetrators operate or seek**

**asylum**"; and **domestic terrorism** under **18 U.S.C. §2331(5)**.

**236.**   Treason against the United States by the Government officials and Judicial

officials and judges is so widespread, and systematically encouraged, that it has

become a banality. **Greenberg Traurig, P.A.**'s attorneys and officers are traitors

under **18 U.S.C. §2381** because while ostensibly "owing allegiance to the United

States" **are "adhering to their enemies, giving them aid and comfort within**

**the United States or elsewhere**."

**237.**   At all relevant times I, in my individual capacity, engaged in free speech

in connection with public issues.  I proceeded, prominently identified myself, and

exercised my constitutional rights in my **individual capacity** as a common

**citizen of the United States**, not in my capacity as an attorney, **when I**

**petitioned the Florida judiciary for a redress of grievances**: The Florida

judiciary's criminal discrimination against indigent, and indigent PRO•SE

parties of Black and Hispanic descent.

238.   I accused, and I accuse the judiciary of the state of Florida of deliberately

and with criminal discriminatory intent issuing rulings without opinions at the trial

level, and PER•CVRIAM affirmances without opinions at the appellate level to

enable the Florida Supreme Court to evade ruling on them, only to indigent, and

indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme

against the indigent, and indigent PRO•SE Black and Hispanic parties was

designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).

That the judges, appellate judges, and justices of the Florida supreme court are

chosen and owned by a few law firms through the judicial selection process

including, and prominently, by Defendant **Greenberg Traurig, P.A**.

239.   As the result of Defendant **Greenberg Traurig, P.A**.'s deliberate and

intentional violation of my right to **Free Speech**, right to **Free Association**, and

right to **Petition the Government (the judiciary)** for a redress of grievances

protected by the **First Amendment to the Constitution of the United States** I

have suffered, and continue to suffer reputational damages, humiliation, and

mental anguish.

## COUNT XI
### *BIVENS* ACTION VIOLATION OF CIVIL RIGHTS ACTION: FIFTH AMENDMENT TO THE U.S. CONSTITUTION
(José Yeyille v. **John Londot** in its individual and official capacity)

240.   Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

241.   Defendant **John Londot**, is a "person" within the meaning of a *Bivens* action in that at all times material hereto it was acting under color of federal law as a representative of the Government of the United States including the judiciary of the United States.

242.   Defendant **John Londot** is a state actor. **Private attorneys have been found to be state actors**. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614 (1991)**. **Greenberg Traurig, P.A.** is Defendant **John Londot**'s employer.

243.   The Government of the United States is a puppet of the Zionazi Israeli régime.  It is the policy of the Government of the United States, supported by traitors presidents Joe Biden and Donald Trump and traitors U.S. Senators and Representatives in Congress to harass, persecute, and extort United States citizens and foreign resident aliens for criticizing the Zionazi Israeli régime and its defenders in the United States including Zionazi Israeli régime agent: **Greenberg Traurig, P.A.**  **This policy is implemented and defended through the courts**.

244.   Zionazi puppet President Donald Trump picked **Greenberg Traurig,**

**P.A.-chosen** judges Barbara Lagoa and Robert Luck to the Eleventh U.S. Circuit Court of Appeals. **Greenberg Traurig, P.A.** owns U.S. Supreme Court justice Neil Gorsuch. ***Edmonson v. Leesville Concrete Co.*, 500 U.S. 614, 626 (1991) (quoting *Terry v. Adams*, 345 U.S. 461, 484 (1953).**

245. Zionazi law firm **Greenberg Traurig, P.A**. has a vested interest in punishing citizens and attorneys who criticize **Greenberg Traurig, P.A.** and the Government and the Judiciary of the United States.

246. The relationship and interests of **Greenberg Traurig, P.A**. and the government of the United States, including its judiciary, are pervasively intertwined, entangled, and symbiotic. ***Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, 531 U.S. 288, 296 (2001)**. Hence, they are **joint participants** in depriving me of my right to a **Fair Trial**, **Due Process**, and **Equal Protection of the Laws** protected by the Fifth Amendment to the Constitution of the United States. ***Lugar v. Edmonson Oil Co.*, 457 U.S. 922 (1982). *Brentwood Acad.* (2001).** IBID.

247. The Government of the United States has deliberately refused to register **Greenberg Traurig, P.A.** as a foreign agent for the Zionazi Israeli régime in violation of **18 U.S.C. §951(a)** even though it is **not** engaged in legal commercial transactions, but it and/or allied and in concert with another agent of the Zionazi

Israeli régime, The Lawfare Project, to aid and abet the Zionazi Israeli régime in harassing, prosecuting, defending from being prosecuted, and extorting and violating the civil rights of resident aliens, *Maya Parizer, et al. v. AJP Educational Foundation, Inc., et al.* Case 1:24-cv-00-724-RDA-IDD, U.S. Dist. Ct. Eastern Dist. Of Virginia, Alexandia Div. (May 1, 2024) and U.S. citizen (*José Yeyille v. William W. Chung, et al.,* 2023-25430-CA01. *The Florida Bar v. José L. Yeyille,* SC2024-235. *José Yeyille v. Attorney General of the State of Florida, et al.* 2024-2924-CA01) in violation of **18 U.S.C. §241** through **international terrorism**. Under **18 U.S.C. §2331(1)(A)** "**International terrorism**" means **activities that …would be a criminal violation if committed within the jurisdiction of the United States or of any state**" that "**(B) appear to be intended to (i) intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion**" that "**transcend national boundaries in terms of the means by which they are accomplished, the persons they appear intended to intimidate or coerce, or the locale in which their perpetrators operate or seek asylum**"; and **domestic terrorism** under **18 U.S.C. §2331(5)**.

**248.** Treason against the United States by the Government officials and Judicial officials and judges is so widespread, and systematically encouraged, that it has become a banality. **Greenberg Traurig, P.A.**'s attorneys and officers are traitors

under **18 U.S.C. §2381** because while ostensibly "owing allegiance to the United States" **are "adhering to their enemies, giving them aid and comfort within the United States or elsewhere**."

**249.**   At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.  I proceeded, prominently identified myself, and exercised my constitutional rights in my **individual capacity** as a common **citizen of the United States**, not in my capacity as an attorney, **when I petitioned the Florida judiciary for a redress of grievances**: The Florida judiciary's criminal discrimination against indigent, and indigent PRO•SE parties of Black and Hispanic descent.

**250.**   I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980). That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process

including, and prominently, by Defendant **Greenberg Traurig, P.A**.

251.    As the result of Defendant **John Londot**'s deliberate and intentional

violation of my right to a **Fair Trial**, **Due Process**, and **Equal Protection of the**

**Laws** protected by the **Fifth Amendment to the Constitution of the United**

**States** I have suffered, and continue to suffer reputational damages, humiliation,

and mental anguish.

**COUNT XII**
***BIVENS* ACTION VIOLATION OF CIVIL RIGHTS ACTION:**
**RIGHT TO COUNSEL PROTECTED BY THE SIXTH AND**
**FIFTH AMENDMENTS TO THE U.S. CONSTITUTION**
(José Yeyille v. **John Londot** in its individual and official capacity)

252.    Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

253.    Defendant **John Londot**, is a "person" within the meaning of a ***Bivens***

action in that at all times material hereto it was acting under color of federal law

as a representative of the Government of the United States including the judiciary

of the United States.

254.    Defendant **John Londot** is a state actor. **Private attorneys have been**

**found to be state actors**. ***Edmonson v. Leesville Concrete Co.***, 500 U.S. 614

**(1991)**. **Greenberg Traurig, P.A.** is Defendant **John Londot**'s employer.

255.    The Government of the United States is a puppet of the Zionazi Israeli

Page 131 of 169

régime.  It is the policy of the Government of the United States, supported by traitors presidents Joe Biden and Donald Trump and traitors U.S. Senators and Representatives in Congress to harass, persecute, and extort United States citizens and foreign resident aliens for criticizing the Zionazi Israeli régime and its defenders in the United States including Zionazi Israeli régime agent: **Greenberg Traurig, P.A.**  **This policy is implemented and defended through the courts**.

256.  Zionazi puppet President Donald Trump picked **Greenberg Traurig, P.A.-chosen** judges Barbara Lagoa and Robert Luck to the Eleventh U.S. Circuit Court of Appeals.  **Greenberg Traurig, P.A.** owns U.S. Supreme Court justice Neil Gorsuch. *Edmonson v. Leesville Concrete Co.*, **500 U.S. 614, 626 (1991)** (quoting *Terry v. Adams*, **345 U.S. 461, 484 (1953)**.

257.  Zionazi law firm **Greenberg Traurig, P.A**. has a vested interest in punishing citizens and attorneys who criticize **Greenberg Traurig, P.A.** and the Government and the Judiciary of the United States.

258.  The relationship and interests of **Greenberg Traurig, P.A**. and the government of the United States, including its judiciary, are pervasively inter-twined, entangled, and symbiotic. *Brentwood Acad. v. Tenn. Secondary Sch. Athletic Ass'n*, **531 U.S. 288, 296 (2001)**.  Hence, they are **joint participants** in depriving me of my **right to be represented by counsel** protected by the **Sixth**

**and Fifth Amendments to the Constitution of the United States**. *Lugar v. Edmonson Oil Co.*, 457 U.S. 922 (1982). *Brentwood Acad.* (2001). IBID.

259. The Government of the United States has deliberately refused to register **Greenberg Traurig, P.A.** as a foreign agent for the Zionazi Israeli régime in violation of **18 U.S.C. §951(a)** even though it is **not** engaged in legal commercial transactions, but it and/or allied and in concert with another agent of the Zionazi Israeli régime, The Lawfare Project, to aid and abet the Zionazi Israeli régime in harassing, prosecuting, defending from being prosecuted, and extorting and violating the civil rights of resident aliens, *Maya Parizer, et al. v. AJP Educational Foundation, Inc., et al.* Case 1:24-cv-00-724-RDA-IDD, U.S. Dist. Ct. Eastern Dist. Of Virginia, Alexandia Div. (May 1, 2024) and U.S. citizen (*José Yeyille v. William W. Chung, et al.,* 2023-25430-CA01. *The Florida Bar v. José L. Yeyille*, SC2024-235. *José Yeyille v. Attorney General of the State of Florida, et al.* 2024-2924-CA01) in violation of **18 U.S.C. §241** through **international terrorism**. Under **18 U.S.C. §2331(1)(A)** "**International terrorism**" **means activities that…would be a criminal violation if committed within the jurisdiction of the United States or of any state**" that "**(B) appear to be intended to (i) intimidate or coerce a civilian population; (ii) to influence the policy of a government by intimidation or coercion**" that "**transcend national boundaries in**

**terms of the means by which they are accomplished, the persons they appear**

**intended to intimidate or coerce, or the locale in which their perpetrators**

**operate or seek asylum**"; and **domestic terrorism** under **18 U.S.C. §2331(5)**.

260. Treason against the United States by the Government officials and Judicial

officials and judges is so widespread, and systematically encouraged, that it has

become a banality. **Greenberg Traurig, P.A.**'s attorneys and officers are traitors

under **18 U.S.C. §2381** because while ostensibly "owing allegiance to the United

States" **are "adhering to their enemies, giving them aid and comfort within**

**the United States or elsewhere**."

261. At all relevant times I, in my individual capacity, engaged in free speech

in connection with public issues. I proceeded, prominently identified myself, and

exercised my constitutional rights in my **individual capacity** as a common

**citizen of the United States**, not in my capacity as an attorney, **when I**

**petitioned the Florida judiciary for a redress of grievances**: The Florida

judiciary's criminal discrimination against indigent, and indigent PRO•SE

parties of Black and Hispanic descent.

262. I accused, and I accuse the judiciary of the state of Florida of deliberately

and with criminal discriminatory intent issuing rulings without opinions at the trial

level, and PER•CVRIAM affirmances without opinions at the appellate level to

enable the Florida Supreme Court to evade ruling on them, only to indigent, and

indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme

against the indigent, and indigent PRO•SE Black and Hispanic parties was

designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).

That the judges, appellate judges, and justices of the Florida supreme court are

chosen and owned by a few law firms through the judicial selection process

including, and prominently, by Defendant **Greenberg Traurig, P.A**.

263.    My right to be represented by counsel paid by The Florida Bar and the

Florida supreme court is protected by **RRTFB 3-7(h) and RRTFB 10.7.2(b);**

**Rule 34 Model Rules for Lawyer Disciplinary Enforcement. American Bar**

**Association; Article 27 Disciplinary Proceedings. *Basic Principles on the Role***

***of Lawyers, Havana, Cuba* (1990)** (U.S. is a signatory to this treaty); **U.S.**

**Constitution, Sixth Amendment**; and **U.S. Constitution, Fifth Amendment,**

**Right to a Fair Trial, Due Process, and Equal Protection of the Laws** because

The Florida Bar (the Florida supreme court) **hires and pays Greenberg Traurig,**

**P.A.** to represent them in lawsuits brought by attorneys against The Florida Bar

(the Florida supreme court)'s violations of their rights protected by the First and

Fourteenth Amendments.

264.    As the result of Defendant **John Londot**'s deliberate and intentional

Page 135 of 169

violation of **my right to be represented by counsel** protected by the **Sixth and Fifth Amendments to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

### THIRD CLAIM FOR RELIEF
### JOSÉ YEYILLE'S ACTION FOR CIVIL REMEDIES FOR ACTS OF INTERNATIONAL TERRORISM AND DOMESTIC TERRORISM
### "*CITIZEN JOSÉ* ACTION"
**(Defendants Greenberg Traurig, P.A. and John Londot as State Actors and Agents for the Terrorist Zionazi Israeli Régime).**

265.   Anti-Terrorism Act, 18 U.S.C. §2333(a) affords civil remedies to "[a]ny national of the United States injured in his person, property, or business by reason of an act of international terrorism", but limits the "liability" only to those "organization[s] that had been designated as a foreign terrorist organization" by the terrorist Zionazi Israeli régime's puppet Secretary of State of the terrorist Zionazi Israeli régime's puppet government of the United States. 18 U.S.C. §2333(d).

266.   The U.S. Government does not provide civil remedies for acts of **domestic terrorism** by the Zionazi Israeli régime and its agents either. It has wisely avoided enacting a federal statute criminalizing domestic terrorism preferring to prosecute misguided U.S. citizens under other assorted federal criminal statutes. *United States v. Nordean, et al.*, 1:21-cr-0015 (2021).  That is because it is concerned that American patriots eventually will realize that they have now become Palestinians and identify Zionazi puppets and traitors running the Government—and the

Judiciary—with the tyrants referred in President Thomas Jefferson's letter to John Adam's son-in-law dated November 13, 1787.

267.  Neither international law ***United States v. Smith***, **18 U.S. 153, 160-161 (1820)** nor I care what Zionazi puppets in the U.S. Government consider or not consider to be international or domestic terrorist organizations.

268.  Behold my modest contribution to federal jurisprudence—Civil Remedies for Acts of International and Domestic Terrorism in Violation of Constitutional Rights of United States Citizens": **"Citizen José Action"**.

269.  Adopting in part 18 U.S.C. §2331(1)(A) terms, this Citizen José Action defines **international terrorism** as **activities that would be a criminal violation of the Civil Rights of United States citizens or legal U.S. residents committed within the jurisdiction of the United States or of any States by foreign or U.S. citizens or legal U.S. residents, business enterprises, or corporations providing material support or concealing information related to such violations on behalf of a foreign nation or aiding and abetting a foreign nation that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion**.

270.  Adopting in part 18 U.S.C. §2331(5) terms, this Citizen José Action defines **domestic terrorism** as **activities that would be a criminal violation**

**of the Civil Rights of United States citizens or legal U.S. residents committed within the jurisdiction of the United States which appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion**.

**271.  18 U.S.C. §241-Conspiracy against rights**.

> "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State…in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same…They shall be fined under this title or imprisoned not more than ten years, or both…"

**COUNT XIII**
***CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF INTERNATIONAL TERRORISM IN VIOLATION OF CIVIL RIGHTS: FIRST AMENDMENT TO THE U.S. CONSTITUTION**
(José Yeyille v. **Greenberg Traurig, P.A** in its individual and official capacity)

**272.**  Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

**273.**  A *Citizen José* action defines international terrorism and civil remedies for acts of international terrorism thus:

> International terrorism are activities that would be a **criminal violation of the Civil Rights of United States citizens or legal U.S. residents** if committed within the jurisdiction of the United States or of any State that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion that transcend national boundaries in terms of the means by which they are accomplished and the persons they appear intended to intimidate or coerce.

Any national of the United States or legal U.S. resident injured in his or her person, property, or business by reason of an act of international terrorism may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees for an injury arising from an act of international terrorism committed by foreign or U.S. citizens or legal U.S. residents, business enterprises, corporations, or law firms and lawyers providing material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation**, or aiding and abetting and giving material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation** for activities that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

274. **18 U.S.C. §241-Conspiracy against rights**.

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State…in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same…They shall be fined under this title or imprisoned not more than ten years, or both…"

275. **First Amendment to the Constitution of the United States**, in relevant

part, commands:

"Congress shall make no law…abridging the f**reedom of speech**… or the right of the people **peaceably to assemble**, and to **petition the Government for a redress of grievances**." **(Emphasis)**.

276. Defendant **Greenberg Traurig, P.A.** is a "person" within the meaning of

a *Citizen José* action in that at all times material hereto it was acting as an agent

of the terrorist Zionazi Israeli régime also known as "Israel".

277. The Zionazi Israeli régime is a serial **terrorist state** under **international**

**law** consisting of international conventions, international custom, and the general principles of law recognized by civilized nations. (ICJ Art. 38).

278. At all relevant times **Defendant Greenberg Traurig, P.A.** willingly conspired with Zionazi Israeli régime's government officials to harass, persecute, sue, and defend from suits and extort U.S. citizens like José Yeyille, and legal U.S. residents who criticize the Zionazi Israeli régime and its actors in the business community, colleges, U.S. state and federal governments and their judiciaries, and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

279. At all relevant times **Defendant Greenberg Traurig, P.A.** with criminal intent aided and abetted, and continues to aid and abet, ***Twitter, Inc. v. Taamneh***, **598 U.S. 471 (2023)**, and it gave and gives material support or resources and legal expert advice or assistance and service to the Zionazi Israeli régime to execute its criminal mission to silence those who criticize it, and their agents like **Greenberg Traurig, P.A.** against parties like Plaintiff José Yeyille, ***Holder v. Humanitarian Law Project***, **561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

280. At all relevant times I, in my individual capacity, engaged in free speech

in connection with public issues.

**281.** I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980). That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by **Defendant Greenberg Traurig, P.A.**

**282.** As the result of **Defendant Greenberg Traurig, P.A.**'s criminal, deliberate, and intentional violation of my right to **Free Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary)** for a redress of grievances protected by the **First Amendment to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

## COUNT XIV
### *CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF INTERNATIONAL TERRORISM IN VIOLATION OF CIVIL RIGHTS: FAIR TRIAL, DUE PROCESS, AND EQUAL PROTECTION OF THE LAWS PROTECTED BY THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION. RIGHT TO COUNSEL PROTECTED BY THE SIXTH, FIFTH, AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION.

(José Yeyille v. **Greenberg Traurig, P.A** in its individual and official capacity)

**283.** Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

**284.** A *Citizen José* action defines international terrorism and civil remedies for acts of international terrorism thus:

> International terrorism are activities that would be a **criminal violation of the Civil Rights of United States citizens or legal U.S. residents** if committed within the jurisdiction of the United States or of any State that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion that transcend national boundaries in terms of the means by which they are accomplished and the persons they appear intended to intimidate or coerce.

> Any national of the United States or legal U.S. resident injured in his or her person, property, or business by reason of an act of international terrorism may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees for an injury arising from an act of international terrorism committed by foreign or U.S. citizens or legal U.S. residents, business enterprises, corporations, or law firms and lawyers providing material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation**, or aiding and abetting and giving material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation** for activities that

appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

285.  **18 U.S.C. §241-Conspiracy against rights**.

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State…in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same…They shall be fined under this title or imprisoned not more than ten years, or both…"

286.  <u>**Fifth Amendment to the United States Constitution**</u> states in pertinent part: "No person shall be…deprived of life, <u>**liberty**</u>, or <u>**property**</u>, without due process of law." **(Emphasis added)**.  <u>**Equal Protection of the Laws**</u> of the Fourteenth Amendment incorporated in Fifth Amendment through Due Process Clause of the Fourteenth Amendment. ***Bolling v. Sharpe*, 347 U.S. 497 (1954)**.

287.  <u>**Sixth Amendment to the U.S. Constitution**</u> states In pertinent part: "In all criminal prosecutions, the accused shall…have the Assistance of Counsel for his defence."

288.  <u>**Section 1 of the Fourteenth Amendment of the United States Constitution**</u> states in pertinent part:

"No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of…<u>**liberty**</u>, or <u>**property**</u>, without <u>**due process of law**</u>; nor deny to any person within its jurisdiction the <u>**equal protection of the laws**</u>." **(Emphasis)**.

289.  Defendant <u>**Greenberg Traurig, P.A.**</u> is a "person" within the meaning

Page 143 of 169

of a *Citizen José* action in that at all times material hereto it was acting as an

agent of the terrorist Zionazi Israeli régime also known as "Israel".

290. The Zionazi Israeli régime is a serial **terrorist state** under to **international**

**law** consisting of international conventions, international custom, and the general

principles of law recognized by civilized nations. (ICJ Art. 38).

291. At all relevant times **Defendant Greenberg Traurig, P.A.** willingly

conspired with Zionazi Israeli régime's government officials to harass, persecute,

sue, and defend from suits and extort U.S. citizens like José Yeyille, and legal U.S.

residents who criticize the Zionazi Israeli régime and its actors in the business

community, colleges, U.S. state and federal governments and their judiciaries,

and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with

the intent to intimidate or coerce a civilian population or to influence the policy of

a government by intimidation or coercion.

292. At all relevant times **Defendant Greenberg Traurig, P.A.** with criminal

intent aided and abetted, and continues to aid and abet, *Twitter, Inc. v. Taamneh,*

**598 U.S. 471 (2023)**, and it gave and gives material support or resources and legal

expert advice or assistance and service to the Zionazi Israeli régime to execute its

criminal mission to silence those who criticize it, and their agents like **Greenberg**

**Traurig, P.A.** against parties like Plaintiff José Yeyille, *Holder v. Humanitarian*

***Law Project*, 561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

293.  At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.

294.  I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980). That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by **Defendant Greenberg Traurig, P.A.**

295.  As the result of **Defendant Greenberg Traurig, P.A.**'s criminal, deliberate, and intentional violation of **my right to a fair trial, due process, and equal protection of the laws** protected by the **Fifth and Fourteenth Amendments**, and **my right to be represented by counsel** protected by the **Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States** I have

suffered, and continue to suffer reputational damages,

humiliation, and mental anguish.

**COUNT XV**
***CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF**
**DOMESTIC TERRORISM IN VIOLATION OF CIVIL RIGHTS:**
**FIRST AMENDMENT TO THE U.S. CONSTITUTION**
(José Yeyille v. **Greenberg Traurig, P.A** in its individual and official capacity)

**296.**   Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

**297.**   A *Citizen José* action defines domestic terrorism and civil remedies for

acts of domestic terrorism thus:

> Domestic terrorism are activities that would be a **criminal violation**
> **of the Civil Rights of United States citizens or legal U.S. residents** if
> committed within the jurisdiction of the United States or of any State that
> appear to be intended to intimidate or coerce a civilian population or to
> influence the policy of a government by intimidation or coercion and
> occur primarily within the territorial jurisdiction of the United States.

> Any national of the United States or legal U.S. resident injured in his or
> her person, property, or business by reason of an act of domestic
> terrorism may sue therefor in any appropriate district court of the United
> States and shall recover threefold the damages he or she sustains and the
> cost of the suit, including attorney's fees for an injury arising from an act
> of domestic terrorism committed by foreign or U.S. citizens or legal
> U.S. residents, business enterprises, corporations, or law firms and
> lawyers providing material support or resources related to and in pursuit
> of such violations on behalf of or to **any foreign nation or the state or**
> **federal Government including the state and federal judiciaries,** or
> aiding and abetting and giving material support or resources related to
> and  in pursuit of such violations on behalf of or to **any foreign nation**
> **or the state or federal Government including the state and federal**

146 of 169

**judiciaries** for activities that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

298.   **18 U.S.C. §241-Conspiracy against rights**.

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State...in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same...They shall be fined under this title or imprisoned not more than ten years, or both..."

299.   **First Amendment to the Constitution of the United States**, in relevant part, commands:

"Congress shall make no law...abridging the **freedom of speech**... or the right of the people **peaceably to assemble**, and to **petition the Government for a redress of grievances**." (**Emphasis**).

300.   Defendant **Greenberg Traurig, P.A.** is a "person" within the meaning of a *Citizen José* action in that at all times material hereto it was acting as an agent of the terrorist Zionazi Israeli régime also known as "Israel".

301.   The Zionazi Israeli régime is a serial **terrorist state** pursuant to **international law** consisting of international conventions, international custom, and the general principles of law recognized by civilized nations. (ICJ Art. 38).

302.   At all relevant times **Defendant Greenberg Traurig, P.A.** willingly conspired with Zionazi Israeli régime's government officials to harass, persecute, sue, and defend from suits and extort U.S. citizens like José Yeyille, and legal

U.S. residents who criticize the Zionazi Israeli régime and its actors in the business community, colleges, U.S. state and federal governments including their judiciaries, and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

**303.**   At all relevant times **Defendant Greenberg Traurig, P.A.** with criminal intent aided and abetted, and continues to aid and abet, ***Twitter, Inc. v. Taamneh***, **598 U.S. 471 (2023)**, and it gave and gives material support or resources and legal expert advice or assistance and service to the Zionazi Israeli régime to execute its criminal mission to silence those who criticize it, and their agents like **Greenberg Traurig, P.A.** against parties like Plaintiff José Yeyille, ***Holder v. Humanitarian Law Project***, **561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

**304.**   At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.

**305.**   I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent,

and indigent PRO•SE Black and Hispanic parties.  That this discriminatory

scheme against the indigent, and indigent PRO•SE Black and Hispanic parties

was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla.

1980).  That the judges, appellate judges, and justices of the Florida supreme

court are chosen and owned by a few law firms through the judicial selection

process including, and prominently, by **Defendant Greenberg Traurig, P.A**.

306.   As the result of **Defendant Greenberg Traurig, P.A.**'s criminal,

deliberate, and intentional violation of my right to **Free Speech**, right to **Free**

**Association**, and right to **Petition the Government (the judiciary)** for a redress

of grievances protected by the **First Amendment to the Constitution of the**

**United States** I have suffered, and continue to suffer reputational damages,

humiliation, and mental anguish.

### COUNT XVI
### *CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF DOMESTIC TERRORISM IN VIOLATION OF CIVIL RIGHTS: FAIR TRIAL, DUE PROCESS, AND EQUAL PROTECTION OF THE LAWS PROTECTED BY THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION. RIGHT TO COUNSEL PROTECTED BY THE SIXTH, FIFTH, AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION.

(José Yeyille v. **Greenberg Traurig, P.A** in its individual and official capacity)

307.   Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

**308.**   A ***Citizen José*** action defines domestic terrorism and civil remedies for

acts of domestic terrorism thus:

> Domestic terrorism are activities that would be a **criminal violation**
> **of the Civil Rights of United States citizens or legal U.S. residents** if
> committed within the jurisdiction of the United States or of any State that
> appear to be intended to intimidate or coerce a civilian population or to
> influence the policy of a government by intimidation or coercion and
> occur primarily within the territorial jurisdiction of the United States.
>
> Any national of the United States or legal U.S. resident injured in his or
> her person, property, or business by reason of an act of domestic
> terrorism may sue therefor in any appropriate district court of the United
> States and shall recover threefold the damages he or she sustains and the
> cost of the suit, including attorney's fees for an injury arising from an act
> of domestic terrorism committed by foreign or U.S. citizens or legal
> U.S. residents, business enterprises, corporations, or law firms and
> lawyers providing material support or resources related to and in pursuit
> of such violations on behalf of or to **any foreign nation or the state or**
> **federal Government including the state and federal judiciaries,** or
> aiding and abetting and giving material support or resources related to
> and  in pursuit of such violations on behalf of or to **any foreign nation**
> **or the state or federal Government including the state and federal**
> **judiciaries** for activities that appear to be intended to intimidate or
> coerce a civilian population or to influence the policy of a government
> by intimidation or coercion.

**309.   18 U.S.C. §241-Conspiracy against rights**.

> "If two or more persons conspire to injure, oppress, threaten, or intimidate
> any person in any State…in the free exercise or enjoyment of any right or
> privilege secured to him by the Constitution or laws of the United States,
> or because of his having so exercised the same…They shall be fined
> under this title or imprisoned not more than ten years, or both…"

**310.   Fifth Amendment to the United States Constitution** states in pertinent

part: "No person shall be…deprived of life, **liberty**, or **property**, without due process of law." **(Emphasis added)**. **Equal Protection of the Laws** of the Fourteenth Amendment incorporated in Fifth Amendment through Due Process Clause of the Fourteenth Amendment. ***Bolling v. Sharpe***, **347 U.S. 497 (1954)**.

311.  **Sixth Amendment to the U.S. Constitution** states In pertinent part: "In all criminal prosecutions, the accused shall…have the Assistance of Counsel for his defence."

312.  **Section 1 of the Fourteenth Amendment of the United States Constitution** states in pertinent part:

> "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of…**liberty**, or **property**, without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**." **(Emphasis)**.

313.  Defendant **Greenberg Traurig, P.A.** is a "person" within the meaning of a ***Citizen José*** action in that at all times material hereto it was acting as an agent of the terrorist Zionazi Israeli régime also known as "Israel".

314.  The Zionazi Israeli régime is a serial **terrorist state** pursuant to **international law** consisting of international conventions, international custom, and the general principles of law recognized by civilized nations. (ICJ Art. 38).

315.  At all relevant times **Defendant Greenberg Traurig, P.A.** willingly

conspired with Zionazi Israeli régime's government officials to harass, persecute, sue, and defend from suits and extort U.S. citizens like José Yeyille, and legal U.S. residents who criticize the Zionazi Israeli régime and its actors in the business community, colleges, U.S. state and federal governments and their judiciaries, and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

316.   At all relevant times **Defendant Greenberg Traurig, P.A.** with criminal intent aided and abetted, and continues to aid and abet, ***Twitter, Inc. v. Taamneh***, **598 U.S. 471 (2023)**, and it gave and gives material support or resources and legal expert advice or assistance and service to the Zionazi Israeli régime to execute its criminal mission to silence those who criticize it, and their agents like **Greenberg Traurig, P.A.** against parties like Plaintiff José Yeyille, ***Holder v. Humanitarian Law Project***, **561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

317.   At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.

318.   I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the

trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).  That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by **Defendant Greenberg Traurig, P.A**.

319.    As the result of **Defendant Greenberg Traurig, P.A.**'s criminal, deliberate, and intentional violation of **my right to a fair trial, due process, and equal protection of the laws** protected by the **Fifth and Fourteenth Amendments**, and **my right to be represented by counsel** protected by the **Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States** I have suffered, and continue to suffer reputational damages,

## COUNT XVII
### *CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF INTERNATIONAL TERRORISM IN VIOLATION OF CIVIL RIGHTS: FIRST AMENDMENT TO THE U.S. CONSTITUTION
(José Yeyille v. **John Londot** in his individual and official capacity)

320.    Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

321.   A ***Citizen José*** action defines international terrorism and civil remedies

for acts of international terrorism thus:

> International terrorism are activities that would be a **criminal violation of the Civil Rights of United States citizens or legal U.S. residents** if committed within the jurisdiction of the United States or of any State that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion that transcend national boundaries in terms of the means by which they are accomplished and the persons they appear intended to intimidate or coerce.

> Any national of the United States or legal U.S. resident injured in his or her person, property, or business by reason of an act of international terrorism may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees for an injury arising from an act of international terrorism committed by foreign or U.S. citizens or legal U.S. residents, business enterprises, corporations, or law firms and lawyers providing material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation**, or aiding and abetting and giving material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation** for activities that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

322.   **18 U.S.C. §241-Conspiracy against rights**.

> "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State…in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same…They shall be fined under this title or imprisoned not more than ten years, or both…"

323.   **First Amendment to the Constitution of the United States**, in relevant

part, commands:

"Congress shall make no law…abridging the f**reedom of speech**… or the right of the people **peaceably to assemble**, and to **petition the Government for a redress of grievances**." **(Emphasis)**.

324.   **Defendant John Londot** is a "person" within the meaning of a *Citizen José* action in that at all times material hereto it was acting as an agent of the terrorist Zionazi Israeli régime also known as "Israel".

325.   The Zionazi Israeli régime is a serial **terrorist state** pursuant to **international law** consisting of international conventions, international custom, and the general principles of law recognized by civilized nations. (ICJ Art. 38).

326.   At all relevant times **Defendant John Londot** willingly conspired with Zionazi Israeli régime's government officials to harass, persecute, sue, and defend from suits and extort U.S. citizens like José Yeyille, and legal U.S. residents who criticize the Zionazi Israeli régime and its actors in the business community, colleges, U.S. state and federal governments including their judiciaries, and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

327.   At all relevant times **Defendant John Londot** with criminal intent aided and abetted, and continues to aid and abet, *Twitter, Inc. v. Taamneh*, **598 U.S. 471 (2023)**, and it gave and gives material support or resources and legal expert

advice or assistance and service to the Zionazi Israeli régime to execute its

criminal mission to silence those who criticize it, and their agents like **Greenberg**

**Traurig, P.A.** against parties like Plaintiff José Yeyille, ***Holder v. Humanitarian***

***Law Project*, 561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian

population or to influence the policy of a government by intimidation or coercion.

**328.** At all relevant times I, in my individual capacity, engaged in free speech

in connection with public issues.

**329.** I accused, and I accuse the judiciary of the state of Florida of deliberately

and with criminal discriminatory intent issuing rulings without opinions at the

trial level, and PER•CVRIAM affirmances without opinions at the appellate level

to enable the Florida Supreme Court to evade ruling on them, only to indigent,

and indigent PRO•SE Black and Hispanic parties.  That this discriminatory

scheme against the indigent, and indigent PRO•SE Black and Hispanic parties

was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla.

1980).  That the judges, appellate judges, and justices of the Florida supreme

court are chosen and owned by a few law firms through the judicial selection

process including, and prominently, by **Greenberg Traurig, P.A**.

**330.** As the result of **Defendant John Londot**'s criminal, deliberate, and

intentional violation of my right to **Free Speech**, right to **Free Association**, and

right to **Petition the Government (the judiciary)** for a redress of grievances

protected by the **First Amendment to the Constitution of the United States** I

have suffered, and continue to suffer reputational damages, humiliation, and

mental anguish.

**COUNT XVIII**
***CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF
INTERNATIONAL TERRORISM IN VIOLATION OF CIVIL RIGHTS:
FAIR TRIAL, DUE PROCESS, AND EQUAL PROTECTION OF THE
LAWS PROTECTED BY THE FIFTH AND FOURTEENTH
AMENDMENTS TO THE U.S. CONSTITUTION. RIGHT TO COUNSEL
PROTECTED BY THE SIXTH, FIFTH, AND FOURTEENTH
AMENDMENTS TO THE U.S. CONSTITUTION**.

(José Yeyille v. **John Londot** in its individual and official capacity)

331.  Paragraphs 1 through 115 of this Complaint are realleged as if fully set

forth herein and reincorporated by reference.

332.  A ***Citizen José*** action defines international terrorism and civil remedies

for acts of international terrorism thus:

> International terrorism are activities that would be a **criminal violation
> of the Civil Rights of United States citizens or legal U.S. residents** if
> committed within the jurisdiction of the United States or of any State that
> appear to be intended to intimidate or coerce a civilian population or to
> influence the policy of a government by intimidation or coercion that
> transcend national boundaries in terms of the means by which they are
> accomplished and the persons they appear intended to intimidate or
> coerce.
>
> Any national of the United States or legal U.S. resident injured in his or
> her person, property, or business by reason of an act of international
> terrorism may sue therefor in any appropriate district court of the United

Page 157 of 169

States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees for an injury arising from an act of international terrorism committed by foreign or U.S. citizens or legal U.S. residents, business enterprises, corporations, or law firms and lawyers providing material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation**, or aiding and abetting and giving material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation** for activities that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

333.   **18 U.S.C. §241-Conspiracy against rights**.

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State…in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same…They shall be fined under this title or imprisoned not more than ten years, or both…"

334.   **Fifth Amendment to the United States Constitution** states in pertinent part: "No person shall be…deprived of life, **liberty**, or **property**, without due process of law." **(Emphasis added)**.   **Equal Protection of the Laws** of the Fourteenth Amendment incorporated in Fifth Amendment through Due Process Clause of the Fourteenth Amendment. ***Bolling v. Sharpe***, **347 U.S. 497 (1954)**.

335.   **Sixth Amendment to the U.S. Constitution** states In pertinent part: "In all criminal prosecutions, the accused shall…have the Assistance of Counsel for his defence."

336.   **Section 1 of the Fourteenth Amendment of the United States Constitution** states in pertinent part:

"No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of...**liberty**, or **property**, without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**." **(Emphasis)**.

337.   **Defendant John Londot** is a "person" within the meaning of a ***Citizen José*** action in that at all times material hereto it was acting as an agent of the terrorist Zionazi Israeli régime also known as "Israel".

338.   The Zionazi Israeli régime is a serial **terrorist state** pursuant to **international law** consisting of international conventions, international custom, and the general principles of law recognized by civilized nations. (ICJ Art. 38).

339.   At all relevant times **Defendant John Londot** willingly conspired with Zionazi Israeli régime's government officials to harass, persecute, sue, defend from suits and extort U.S. citizens like José Yeyille, and legal U.S. residents who criticize the Zionazi Israeli régime and its actors in the business community, colleges, U.S. state and federal governments and their judiciaries, and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

340.   At all relevant times **Defendant John Londot** with criminal intent aided and abetted, and continues to aid and abet, ***Twitter, Inc. v. Taamneh***, 598 U.S.

**471 (2023)**, and it gave and gives material support or resources and legal expert advice or assistance and service to the Zionazi Israeli régime to execute its criminal mission to silence those who criticize it, and their agents like **Greenberg Traurig, P.A.** against parties like Plaintiff José Yeyille, ***Holder v. Humanitarian Law Project*, 561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

341.   At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.

342.   I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).  That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by **Greenberg Traurig, P.A**

343.   As the result of **Defendant Greenberg Traurig, P.A.**'s criminal,

deliberate, and intentional violation of **my right to a fair trial, due process, and equal protection of the laws** protected by the **Fifth and Fourteenth Amendments**, and **my right to be represented by counsel** protected by the **Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States** I have suffered, and continue to suffer reputational damages,

**COUNT IXX**
***CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF DOMESTIC TERRORISM IN VIOLATION OF CIVIL RIGHTS: FIRST AMENDMENT TO THE U.S. CONSTITUTION**
(José Yeyille v. **John Londot** in its individual and official capacity)

**344.** Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

**345.** A ***Citizen José*** action defines domestic terrorism and civil remedies for acts of domestic terrorism thus:

> Domestic terrorism are activities that would be a **criminal violation of the Civil Rights of United States citizens or legal U.S. residents** if committed within the jurisdiction of the United States or of any State that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion and occur primarily within the territorial jurisdiction of the United States.
>
> Any national of the United States or legal U.S. resident injured in his or her person, property, or business by reason of an act of domestic terrorism may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees for an injury arising from an act of domestic terrorism committed by foreign or U.S. citizens or legal U.S. residents, business enterprises, corporations, or law firms and

Page 161 of 169

lawyers providing material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation or the state or federal Government including the state and federal judiciaries**, or aiding and abetting and giving material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation or the state or federal Government including the state and federal judiciaries** for activities that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

346. **18 U.S.C. §241-Conspiracy against rights**.

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State...in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same...They shall be fined under this title or imprisoned not more than ten years, or both..."

347. **First Amendment to the Constitution of the United States**, in relevant part, commands:

"Congress shall make no law...abridging the **freedom of speech**... or the right of the people **peaceably to assemble**, and to **petition the Government for a redress of grievances**." **(Emphasis)**.

348. **Defendant John Londot** is a "person" within the meaning of a *Citizen José* action in that at all times material hereto it was acting as an agent of the terrorist Zionazi Israeli régime also known as "Israel".

349. The Zionazi Israeli régime is a serial **terrorist state** pursuant to **international law** consisting of international conventions, international custom, and the general principles of law recognized by civilized nations. (ICJ Art. 38).

**350.** At all relevant times **Defendant John Londot** willingly conspired with Zionazi Israeli régime's government officials to harass, persecute, sue, and defend from suits and extort U.S. citizens like José Yeyille, and legal U.S. residents who criticize the Zionazi Israeli régime and its actors in the business community, colleges, U.S. state and federal governments and their judiciaries, and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

**351.** At all relevant times **Defendant John Londot** with criminal intent aided and abetted, and continues to aid and abet, *Twitter, Inc. v. Taamneh*, **598 U.S. 471 (2023)**, and it gave and gives material support or resources and legal expert advice or assistance and service to the Zionazi Israeli régime to execute its criminal mission to silence those who criticize it, and their agents like **Greenberg Traurig, P.A.** against parties like Plaintiff José Yeyille, *Holder v. Humanitarian Law Project*, **561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

**352.** At all relevant times I, in my individual capacity, engaged in free speech in connection with public issues.

**353.** I accused, and I accuse the judiciary of the state of Florida of deliberately

and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties.  That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980).  That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by **Defendant Greenberg Traurig, P.A**.

**354.**  As the result of **Defendant Jon Londot**'s criminal, deliberate, and intentional violation of my right to **Free Speech**, right to **Free Association**, and right to **Petition the Government (the judiciary)** for a redress of grievances protected by the **First Amendment to the Constitution of the United States** I have suffered, and continue to suffer reputational damages, humiliation, and mental anguish.

**COUNT XX**
***CITIZEN JOSÉ* ACTION CIVIL REMEDIES FOR ACTS OF DOMESTIC TERRORISM IN VIOLATION OF CIVIL RIGHTS: FAIR TRIAL, DUE PROCESS, AND EQUAL PROTECTION OF THE LAWS PROTECTED BY THE FIFTH AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION. RIGHT TO COUNSEL PROTECTED BY THE SIXTH, FIFTH, AND FOURTEENTH AMENDMENTS TO THE U.S. CONSTITUTION.**

(José Yeyille v. **John Londot** in its individual and official capacity)

**355.** Paragraphs 1 through 115 of this Complaint are realleged as if fully set forth herein and reincorporated by reference.

**356.** A *Citizen José* action defines domestic terrorism and civil remedies for acts of domestic terrorism thus:

> Domestic terrorism are activities that would be a **criminal violation of the Civil Rights of United States citizens or legal U.S. residents** if committed within the jurisdiction of the United States or of any State that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion and occur primarily within the territorial jurisdiction of the United States.
>
> Any national of the United States or legal U.S. resident injured in his or her person, property, or business by reason of an act of domestic terrorism may sue therefor in any appropriate district court of the United States and shall recover threefold the damages he or she sustains and the cost of the suit, including attorney's fees for an injury arising from an act of domestic terrorism committed by foreign or U.S. citizens or legal U.S. residents, business enterprises, corporations, or law firms and lawyers providing material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation or the state or federal Government including the state and federal judiciaries**, or aiding and abetting and giving material support or resources related to and in pursuit of such violations on behalf of or to **any foreign nation or the state or federal Government including the state and federal judiciaries** for activities that appear to be intended to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

**357.  18 U.S.C. §241-Conspiracy against rights**.

"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State...in the free exercise or enjoyment of any right or

privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same…They shall be fined under this title or imprisoned not more than ten years, or both…"

358.   **Fifth Amendment to the United States Constitution** states in pertinent part: "No person shall be…deprived of life, **liberty**, or **property**, without due process of law." **(Emphasis added)**. **Equal Protection of the Laws** of the Fourteenth Amendment incorporated in Fifth Amendment through Due Process Clause of the Fourteenth Amendment. ***Bolling v. Sharpe*, 347 U.S. 497 (1954)**.

359.   **Sixth Amendment to the U.S. Constitution** states In pertinent part: "In all criminal prosecutions, the accused shall…have the Assistance of Counsel for his defence."

360.   **Section 1 of the Fourteenth Amendment of the United States Constitution** states in pertinent part:

> "No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of…**liberty**, or **property**, without **due process of law**; nor deny to any person within its jurisdiction the **equal protection of the laws**." **(Emphasis)**.

361.   Defendant **Greenberg John Londot** is a "person" within the meaning of a ***Citizen José*** action in that at all times material hereto it was acting as an agent of the terrorist Zionazi Israeli régime also known as "Israel".

362.   The Zionazi Israeli régime is a serial **terrorist state** pursuant to **inter-**

**national law** consisting of international conventions, international custom, and the general principles of law recognized by civilized nations. (ICJ Art. 38).

363.   At all relevant times **Defendant John Londot** willingly conspired with Zionazi Israeli régime's government officials to harass, persecute, sue, and defend from suits and extort U.S. citizens like José Yeyille, and legal U.S. residents who criticize the Zionazi Israeli régime and its actors in the business community, colleges, U.S. state and federal governments and their judiciaries, and law firms like **Greenberg Traurig, P.A.** in violation of **18 U.S.C. §241** with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

364.   At all relevant times **Defendant John Londot** with criminal intent aided and abetted, and continues to aid and abet, *Twitter, Inc. v. Taamneh*, **598 U.S. 471 (2023)**, and it gave and gives material support or resources and legal expert advice or assistance and service to the Zionazi Israeli régime to execute its criminal mission to silence those who criticize it, and their agents like **Greenberg Traurig, P.A.** against parties like Plaintiff José Yeyille, *Holder v. Humanitarian Law Project*, **561 U.S. 1 (2010)**, with the intent to intimidate or coerce a civilian population or to influence the policy of a government by intimidation or coercion.

365.   At all relevant times I, in my individual capacity, engaged in free speech

in connection with public issues.

**366.** I accused, and I accuse the judiciary of the state of Florida of deliberately and with criminal discriminatory intent issuing rulings without opinions at the trial level, and PER•CVRIAM affirmances without opinions at the appellate level to enable the Florida Supreme Court to evade ruling on them, only to indigent, and indigent PRO•SE Black and Hispanic parties. That this discriminatory scheme against the indigent, and indigent PRO•SE Black and Hispanic parties was designed by the Supreme Court in *Jenkins v. State*, 385 So. 2d 1356 (Fla. 1980). That the judges, appellate judges, and justices of the Florida supreme court are chosen and owned by a few law firms through the judicial selection process including, and prominently, by **Defendant Greenberg Traurig, P.A**.

**367.** As the result of **Defendant Greenberg Traurig, P.A.**'s criminal, deliberate, and intentional violation of **my right to a fair trial, due process, and equal protection of the laws** protected by the **Fifth and Fourteenth Amendments**, and **my right to be represented by counsel** protected by the **Fifth, Sixth and Fourteenth Amendments to the Constitution of the United States** I have suffered, and continue to suffer reputational damages,

## DEMAND FOR JURY TRIAL

**Plaintiff demands a Jury Trial protected by the Seventh Amendment to**

Page 168 of 169

**the Constitution of the United States**. *Dimick v. Schiedt*, 293 U.S. 474, 486

**(1935)**(quoted in *Beacon Theatres, Inc. v. Westover*, 359 U.S. 500, 501 (1959))

and *Chauffeurs, Teamsters and Helpers, Local 391* v. Terry, 494 U.S. 558

**(1990):**

> Maintenance of the jury as a factfinding body is of such importance, and occupies so firm a place in our history and jurisprudence, that any seeming curtailment of the right to a jury trial should be scrutinized with the utmost care.

Plaintiff does **not** consent to have a magistrate judge conduct this civil action

or proceeding at **any** stage of the litigation.

WHEREFORE, Plaintiff requests that this court grant me compensatory

damages, equitable remedies, punitive damages, court costs, attorney[s]' fees

if an attorney/attorneys take[s] this case, and all other relief and remedies that

this court may deem just and appropriate.

VII·KALENDAE·MAIAE
AB·VRBE·CONDITA
ANNO·MMDCCLXXVIII

April 25, 2025 CE

José Yeyille
Citizen José
PRO·SE
5505 SW 135th Court
Miami, FL 33175
Joseyeyille25@outlook.com